IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

ALS 105591

Jimmy Frank Cameron )
Full name and prison number )
of plaintiff(s)  Ect. ALL )

2005 SEP 27  A 10: 01

v. )

Commisioner Donnel Campbell )
WARDEN J.C. Giles )
C.O.l. Officer Holland )
C.O.l Officer Alexander )

CIVIL ACTION NO. 2:05cv0920 F
(To be supplied by Clerk of
U.S. District Court)

Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court
dealing with the same or similar facts involved in this
action?  YES (  )  NO (✓)

B.   Have you begun other lawsuits in state or federal court
relating to your imprisonment?  YES (✓)  NO (  )

C.   If your answer to A or B is yes, describe each lawsuit
in the space below.  (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s) _____

_____

Defendant(s) _____

_____

2.   Court (if federal court, name the district; if
state court, name the county) _____

_____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _VENTRESS CORRECTIONAL_ _FACILITY_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress_ _Correctional center 6 Dorm Lobby_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. Donnell Campbell | Commissiiner Montgomery |
| 2. J. C. Giles | WARDEN  P.O. Box 767 Clayton Ala |
| 3. officer Holland | ,,  ,,  ,,  ,,  ,, |
| 4. officer Alexander | ,,  ,,  ,,  ,,  ,, |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _9-11-05_

_____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _ASSAULT 1st_ _Being Handcuffed and Slapped on head_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was Hand cuffed. Made To face wall and hit on The left side of My Head I've Requested Pain medication Twice since Then

GROUND TWO: _____

SUPPORTING FACTS: I was given a Body Chart at The Prison Hospital after being hand cuffed and slapped. I signed up for sick call 2 Time since The attack

GROUND THREE: _____

SUPPORTING FACTS: 4 more Inmates were Hand cuffed The same way at the same Time They are To scared To Do ANYthing!

James Adams            6-A-6

Tommy Swinney         6-A-17

Wayne Ballinger Bed 6-A-4

Benny Spurgess          6-A-8

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

1st   Restraining ORDer against Ala Dept. of Correction

2     Pay Plantiff $5.000 for Pain & suffering

3     To Stop All The Abuse by The Prison Official !!

_Jimmy F Cameron_
Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is true
and correct.

    EXECUTED on  9-25-05            .
                  (Date)

_Jimmy F Cameron_ 105581
Signature of plaintiff(s)

4