Case Number _____

ID ____ YR ____ NUMBER ____
(To be completed by Court Clerk)

RECEIVED
2005 SEP 27 A 10: 01

# IN FORMA PAUPERIS DECLARATION

__Middle District Montgomery, Ala__
[Insert appropriate court]

__Jimmy Frank Cameron 105591__
(Petitioner)

vs.

__State of Alabama Dept of Correction__
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Jimmy Frank Cameron__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ____   No __✓__

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   __1980 Traw Tect Trade School__
   __$107.00 weekly__

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ____    No __✓__

   b. Rent payments, interest, or dividends?
      Yes ____    No __✓__

   c. Pensions, annuities, or life insurance payments?
      Yes ____    No __✓__

   d. Gifts or inheritances?
      Yes ____    No __✓__

   e. Any other sources?
      Yes ____    No __✓__

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

S.S.I $579.00 Monthly. Stopped 1-1-05

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____     No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   Don't Receive any Money from any body!

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____     No __✓__

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on __9-20-05__
                    (Date)

   Jimmy F Cameron    105591
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.19__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Ventress__ institution:

Computed monthly Cals. are attached

9/22/05
DATE

VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
CLAYTON, AL 36016

AUTHORIZED OFFICER OF INSTITUTION

Rule 32

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
VENTRESS CORR FAC

RECEIVED

AIS #: 105581   NAME: CAMERON, JIMMY FRANK                AS OF: 09/22/2005

2005 SEP 27  A 10:01

CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| SEP | 0 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $3.65 | $17.20 |
| MAY | 31 | $0.19 | $0.00 |
| JUN | 30 | $0.19 | $0.00 |
| JUL | 31 | $0.19 | $0.00 |
| AUG | 31 | $0.19 | $0.00 |
| SEP | 22 | $0.19 | $0.00 |