In The United States District Court Middle District

Jimmy F Cameron

v

Dept of Correction
Commissioner Donnell Campbell
1st

RECEIVED 2005 SEP 27 A 10: 01

Case No. 2:05CV920-F

## Motion for Restraining Order

Come Now Plantiff Jimmy Frank Cameron and Does Ask This Honorable court To Issue a Restraining order against The Dept of correction To Prevent any more assaults are Transfers To other Institution for punishment for filing This civil action. Plantiff is Right in The middle of Dual Disorder Treatment and want To Finish 11-10-05.

Date 9-25-05

Jimmy Cameron