IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON,            )
                               )
        PLAINTIFF,             )
                               )
v.                             )            CASE NO. 2:05-cv-920-F
                               )
DONAL CAMPBELL, *et al.*,       )
                               )
        DEFENDANTS.            )

## ORDER

This cause is before the Court on the Plaintiff's Motion for Restraining Order (Doc. # 3).

Upon consideration of the Plaintiff's submission, the motion is hereby ORDERED DENIED.  It is

further ORDERED that this case is hereby referred to Magistrate Judge Susan R. Walker for action

or recommendation on all pretrial matters.

DONE this 27th day of September, 2005.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE