In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy frank Cameron
　　　Plantiff

v.

Donel Campbell
Et. Al    Respondents

RECEIVED
2005 SEP 30 A 10: 20

Case No 2:05-cv-920-F

## Motion for A Retaliatory Injunction

Come Now Jimmy frank Cameron and moves This Honorable Court To Issue A Retaliatory Injunction Against All The Respondents so Plantiff will be protected against any more Psychial Abuse are verbal Abuse. That Plantiff will not be Transfered e Harrassed. are slapped around by ANY! of The Dept. of Correction Staff members with out Just cause. Plantiff is in Dual Disorder S.A.P and will Graduate 11-10-05. Plantiff want To finish This Program without any more Abuse

　　　　　　　　　　　Jimmy F Cameron
　　　　　　　　　　　　Plantiff