**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Donal Campbell
    Alabama Department of Corrections
    50 Ripley Street, 3rd Floor
    Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Kay P. Hope*    ☑ Agent
                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    12-4-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:05CV920-F
   C & d        40

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7005 1160 0001 3017 4628
   (Transfer from se...

102595-02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt