In The United States
District Court
for The middle District
Northern Division

Jimmy Frank Cameron
          Plantiff

          V

                                        Case No 205-CV-920-F

Donel Campbell
Et. All
          Defenoants

Motion for Retalintory
      InJuction

  Come Now Jimmy F. Cameron in The Above Style Cause, and Does Ask This Honorable Court To Issue a Retaliatory Injuction. To Provent any kind of Retaletion against Plantiff. Such as Transfering plantiff Before he completes Dual Disorder SAP Program. are Harassing Plantiff in any other way verbal are Psychial.

10-11-05                    Jimmy Cameron
                              Plantiff

To The United States District
Court for The Middle District
Northern Division

Jimmy L Cameron
    Plantiff

v.                                      Case No. 205-CV-920-F

Donel Campbell
  Et, All
      Defendants

## Certificate of Service

Come now Jimmy Frank Cameron and Does say that a copy of Motion for Retaliatory Injuction was mail to The Alabama Dept of Correction 1400 Lloyd St Montgomery Ala 36130 on The 10-11-05 Postage prepaid

                                                      Jimmy F Cameron