IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONAL CAMPBELL, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05cv920-F<br>(WO) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on October 18, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the motion for preliminary injunction (Doc. #5) filed by Cameron on September 30, 2005 is DENIED.

Done this 3rd day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE