IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON,<br>AIS#105591<br><br>Plaintiff,<br><br>vs.<br><br>DONAL CAMPBELL, et. al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:05-CV-920-F<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Michael Holland, who being duly sworn, deposes and presents the following affidavit.

My name is Michael Holland and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer I. I have read the complaint in the above styled case and note that inmate Jimmy Frank Cameron alleges that I violated his civil rights. I make this affidavit in the defense thereof.



Page 2
Affidavit – Michael Holland

The plaintiff, Jimmy Frank Cameron, #105591, listed me as a defendant in his complaint that was delivered to me on October 6, 2005. In the narrative of his complaint, the plaintiff alleges that he was handcuffed, made to face the wall and hit or slapped on the left side of his head on September 11, 2005 in the 6 Dorm Lobby.

I, Officer Michael Holland attest that on September 11, 2005, I entered Dormitory 6A and observed Sgt. Carolyn Longmire, First Shift Supervisor verbally reprimanding Inmate Jimmy Frank Cameron for being disruptive in Dormitory #6. Inmate Cameron remained in Dormitory #6 pending no disciplinary action. At no time did I use force against Inmate Cameron.

The before mentioned facts are true and correct to the best of my knowledge.

_____ 10/26/05
Michael D. Holland        Date


State of Alabama )

Barbour County  )

Sworn to and subscribed before me this 26th day of October, 2005.

_____
Notary Public
My Commission Expires: 9-8-08