IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON,<br>AIS#105591<br><br>　　Plaintiff,<br><br>vs.<br><br>DONAL CAMPBELL, et. al.<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 2:05-CV-920-F<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear J. C. Giles, who being duly sworn, deposes and presents the following affidavit.

My name is J. C. Giles and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Warden II. I have read the complaint in the above styled case and note that inmate Jimmy Frank Cameron alleges that I violated his civil rights. I make this affidavit in the defense thereof.



DEFENDANT'S
EXHIBIT
B

Page 2
Affidavit – J. C. Giles

The plaintiff, Jimmy Frank Cameron, #105591, listed me as a defendant in his complaint that was delivered to me on October 6, 2005. In the narrative of his complaint, the plaintiff alleges that he was handcuffed, made to face the wall and hit or slapped on the left side of his head on September 11, 2005 in the 6 Dorm Lobby.

Inmate Jimmy Frank Cameron, #105591 has not notified me of any of these allegations. I am unaware of any such happening. In my investigation after receiving this lawsuit, I find that Sgt. Carolyn Longmire talked to Inmate Cameron about his negative behavior concerning the incident and that Inmate Jimmy Cameron did not receive any disciplinary action concerning his involvement in the incident. Within the scope of my duties, I do not allow officers to abuse any inmates.

The before mentioned facts are true and correct to the best of my knowledge.

_____ 10-20-05
J. C. Giles        Date

State of Alabama )

Barbour County )

Sworn to and subscribed before me this 20th day of October, 2005.

_____
Reba J Currie
Notary Public
My Commission Expires: 9-8-08