IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, )
AIS#105591 )
 )
    Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 2:05-CV-920-F
 )
DONAL CAMPBELL, et. al. )
 )
    Defendants. )
 )

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Inez. A. Alexander, who being duly sworn, deposes and presents the following affidavit.

My name is Inez D. Alexander and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer I. I have read the complaint in the above styled case and note that inmate Jimmy Frank Cameron alleges that I violated his civil rights. I make this affidavit in the defense thereof.



Page 2
Affidavit – Inez. A. Alexander

The plaintiff, Jimmy Frank Cameron, #105591, listed me as a defendant in his complaint that was delivered to me on October 6, 2005. In the narrative of his complaint, the plaintiff alleges that he was handcuffed, made to face the wall and hit or slapped on the left side of his head on September 11, 2005 in the 6 Dorm Lobby.

On September 11, 2005, at approximately 8:00 a.m., in Dormitory 6A, I, Officer Inez D. Alexander advised the inmates not to turn the television on until further notice due to a number of inmates shouting in the dorm when I announced to all inmates to get up and get ready for chow. Inmate Jimmy Frank Cameron was one of the many inmates that was verbally reprimanded by Sgt. Carolyn Longmire for his negative behavior concerning the incident. Inmate Jimmy Cameron did not receive any disciplinary action concerning his involvement in the incident.

The before mentioned facts are true and correct to the best of my knowledge.

_Inez D. Alexander COI_ 10/24/05
Inez. D. Alexander, COI          Date

State of Alabama )

Barbour County )

Sworn to and subscribed before me this 24th day of October, 2005.

_Reba J Currie_
Notary Public
My Commission Expires: 9-8-08