IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-920-F |
| | ) | (WO) |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on October 24, 2005(Doc. #12), said Recommendation is hereby ADOPTED and it is the ORDER, JUDGMENT and DECREE that the motion for preliminary injunction filed by Cameron on October 13, 2005 is DENIED.

DONE this 14th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE