In The District Court
for The middle District
Northern Division

RECEI~

Jimmy frank Cameron    2005 DEC -8   30
plaintiff
DEBRA H~
U.S.DIS
MIDDLE

Civil Action No. 2:05-CV 920 F

V.

Donal Campbell et. AL

Motion for Instant Medical
Attention from Defendants

Come now Jimmy f. Cameron and Does
say That if Plantiff Doe's not get The
Proper medicial Attention Plantiff may not
Live To see The out come of This Civil Action
Plantiff spent 21 Days is This Prison Hospital
with out The Proper Treatment and was
Told by The Defendant WARDEN Jiles That if
Plantiff want any more medical Treatment
The Plantiff would put in for A Transfer
before he got any. Doctor samuel Rayapati
Same word. now Plantiff is suffering Day
and night. because of No medical Treatment
plantiff Beg This Court for some kind of
Relief. 12-5-05

105591                        Jimmy f Cameron

N266

# STATE OF ALABAMA
### Department of Corrections
### *Inmate Stationery*

205 CV920 -F

Certificate of Service

Come now Jimmy F Cameron and
Poes say That a copy of The for going
was placed in The us mail To The Department
of correction on This Date

12-6-05

*Jimmy F Cameron*