In The United States District Court
for The Middle District
Montgomery, Ala

RECEIVED
2005 DEC 13 A 9:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
   Plantiff

v.

Donal Campbell Et. Al
   Defendants

Case No. 205-CV-920 F

Motion for Extention of Time

Come now Plantiff in The above style case and Does Ask for an extention of Time. for Reasons set out below

Plantiff is currently in The Ventress Hospital under The care of The Defendants. fighting for his Life. plantiff has been sick since 11-7-05 and has not Received any Treatment are The Proper Medication To get in better. Plantiff has Lost 20 lbs. and counting. plantiff has begged To be Transfered so he can get

The medical Attention he need Plantiff want very much To Aswer The written Report filed by Defendants which is a Lot of Lies. But Plantiff is unable To Do much of any thing in his Present condition. Plantiff Prays That The Honorable court will Grant a continuance for As Long as possible in This case. petitioner PRAys!!

12-11-05                 Jimmy F Cameron

Certificate of Service

Come now Jimmy F Cameron and Does say That a copy of The Afore going was placed in The U.S Mail and sent To The Dpt of CORR. P.O. Box 301501 Mont. Ala 36130   12-11-05

Jimmy Cameron