In The United States District

For The Middle District

Montgomery Ala

RECEIVED

2005 DEC 13 A 9:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

Jimmy Frank Cameron

v.

CASE NO 2:05-CV 920-F

Donel Campbell Commissioner
J.C Giles        Warden
officer Holland      C.O.1
officer Ms Alexander C.O.1

## Plantiff Motion For Appointment of Counsel

Pursuant To 28 U.S.C. § 1915
Plantiff moves for an order Appointing Counsel
To Represent him in This Case. in support of This
motion. Plantiff States

1. Plantiff Can not Afford To Hire a Lawyer. He Has Requested
Leave To Proceed in forma Pauperis in This case

2. Plantiffs imprisonment will Greatly Limit his Ability
To Litigate This Case. This Case will probably involve
getting Addresses of Defendants and other Legal
matter That Plantiff will not be Able To get
Due To his imprisonment."

3. The Issues in This case are complex A Lawyer would help Plantiff To Apply the Law Properly in All The legal Exhibits before The Court. Plantiff have Never before been A Party To A civil Legal Proceeding?"

4. A Trial in This case will Likely involve conflicting Testimony. A Lawyer would Asist Plantiff in The Presentation of evidence and The Cross-examination of Apposing witnesses

5. Plantiff has Tried To get a Attorney in every way his know How Plantiff has wrote The Attorneys for Human Rights in Atlanta Georigia, To know Avail
see Exhibit A

Where fore Plantiff Request That The Court Appoint Counsel To Represent him in This case

Respectfully submitted This Day of 12-11-05  2005

Jimmy Z Cameron

**SOUTHERN CENTER for HUMAN RIGHTS**

83 Poplar Street, N.W., Atlanta, GA 30303-2122
(404) 688-1202  Fax (404) 688-9440
E-mail: rights@schr.org   http://www.schr.org

## LEGAL CORRESPONDENCE-PRIVILEGED AND CONFIDENTIAL

November 2, 2005

Mr. Jimmy Cameron
AIS # 105591
Ventress Correctional Facility
P.O. Box 767
Clayton, AL  36016

Dear Mr. Cameron:

I received your letter of October 13 regarding your lawsuit against prison officials. I am sorry to hear about this incident; it sounds like you were treated unfairly by the officers involved. The Southern Center for Human Rights represents prisoners in class action lawsuits that challenge unconstitutional and other illegal practices and policies in prisons and jails. Unfortunately, we have limited resources to help improve conditions in prisons and jails throughout the South (at present, just 3 lawyers to represent prison and jail inmates in several southern states). Although the concerns you raise are troubling, we are unable to do any investigation into the problems you described. Because of existing case obligations, we are not in a position to take any new cases at this time. I am very sorry that we are not able to be of assistance. I wish you the best of luck in finding help elsewhere.

Yours sincerely,

Sarah Geraghty
Attorney