In The United States District Court
for The middle District of Alabama
Northern Division

RECEIVED

2005 DEC 23 A 9: 38

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
                    105591                    civil action no.
        plaintiff                            2:05-CV-920-F

    -Vs-


Donal Campbell Et, AL

        Defendants


## Motion To Leave To Amend

Come now Petitioner, Jimmy Frank Cameron # 105591
Pro se in The Above styled cause and files This
Request for permission To file Amendment To Complaint

        Pursuant To The federal Rules civil Proceedure
15(A) and Leave shall freely Given when Justice so
Requires.
        Petitioner is Presently involved in a federal Civil
proceedure under civil Action # 2:05-CV-920 F
Due To This case Petitioner has been violently Violated
and sexually and physically Abused. Under 42 Uses
1983 8 Amendment Cruel and Unusual Punishment
inhuman Treatment has been Applicated To This
petition by Dr. Samuel Rayapati and staff

Petitioner is Respectfully Requesting This Honorable court To grant This motion for Leave To Amend.

## Certificate of Service

I do Certify That A copy of The Same Forgoing motion has been Served upon The Defendants Dept of Corr. by placing The Same in The United States mail box at Ventress Corr. Fa. Correctly addressed and Postage Pre pain This Day 15 - Day of Dec. 2005.

Jimmy F Cannon
plantiff