A

In The United States District Court
For the middle District of Alabama
Northern Division

RECEIVED

2005 DEC 23 A 9: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
#105591

-Vs-

Donal Campbell, Et.Al.,

Civil Action No:
2:05-cv-920-F

(
(
(
(
(
(
(

~~Motion to Amend~~ Amendment

Comes Now, Petitioner Jimmy Frank Cameron #105591, Pro-se, in the Above Styled case, Pursuant To R.F.C.P. Rule 15(A) And show the Following:

## STATMENT OF FACTS

On November 7th, 2005 or About, The Petitioner was taken to the Ventress Health Cair, For chest Pains And breathing Problems.

Petitioner was Seen by Dr. Samuel Rayopthi, He prescribed The wrong medication, This medication Made This Petitioner Hullcinate.

Petitioner Avers That He dosn't remember All of the First week

The Second week Nurse One (Petitioner nows not the Nurses Names) Started giving me rectum Check's. The vary Next day Nurse two put me through the Same Humiliation And Torture, On the Next day Nurse 3 put

-1-

Put me Through the Same torture, these were All Black females.

The Petitioner Avers that This Same thing was done by A White Male Nurse.

Petitioner's meds were Stopped And He was Discharged but remained in the Health Cair Unit For Another 10 days.

Petitioner was Not treated For the complaint At All.

Petitioner Avers that Warden Giles told the Doctour And All The Nurses Not to give, The Petitioner Any thing For pain, That He wanted Petitioner to Suffer. And Petitioner was Never given Any pain meds.

Petitioner Request that this Be Amended To The original Case.

It is So Prayed.

## Certificate of Service

I do Certify that A copy of the Same foregoing Motion has been Served upon the Honorable United States District Court, by placing the same into the United States Mail box At Ventress Corr. FA. Correctly Addressed And postage pre-paid This the 15 day of Dec 2005.

Respectfully Submitted
Jimmy Frank Cameron Pro-se
Jimmy Frank Cameron
Ventress Corr. FA.
P.O. Box 767
Clayton, Al 36016

-2-

STATE OF <u>ALABAMA</u>
COUNTY OF <u>Barbour</u>

Sworn to And Subscribed before me This the ___15th___ Day of Dec. 2005.

<u>Carolyn R. Abercrombie</u>
NOTARY Public

My Commission Expires August 18, 2007
_____
COMM. EXP. DATE

Respectfully Submitted
Jimmy F Cameron Pro-se
Jimmy Frank Cameron
Ventress Corr. FA.
P.O. Box 767
Clayton, Al 36016