IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-920-F |
| | ) | |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on December 20, 2005 (Court Doc. No. 20), and as the claims which the plaintiff seeks to raise arise from different facts and circumstances than the claims presently pending before this court, it is

ORDERED that the motion for leave to amend be and is hereby DENIED. The plaintiff is advised that if he wishes to challenge the medical treatment provided to him in November of 2005 he may file a separate 42 U.S.C. § 1983 action.

DONE, this 6th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE