In The United States District
for The middle Dristrict of Ala
Northern Division

RECEIVED
2006 JAN 13 A 9:38

Jimmy F Cameron
    plantiff
    V.
Donal Campbell Et. AL
    Defendants

civil Action No. 205-CV-920F

Answer To Defendant Motion

Come Now Jimmy F Cameron. To file his Answer To The State pleading. The Defendant 1st Claim They never Even Hit The plantiff." Which is A Direct Lie! The whole answer filed by Defendants is nothing But mostly Lies. Plantiff advised This Honorable Court of his Being very sick. And as of This Day has not been Treated. Plantiff is filing This Response The best he can. Plantiff Prays he be given a evidentiary Hearing. To prove his case. Plantiff has some pintched nerves on his spines. And is very sick.

1-12-06                    Jimmy F Cameron

## Certificate of Service

Come now Jimmy F Cameron and does say that he placed a copy of the aformentioned in the free legal mail going to the Defendants Alabama Dept of Corr. on this Day 1-12-06

1-12-06    Jimmy F Cameron