**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy F Cameron
    Plantiff

V                          2:05-CV-920-F
                   CASE NO,s 2:06-CV-88 W.H.A

Donal Campbell Et, All
    Defendants

Motion To Amend

Motion for Retaliatory Injuction

   Come now Jimmy F Cameron and Does Ask This Honorable court To Grant him This Retaliatory Injuction it will be Late But may stop any futher Retalition against Plantiff for Reasons as follows

1.

Plantiff. is Serving a Life Sentence for 2nd Degree Burglery. No sex no violence no Guns convicted 12-4-91.
Plantiff made Parole 5-25-2000 was Revolked 2-2001 Plantiff was set off until 2-4-04 Plantiff finised 8 week SAP was Paroled again 5-10-04 Plantiff was Revolked 3-27-05 for Dirty Urin marijuwa Plantiff Took Dual Diagnosis SAP 15 weeks and Finished

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Graduated 11-10-05. Plantiff went up for Parole 3-28-06. Plantiff has had no Disciplinarys are citations. But WARDEN Giles Recommended To The Parole Board That Plantiff should not be given Parole. Due To Plantiff filing Two Law suit against MR. Giles. and his Boss. Plantiff has not commited any new crimes are had any Disciplinarys. But has finished 15 week Dual Diagnosis S.A.P. Plantiff was Revolked 3-27-05 and set off one year so he could complete The 15 week Program which he Did. Plantiff was Denied Parole because of his filing Civil Action against The Dept. of CORR. and WARDEN Giles and for no other Reason Plantiff was set off for Parole until MARCH 2007 Plantiff still not getting proper medical Care Plantiff not given Time 2/ eat 5 minutes

A.I.S. 105591

Done This 4-23-06   Jimmy F Cameron

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Certificate of Service

Come now Jimmy F Cameron and does say that a copy of the aformentioned motion was served on the Attorneys for the Defendants by placeing a copy in the Ventress Free Legal mail This Day of April 24-06

Alabama Dept of Corrections
   Legal Division
   P.O Box 301501
Montgomery, Ala
            36130-1501

AIS 105591        Jimmy F Cameron
                      plantiff