IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) | |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On April 27, 2006, the plaintiff filed a motion to amend/motion for retaliatory injunction in which he seeks to present claims related to the recent denial of his parole. *Court Doc. No. 26*. Specifically, the plaintiff contends that Warden Giles recommended that he not be granted parole in retaliation for his filing lawsuits. The court therefore construes this document as a motion for leave to amend to assert a retaliation claim. Upon consideration of the motion for leave to amend, and as the plaintiff seeks to present claims unrelated to the factual allegations contained in the complaint presently pending before this court, it is

ORDERED that this motion be and is hereby DENIED.

The plaintiff is advised that if he seeks to challenge the retaliation referenced in his motion to amend me may do so by filing a separate 42 U.S.C. § 1983 action.

DONE, this 3rd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE