**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

RECEIVED
2006 MAY -4 P 10:08

In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
   Plantiff

V                                    Case No. 205-CV-920-F

Donal Campbell Et. Al
   Defendants

Motion To Amend

Motion To Show Court That
he Does have a Issue

Come now Jimmy F Cameron in the above style case. To show This Honorable Court The Body Chart That was made The Day officer Holland Handcuffed plantiff made him face The wall. Then slapped plantiff on The Left side of his head. Very hard and plantiff say That That slap To The Back of his head may have caused all his Back Pain's with Pinched Nerves, see exhibit The D.o.c Already has copies of The medical Body Chart. Dept of Corr. plantiff can not have copies made!

5-1-06                                  Jimmy F Cameron
                                          Plantiff

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Certificate of Service

Come now Jimmy Frank Cameron and Does say That The Defendant was mailed a copy of the forgoing To The Defendant on The 1st Day of May 2006

Alabama Dept of Correction
   Legal Division
   P.O. Box 301501

Montgomery, Ala

Date    5-1-06           Jimmy F Cameron

**PHS** PRISON HEALTH SERVICES INCORPORATED

## EMERGENCY

**ADMISSION DATE:** 9/11/05  **TIME:** 829 AM
**ORIGINATING FACILITY:** Ventress
☐ SIR ☐ PDL ☐ ESCAPEE ☐

**ALLERGIES:** NKDA

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

**VITAL SIGNS: TEMP** 96.6 ORAL / RECTAL  **Wt.** 159#
**CONDITION ON ADMISSION:** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA
**RESP.** 20  **PULSE** 84  **B/P** 122/88
**RECHECK IF SYSTOLIC <100> 50** ___/___

**NATURE OF INJURY OR ILLNESS:**
S — "I don't have any new medical complaints. I got slapped."

**ABRASION ///   CONTUSION #   BURN xx/xx   FRACTURE Z/Z   LACERATION / SUTURES**

[body diagram – front and profile views, hands]

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION:**
O — W/M ambulated to HCU in handcuffs, no acute distress noted. Somat alert & oriented X3. Lung clear. Heart noted at reg rhythm. No redness or edema noted to facial area. Skin intact.

**ORDERS / MEDICATIONS / IV FLUIDS:**
P — Continue current treatment.

| | TIME | BY |
|---|---|---|

**DIAGNOSIS:**
A — DOC body chart

**INSTRUCTIONS TO PATIENT:**
Sick call PRN

**DISCHARGE DATE:** 9/11/05  **TIME:** ___ AM/PM
**RELEASE / TRANSFERRED TO:** ☑ DOC ☐ AMBULANCE ☐
**CONDITION ON DISCHARGE:** ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

**SIGNATURE:** Smith  **DATE:** 9/11/05
**PHYSICIAN'S SIGNATURE:** X  **DATE:** ___  **CONSULTATION:** ___

**INMATE NAME (LAST, FIRST, MIDDLE):** Cameron, Jeremy

**DOC#** 185501   **DOB** 12/30/__   **R/S** W/__   **FAC** ___

MD-70007 (White -