IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) | |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on May 4, 2006 (Court Doc. No. 28),

which the court construes as a motion to submit exhibit in support of his response to the defendants'

written report, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

DONE, this 5th day of May, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE