**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

RECEIVED
2006 MAY -9 A 9: 21
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
Plantiff

V

Donal Campbell Et, Al           cases. 205-CV-920-F
Defendants                      206-CV-88 W-H-A

Motion of Notice
of Change of Address

Notice of Change of Address from Ventress To Hamilton A e I
My New Address is

Jimmy F. Cameron 105591
223 Sasser Drive
Hamilton, Ala
35570

Date 5-8-06

Jimmy F Cameron
Plantiff

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Certificate of Service

Come now Jimmy F Cameron and Does say that the Defendants in this case was sent a change of address on the 5-8-06

Alabama Dept of Corrections
Legal Division

P.O Box 301501

Montgomery, Ala

36134-1501

Jimmy Cameron
Plantiff