Notice of Change of Address

RECEIVED
2006 OCT 25 A 10:37

Jimmy Frank Cameron

V.

Donal Campbell Et. AL.

Both Case Numbers
2:06-CV-88-WHA
Cases 2:05-CV-920-F

Come now Jimmy Frank Cameron to inform this Honorable court of Petitioner address - from Hamilton A&I to my current address is Jimmy Frank Cameron
P.O. Box 150
Mt. Meigs Ala
36057

Just to keep this Honorable court informed of plantiff Address.

10-22-06          Jimmy Cameron
                  plantiff