IN The United States District Court
for The Middle Distrit
Northern Division

Jimmy Frank Cameron

Plantiff

v.

Donal Campbell Et, AL

RECEIVED
2006 NOV 29 A 9:46
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2:05-CV-920-F
Case Nos. 2:06-CV-88-WHA

## Motion for Retaliatory InJuction

Come now Jimmy F Cameron and Dues Ask This Honorable Court To Order The Defendants To Stop The Retaliatory Actions Being Done To Plantiff. As follows

1. writeing plantiff Citation for nothing
2. Lieing on plantiff and getting plantiff a Citation 11-15-06
3. getting plantiff Transfred for No Reason
4. start giving plantiff Edequate medical Treatment
5. To stop making Plantiff go out in The weather with no Pain medication
6. Stop giving plantiff cosmetic medical Care
7. provide Plantiff with The medical Treatment Thats needed
8. stop all The Harrassing By The Dept. of Corr. Officers
9. Order Doctor siddig To give plantiff The needed Treatment

Plantiff Prays That The Honorable court will Grant This motion

Date 11-19-06

Jimmy F Cameron
Plantiff

Certificate of Service

Come now The Plantiff in The Above Style cause and Does say That A copy of The forgoing was mailed To the Defendants by Placing a copy in The U.S Mail Prepair This Day of November 19 2006.

Alabama Department of Corrections
    PO Box 301501
Montgomery Ala
        36130-1501


Date 11-19-06                                  Jimmy F Cameron
                                                    Plantiff