IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On November 29, 2006, the plaintiff filed a motion for retaliatory injunction in which he requests that this court "order the defendants to stop retaliatory actions being done . . ." *Court Doc. No. 32* at 1. The court therefore construes this document as a motion for preliminary injunction pursuant to Rule 65, *Federal Rules of Civil Procedure*. Accordingly, it is

ORDERED that on or before December 15, 2006 the defendants shall show cause why the motion for preliminary injunctions should not be granted

Done this 30th day of November, 2006.


                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE