In The United States District
for The Middle District of Alabama
Northern Division

Jimmy F Cameron
    Petitioner

v.

Donal Campbell Et. Al
    Defendants

205 CV-920-MEF
Case No's 206-CV-88 WHA

RECEIVED
2006 DEC -6  A 9:41

## Notice of Change of Address

Come now Plantiff Jimmy F Cameron To inform this Honorable court. AGAIN! My new Address is Jimmy Frank Cameron 105591
    P.O Box 5187 D.3-22
    Union Springs, Ala
    36089-5107

Please Record my new Address. The Defendants keep moving me for no Reason. Just To Harasse me."

### Certificate of Service
Defendants know where I'm At."

105591      Jimmy F Cameron
         Plantiff