IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| JIMMY FRANK CAMERON, ) <br> AIS #105591 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISIONER DONAL CAMPBELL, ) <br> et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 02:05-CV-920-F |

### DEFENDANTS' RESPONSE TO
### MOTION FOR RETALIATORY INJUNCTION

Come now, the Defendants, through their undersigned counsel and files their response to Plaintiff's Motion for Retaliatory Injunction and pursuant to this Honorable Court's Order of November 30, 2006 (Doc. No. 33) submits the following:

1. The Defendants specifically deny that they have been retaliating against the Plaintiff.

2. The Plaintiff was transferred to Bullock County Correctional facility on or about October 24, 2006.

3. Since his transfer he has received only one citation for possession of contraband (See Defendants' Exhibit 'A'). The Plaintiff was found to be in possession of a "slick pick ticket" on November 11, 2006 (See Defendants' Exhibit "B').

4. The Plaintiff has received regular and reasonable medical care. (See attachment to Exhibit 'A').

Respectfully submitted,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/s/GREG BIGGS (BIG004)
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130
(334) 353-3885

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 8th of December 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Inmate Jimmy Frank Cameron
AIS # 105591
Bullock Correctional Facility
104 Bullock Drive
P.O. Box 5107
Union Springs, AL. 36089

/s/Greg Biggs
Greg Biggs
Assistant Attorney General
Assistant General Counsel