IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591 )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DONAL CAMPBELL. et.al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |

**AFFIDAVIT**

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Louis Boyd, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Louis Boyd, and I am presently employed as a Correctional Warden II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, AL 36089. I am over twenty-one (21) years of age.

Inmate Jimmy Frank Cameron, #105591, was received at Bullock Correctional Facility on October 24, 2006. From that date until this date, Cameron has received one (1) citation, for possession of contraband (gambling paraphernalia).

In relation to Cameron's medical complaints, please see attached statement of Ms. Eaton, the Director of Nursing.

_____
Louis Boyd, Correctional Warden II

DEFENDANT'S EXHIBIT A

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___5th___ day of ___December___ 2006.

___Justine B. Person___
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL

December 1, 2006

      Inmate Cameron was received to Bullock County Correctional Facility on October 11, 2006; Mr. Cameron submitted a sick call request with the complaint of chronic back pain and wanted to be taken off some of his medications. Dr. Siddiq saw the patient, ordered an X-ray, and offered to order Tylenol for pain. At this point, Mr. Cameron declined to take the Tylenol.

      November 6, 2006, Mr. Cameron submitted a sick call request to see the Doctor for back pain and to have his bottom bunk profile renewed. Dr. Siddiq evaluated the patient, renewed the bottom bunk profile for one year, ordered a lay in for 10 days and also ordered Tylenol 650mg, three times daily for ten days. The patient did not show up at the 0400 pill call for his medications. At the 1100 pill call, the patient refused the medication on November 18, 2006. The patient refused medications at the 1700 pill call on November 8, 9, and 10th and did not show for 1700 pill call on November 11, 2006.

      Cameron submitted a sick call request on the November 9, 2006 to request a double mattress profile. The patient was seen by Dr. Siddiq and given a profile for a double mattress good for one year. On November 14, 2006, another sick call request was submitted by the patient where he stated that the medications were not working and he needed to get his lay in profile extended. The patients lay in was good until November 17, 2006.

      Mr. Cameron submitted another sick call request on November 15, 2006 with the complaint of back pain and to get his lay in profile extended. M. Cameron submitted a sick call request on November 16, 2006 for back pain. Dr. Siddiq evaluated the patient and ordered Advil three times daily for ten days. The patient did not show for the 0400 pill call on November 18, 19, 20, 21, 22, 23, and 26th for the 1100 pill call on November 19, 22, and 24th. The patient refused medications at the 1100 pill call on November 25, 2006. At the 1700 pill call, the patient refused meds on November 17, 19, 20, 21, 22, 23, and 24th. He did not show up for the 1700 pill call on November 18, 2006.

      Mr. Cameron submitted a sick call request on November 19, 2006 for back pain and to have his lay in extended. Dr. Siddiq evaluated the patient and extended his lay in profile for 30 days.

*Belinda Eaton RN, DON* (signature)