MAJOR INSTITUTIONS — BEHAVIOR CITATION

Name: Jimmy Cameron   AIS: W-105591   CELL DORM/BED: 03-22

Facility: BCCF   JOB ASGMT: _____   CUSTODY: _____

The above named inmate is cited by Officer Corey Bennett for the following violation(s) of institutional/departmental rules. #64 "Possession of Contraband"

Inmate Jimmy Cameron W-105591 did have in your possession 1 lick pick ticket found by Officer Corey Bennett during a routine shakedown.

Date of infraction: 11-11-06   Time of infraction: 4:16 (p.m.)

Location of infraction: Kitchen

Corey Bennett 11-11-06
Citing Employee's Signature/Date

I have investigated the circumstances surrounding this citation and recommend the following sanctions to be taken against this inmate:

( ) Counseling/Warning   (✓) Loss of Telephone Privileges for 15 days
(✓) Loss of Canteen Privileges for 15 days   ( ) Removal from Incentive Program
(✓) Loss of Visiting Privileges for 15 days   ( ) Removal from Hobby Crafts Program
( ) Extra Duty for ___ days at ___ hours per day under supervision of ___ shift
***( ) Wear Pink Inmate Clothing for ___ days (Indecent Exposure/Exhibitionism)

Refuse to sign 11-11-06
Inmate's Signature/AIS/Date

Jimmy L Thomas COII
Shift Supervisor's Signature/Title

***Wearing of PINK CLOTHING must be approved by the Warden.

After having reviewed this citation and the recommended sanction(s) presented, the following action is approved:

(✓) Citation and sanctions are approved
( ) Citation and sanctions are approved as modified below:

_____

( ) Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under the provisions of ADOC AR 403.
( ) Citation and sanctions are disapproved. Expunge action from inmate's file.

15 Nov 06
Effective Date of Sanctions

[Signature] COSII 13 Nov 06
Warden/Designee's Signature/Date

Inmates receipt of completed action: Refuse to sign
Inmate's Signature/AIS/Date

Serving Officer's Initials: _____

Distribution: ( ) Captain  ( ) Shift Cmdr.  ___ Shift  ( ) Business Office
(As Required) ( ) Psychologist  ( ) Classification  ( ) Central Records

Entered BCCF DRD

Annex A to AR 403

DEFENDANT'S EXHIBIT B