In The United States District Court
The Middle District of Alabama
Northern Division

Jimmy Frank Cameron

v.

Donal Campbell Et. Al

Case No. 2:05-CV-920F

RECEIVED
2006 DEC 13  A 10: 44
A P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion To AMEND

Motion of Rebuttal

Come Now Jimmy F Cameron in the above style cause and does dully swear that the Defendant Response to the motion for a Retaliatory Intution. Plantiff say is nothing But (Lies). They are Telling The Truth about the number of sick calls I filled out. yes Doctor Siddiq Did give me Tylnol and Ibuprofen. But I plainly told Doctor Siddiq That I had Hipatitus C. and was not suspose To Take Tylnol and I was Allergic To Ibuprofen. check plantiff medical files. which show That The Doctor isn't Treating plantiff as a perffesional M.D. Plantiff Does Say That he was not caught with any Slick P'ich. Order The D.O.C. To Produce The Slick Pich. They cannot!" Plantiff currently Take Zantac 150 mg for Acid Reflex. Plantiff Never misses 11: o'clock Pill call are 5 o'clock

pill calls. plantiff never missed pill call!! plantiff is currently working on another civil suit on Doctor Siddiq for prescribing plantiff the wrong medication Ibyprofern see plantiff medical file. And the only Treatment Plantiff has Received is Cosmetic Treatment. Just To Appear To be Treating Plantiff. and Actuality is not giving plantiff any Treatment for Pinched Nerves In his Back. Plantiff Does say That The Answer As A Whole is nothing But a (Cover up!). The Defendant Think That All The Cosmetic Treatment will show That Plantiff is being Treated for his Back and his hepatitis C. Plantiff Prays That This Honorable Court Can and will see through This cosmetic answer and Treatment." Ask Why Plantiff was Transfred from Hamilton A and I To Bullock facility. for no Reason other Than Having a Bottom Bed Profile. Plantiff says That Defendant know about Plantiff Pinched nerves in his Back and plainly Refuse To give plantiff Edequate medical Treatment.

12-11-06                                    Jimmy F Cameron

## Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of The forgoing was sent to The Defendants Attorney Postage prepaid This 12-11-06 of December by placing a copy in The U.S. Mail

Alabama Deptoartment of Correctinal
    P.O. Box 301501

Montgomery Ala
        36130-1501

*Jimmy F Cameron*