DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: VCF

Name: Cameron, Jimmy
State ID No: 105591
DOB: 123048
Race: W   Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rampati /cg | 010506 | 1:30p | X | | |

HISTORY/DIAGNOSIS: C/o mid Back to LT chest discomfort (posterior) w/previous

X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | X THORACIC SPINE 2 views |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Cameron

REPORT

DORSAL SPINE: The examination is compared with the previous study of 11-11-05. The examination again shows compression fractures of T7 and T8. There appears to have been some further compression since previous examination. Compression fractures of T11 and L1 show no significant change. Deformity of multiple left upper ribs is again noted.
IMPRESSION: THERE ARE MULTIPLE COMPRESSION FRACTURES IN THE LOWER DORSAL SPINE. THERE APPEARS TO HAVE BEEN SOME MILD FURTHER COMPRESSION OF THE BODIES OF T7 AND T8. SUGGEST FOLLOW UP TO INCLUDE CONED-DOWN AP, TRUE-LATERAL AND OBLIQUE VIEWS CENTERED AT THE LEVEL OF T7-T8.

D: & T: 01-09-06  Howard P. Schiele, M.D./jhi Board Certified Radiologist (Signature on file)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|
| | (signature) | 1-6-06 |

| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |
|---|---|---|
| | | |