In the United States District Court
for the Middle District of Alabama
Northern Division

Jimmy Frank Cameron
plantiff

v.

Case No. 205-CV-920 F

Donal Campbell Et. Al
Defendants

## Motion for Jury Trial
under U.S.C Title 28 770 & 773

Come now Jimmy F Cameron and Does ask for a Jury Trial under Title 28 770 & 773 and Does say That Because of Being Assulted by officer Holland."!" That:" That Slop from officer Holland. Did cause Plantiff To suffer A Pinched nerve in His Back 11-7-05 which Plantiff Did suffer sever Pain for Almost 5 months. and still suffers with constant Back Pain from That Hit from officer Holland." on The Back of Plantiff Head.'

12-6-06          105591          Jimmy Cameron

## Certificate of Service

Come now Jimmy F. Cameron and does say that a copy of the foregoing was sent to the Defendant by placing a copy of said motion the the free US mail at Bullock Correctional facility the day of December 6, 2006

Alabama Department of Corrections
   Legal Division
P.O. Box 301501
Montgomery, Ala
      36130-1501

Date 12-6-06

105591
Jimmy F Cameron
plantiff