IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for jury trial filed by the plaintiff on December 20, 2006 (Court Doc. No. 38), in which the plaintiff requests that this case be set for a jury trial on his claim against defendant Holland, and for good cause, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that the plaintiff's request be entered on the docket as a demand for jury trial.

Done this 8th day of January, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE