IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-920-MEF |
| ) | |
| DONAL CAMPBELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on December 15, 2006 (Doc. #37), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1. The motion for preliminary injunction filed by the plaintiff on November 29, 2006 is DENIED.

2. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 9th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE