In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
  Plantiff

RECEIVED
2007 JAN 10 A 10:07
DE[...] HACKETT, CL[...]
[...]STRICT COURT
[...] DISTRICT ALA

v.                                    Case No. 205-CV-920-MEF

Donal Campbell Et. Al

Motion To AMEND
Letter of Objection
Motion To Justify

Come now Jimmy F. Cameron To Ask This Honorable Court. Why The so called Evidentiary material filed by Defendants To be Gospel Truth! That Disputes what The Plantiff Allegations Claim. Plantiff would like To Ask The court. What Relevant material Did The Defendants show? Nothing more Than A statement which is A Lie "Just Like 95% of every thing Else They Say. Lying To cover up Lies!" Plantiff Realizes That he is a Inmate: but That he is still a Human Being Just Like All The Defendants. Whom will Do and Say what ever is Nessary To Keep There Jobs and To Protect Their Employer. Plantiff Realizes That Plantiff Just Ask This Honorable Court. To Realize The Same Thing. Plantiff knows That he is No Saint But Does Say. That Plantiff will not knowing Tell a Lie To Prove any Thing!

on any one including a Correctional officer! Plantiff does say that Prison Health Services make their profit from Human suffering. The more Inmates that suffer the more Profit P.H.S. makes. Plantiff still says that he did not have a slick pick! and told the officer that was not a slick pick. It was just a plain slip of paper with some Games Plantiff was ask to get the score on. There was nothing on the paper but 10 Games it was not a slick pick! and it was not Contraband. Cameron was coming out of the Dining Hall when he was shook down. And as for the medical Treatment. All the Defendant have shown was exactly what Plantiff claimed. nothing but cosmetic Treatment. No Treatment for his Back such as Decompression Theraphy. That would cure the Plantiff but that would come out of P.H.S Profits!! and Nurse Eaton is a new hired D.O.N. and is plainly not telling the truth. I say again. I have not missed a pill call since I've been at Bullocks facility. and will not miss one I get Zantac which I've got to take for Acid Reflux. Every thing Plantiff tell this court is the truth!! If the court wishes not to beleive it. That is on the court. That does not make what Plantiff says a Lie! It is still the truth

10559.

Jimmy Cameron
Plant-iff

Certificate of Services

Come now Jimmy F Cameron in the above style cause; awn Does say That a copy of the fore mentioned was mail To The Attorneys For The Defendant by Placing said copy in the free Legal mail here at Bullock Correctional facility on 12-19-06. Properly addressed

Alabama Department of Corrections
   Legal Division
PO Box 301501

Montgomery, Ala

   36130-1501

12-19-06                    Jimmy F Cameron
                                Plantiff