IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,    )
    )
    Plaintiff,    )
    )
    v.    )    CIVIL ACTION NO. 2:05-CV-920-MEF
    )
DONAL CAMPBELL, et al.,    )
    )
    Defendants.    )

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on January 10, 2007 (Court Doc. No. 41), which the court construes to contain a motion to justify Recommendation denying preliminary injunction, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 11th day of January, 2006.


       /s/ Susan Russ Walker
       SUSAN RUSS WALKER
       UNITED STATES MAGISTRATE JUDGE