IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the objection filed by the plaintiff on January 10, 2007 (Court Doc. No. 41), which the court construes as a motion to strike the defendants' responses to his motion for preliminary injunction, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 11th day of January, 2006.

                /s/ Susan Russ Walker
              SUSAN RUSS WALKER
              UNITED STATES MAGISTRATE JUDGE