In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
plaintiff

vs.

Donal Campbell Et. Al
Respondents

RECEIVED
2007 FEB 13 A 10:11
R. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 2:05-CV-920-F

Plaintiff Motion for Appointment of Counsel pursuant To 28 U.S.C. 1915E. Plaintiff moves for an order appointing Counsel To Represent him in This Case. In Support of This Motion, Plaintiff States

1. Plaintiff cannot afford To Hire a Lawyer. He has Requested Leave To Proceed in forma Pauperis in This case.

2. The issues in This case are Complex. A Lawyer would Help Plantiff To Locate key wittnesses To This Case

3. A Trial in This case will Likely involve Conflicting Testimony. A Lawyer would. Assist Plantiff in The presentation of Evidence and The cross examination of opposing witnesses! Plantiff Has Eye Witnesses!

4. A Lawyer would help Plaintiff get All Evidence and question All Witnesses in This case. Plantiff cannot Locate key witnesses and question Them Like a

Lawyer can. and since this civil Action was filed; All the key wittnesses have been moved to other facilitys are been Released. and need to be located!

WHEREFORE, Plaintiff Request That The Court Appoint Counsel To Represent him in This case!

Respectfully submitted, This 4 day of febuary 2007

105591
Jimmy F Cameron
Plantiff

## Certificate of Services

Come now Jimmy Frank Cameron and Does say that a copy of the forgoing has been served to the Attorneys for the the Defendents by placing a copy of the forgoing in the U.S mail Postage Prepaid by Bullock free Legal mail this 4 Day of febuasy 2007

2-4-07

Jimmy F Cameron
plantiff 105596

Alabama Dept of Correction
Legal Division
P.O. Box 301501

Montgomery, Ala
36130-1501



United States District Court
P.O. Box 711
Montgomery, Ala 36101

Jimmy Cameron 105591
P.O. Box 5107 C-1-7A
Union Springs Ala
36089

"  " Legal Mail " "