In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron

V

Richard Allen
P.H.S     Ect. AL
Doctor Siddiq

Case No. 2:06-CV-1115-MHT
2:05 CV 920 F
2:06 CV-88-W.HA

RECEIVED
2007 MAR 14 A 9:29

## Motion for Preminlinary Injuction

Come now Jimmy F Cameron and Does Ask This Honorable Court To Grant Plantiff a Premlimiary Injuction against The Denfendant To stop harrassing and punishing Plantiff Because of His Civil Action. Plantiff Show As follows

1. giving Plantiff a Bogus citation for a Slick Pick
2. getting plantiff Denied from making Parole on The 3-6-07
3. Plantiff medical care has not improved!
4. Plantiff goes Through Pain and Suffering

Every Day Because of These Pending Civil Actions

5. Plantiff Parole was Denied and Plantiff was set off Two year. Plantiff was violated for a Dirty urin. 2-05 Plantiff finished Dual Dianosis S.A.P 12-10-06

6. Defendants are Punishing Plantiff mentally and emotionally. Daily

Planiff Pray That This Honorable court will Issue a Preliminary injuction - To Stop All Harrassment and orer plantiff be Released on Parole.

105591                  Jimmy F Cameron
                           Plantiff

Certificate of Services

Come now Jimmy F Cameron and Does say That a copy of The forging was mailed To The Attorneys for The Defendant This 12 Day of March 2007 Postage prepaid.

Rushton Stakely, Johnson & Garrett P.A
    P.O Box 270
    Montgomery Ala
         36101
                           Jimmy F Cameron



MONTGOMERY AL 361
13 MAR 2007 PM 1 L

United States District Court
PO Box 711
Montgomery, Ala
36101-0711

Jimmy Cameron 105541
PO Box 5107 C1-7-A
Union Spring Ala
36089