In The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Camerer
   Plantiff

   v.                                    Case No. 2:05-CV-920 F

Donel Campbell Et. AL

Motion To Leave To Amend
To Add New Declaration
Of Plantiff

Come Now Plantiff Jimmy Frank Camerow and ask This Court To Add his Declaration To his civil Action

5-28-07                          Jimmy F Camerow
                                      Plantiff