CASE NO. 2:05-CV 920·F

Declaration under Penalties of Purjury
Pursuant To 28.U.S.C § 1746

Come now Jimmy Frank Cameron and Does Say That on 9-11-05 in Dorm 6 at Ventress Correctional Facility I was called out To the Lobby of 6 Dorm where He was Hand cuffed Behind his Back and Told To face The Wall. Then Officer Hollows Did Slap him Behind his Head (Real Hard) for no Reason!" I never said a word To cause This violent act To be Committed by Officer Hollows. Plaintiff Say That Being Hit on The Back of his Head. Did cause him To suffer a Pinch Nerve in his Back on 11-7-05

Pursuant To 28 U.S.C § 1746 I Declare under Penalty of Perjury That The foregoing To True and correct excuted on 4-4-07

4-4-07                    Jimmy F Cameron

Certificate of Service

Come now Jimmy Frank Cameron and does say that a copy of the forgoing was served on Lawyers for the Defendent this day of May 29, 2007 by placing a copy in the Bullock Correctional facility free Legal mail.

Alabama Dept of Corrections
   Legal Division
P.O. Box 301501
Montgomery, Ala
       36130-1501

5-28-07        Jimmy F Cameron
                           Plaintiff

Johnny Cameron 185341
PO Box 5107 GL-7b
Madison Spring Ala
36089

LEGAL MAIL

United State District Court
PO Box 711
Montgomery, Ala
36101-0711



US POSTAGE $00.41
PITNEY BOWES
MAY 29 2007
MAILED FROM ZIP CODE 36089