IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF ) |
| DONAL CAMPBELL, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend response filed by the plaintiff on May 30, 2007 (Court Doc. No. 52), in which the plaintiff seeks to present an additional declaration in support of his response to the defendants' special report, and for good cause, it is

ORDERED that the motion for leave to amend response be and is hereby GRANTED.

Done this 31st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE