CASE NO. 2:05-CV 920-F

## Declaration Under Penalties of Perjury Pursuant To 28.U.S.C § 1746

Come now Jimmy Frank Cameron and does say that on 4-11-05 in Dorm 6 at Ventress Correctional Facility, I was called out to the Lobby of 6 Dorm where He was Hand cuffed. Behind his Back and Told To face the Wall. Then Officer Hollows Did Slap him Behind his Head (Real Hard) for no Reason!" I never said a word to cause this violent act to be Committed by Officer Hollows. Plaintiff say that Being Hit on The Back of his Head. Did cause him To suffer a Pinch Nerve in his Back on 11-7-05

Pursuant To 28 U.S.C § 1746 I Declare under Penalty of Perjury That The foregoing To True and correct executed on 4-4-07

4-4-07            Jimmy F Cameron

Certificate of Service

Come now Jimmy Frank Cameron and does say that a copy of the forgoing was served on Lawyers for the Defendant this day of May 29- 2007 by placing a copy in the Bullock Correctional facility free legal mail.

Alabama Dept of Corrections
   Legal Division
P.O. Box 301501
Montgomery Ala
            36130-1501


5-28-07                              Jimmy F Cameron
                                        Plaintiff

Jimmy Campbell 105341
PO Box 5107 GL2B
Union Spring Ala
36089

LEGAL MAIL

United State District Court
PO Box 711
Montgomery, Ala
36101-0711

