IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv920-MEF |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 51) filed herein on May 11, 2007, said Recommendation is hereby ADOPTED, and it is the ORDER, JUDGMENT and DECREE of the court that:

1. The motion for preliminary injunction filed by the plaintiff on March 14, 2007 (Doc.# 50) is DENIED.

2. This case is referred back to the Magistrate Judge for additional proceedings.

Done this 8th day of June, 2007.

                                              /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE