In The United States District
Court for The middle Division
Northern Division

Jimmy frank Cameron
    plantiff

v.

Donal Campbell Et. AL
Richard Allen

RECEIVED
2007 AUG -1 A 9:20
 P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO 2:05-CV-920-F

## Motion To Settle!

Come now The Plantiff in The above style cause and Does Ask The Defendant's To settle This claim with out ALL The costly Issues of having A Jury Trial and save This Honorable Court Time and Effort!" I do say That officer Hollows and officer Allexander Did Violate Plantiff Constitutional Right. by Hand cuffing Plantiff The slapping him on The Back of His Head for No Reason other Than Plantiffs being white!! Plantiff is willing To To Let Bygones be begones This Time!" But for The Defendants Issue An Apology and make A Promise That nothing Like This will happen To Any More Inmates Reguardless of Their color!" And To Pay ALL Court cost of Plantiff filing his civil Actions in This Honorable Court. Plantiff feels Tha This

is The best way out for Both Plantiff and Defendants and Less Expensive." Plantiff Prays That The Defendants will favorablety Respond To This motion by Simply Admitting they were wrong! and pay ALL money owed To This court by Plantiff for filing fees. Plantiff PRAYs

*Jimmy F Cameron*
Plantiff

## Certificate of Service

Come now Jimmy F Cameron and Does say That A copy of The forgoing was mailed To The Attorneys for Defendant on The 30 Day of July. Postage Paid by Bullock free Legal mail

Alabama Dept of Correction
  Legal Division
P O Box 301501
montgomery - Ala
    36130-1501

*Jimmy F Cameron*
Plantiff



Jimmy Cameron 105591
P.O. Box 5107 C-1-7-A
Union Springs, Ala
36089

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

Legal Mail

36101+0711