IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On August 1, 2007, the plaintiff filed a motion to settle (Court Doc. No. 56) in which he requests that the defendants consider settlement of this case under the terms presented in such motion. The court therefore construes this document as a motion for leave to submit proposed settlement agreement, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before August 17, 2007 the defendants shall file a response to the settlement agreement proposed by the plaintiff and/or may submit any counter offer of settlement to the plaintiff.

Done this 2nd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE