IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| JIMMY FRANK CAMERON, <br> AIS #105591 <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER DONAL CAMPBELL, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 02:05-CV-920-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' RESPONSE TO MOTION TO SETTLE

**COME NOW** the Defendants, by and through counsel, and pursuant to this Honorable Court's Order (Doc. No. 57) file their response to Plaintiff's Motion to Settle as follows:

1. The Plaintiff (hereinafter referred to as "Cameron") filed his original complaint alleging excessive force (See Doc. No 1).

2. The Defendants appropriately filed their Answer and Special Report (See Doc. No 14).

3. On December 2, 2005, this Honorable Court entered an order requiring Cameron to file an appropriate response and if he failed to do so, Cameron would in effect abandon his claims. (See Doc. No. 16)

4. On December 23, 2005, Cameron filed a motion to amend but surprisingly attempted to change his claims to one of inadequate medical care ( See Doc. No. 20)

5. Of course, Cameron later attempts to amend his complaint by inappropriately adding an exhibit that, ironically, substantiates the defense to his claims of excessive force. In sum, the medical chart of September 11, 2005 shows no sign of any injury whatsoever (See Doc. No. 28).

WHEREFORE THE ABOVE CONSIDERED, the Defendants response is that there is nothing to settle with Cameron, even though the offer contained in Doc. No. 56 is on its face a minimal way to resolve this matter. The Defendants reject this purported offer.

Respectfully submitted,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/s/GREG BIGGS (BIG004)
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL  36130
(334) 353-3885

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 14th of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Inmate Jimmy Frank Cameron
AIS # 105591
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

/s/Greg Biggs
Greg Biggs
Assistant Attorney General
Assistant General Counsel