IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF ) |
| DONAL CAMPBELL, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon review of the documents filed by the parties relative to possible settlement of this case, the parties are DIRECTED to engage in good faith discussions directed at reaching an amicable resolution of the issues in this case. It is

ORDERED that on or before September 10, 2007 the parties shall notify the court whether they have reached a resolution in this case. The parties are advised that if a settlement can be reached the court will, upon motion of any party, consider waiver of the applicable filing fee.

Done this 14th day of August, 2007.

       /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE