
In The United States District
Court for The middle District
Northern Division

RECEIVED
2007 AUG 20 A 9:3?

Jimmy Frank Cameron
    plaintiff

Case No. 2:05-CV-920 MEF

V.

Donal Campbell et. al.

## Motion To Leave To Amend.

Come now Jimmy F Cameron in The above style cause, and does ask This Honorable Court To Let him Amend This civil action, By Dropping Donal Campbell and J.C Giles and Putting Officer Holland and officer Alexander as Personel individual Capasity for Nominal Damages. They do not fit into any Qualified immunity. See Lassiter v. Alabama A&M Univ 28 F3d 1146 1149-50 (11 cir 1994) en banc. Qualified immunity does not exist if Defendants Violate federal Laws, which Defendant did, and they violated ethis of Their preffesions, by Hand cuffing plantiff and slapping him on The Back of his Head. which cause some Pinched Nerves in Plantiff Back, see medical Ex Rays Dated 1-6-06 which plainly Shows

The Damage caused by The hard slap on plantiff Head. for no Reason other Than Being white!" Officer Alexander Coaxed officer Holland into Assaulting plantiff. Now plantiff want To go to Trial before a Jury. To Prove That Their was excessive force used unnecessaryly. used! And Plantiff will Prove That This Did happen by getting The other 4 Inmates who were Done The Same way. at The same Time. Which were ALL white inmates. Plantiff will need To be Appointed a Attorney To Locate These other Eye witnesses Plantiff was Trying To be understanding in The whole set up. But now we will go To Trial! if it Please This Honorable Court? and I hope and Pray That it Does. Because This Psychical Abuse Needs To be Stopped by prison Officials for Good

Executed on 8-16-07

Jimmy F Cameron
plantiff

# Certificate of Service

Come Now Jimmy f Cameron and Does say That a copy of the forgoing was mailed to Attorney for the Defendant this 16th Day of August 2007. by placing a copy in the U-S mail Postage prepained. this 8-16-07

Alabama Dept of Corr-
Legal Division
P.O Box 301501
Montgomery. Ala

　　　　　36130-1501


excuted on 8-16-07         Jimmy Cameron
　　　　　　　　　　　　　　　　plantiff