IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| JIMMY FRANK CAMERON, )<br>AIS #105591 )<br>  )<br>  Plaintiff, )<br>  )<br>v.   ) CIVIL ACTION NO. 02:05-CV-920-MEF<br>  )<br>COMMISSIONER DONAL CAMPBELL, )<br>et al., )<br>  )<br>  Defendants. ) | |

### DEFENDANTS' NOTICE TO COURT

COME NOW the Defendants, by and through counsel, and pursuant to this Honorable Court's order (Doc. No. 59) to reach a resolution by today, September 10, 2007. Defendant's counsel met with Plaintiff at Draper Correctional Facility, unfortunately a resolution between the parties was not reached.

Respectfully submitted,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/s/GREG BIGGS (BIG004)
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL  36130
(334) 353-3885

**CERTIFICATE OF SERVICE**

    I do hereby certify that on the 10th of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

    And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Inmate Jimmy Frank Cameron
AIS # 105591
Draper Correctional Facility
POB 1107
Elmore, AL 36025

    /s/Greg Biggs
    Greg Biggs
    Assistant Attorney General
    Assistant General Counsel