To The United States District Court
for The middle District of Alabama
Northern Division

RECEIVED 2007 SEP 12 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
    plantiff

v.                                    Case No. 205-cv-920-MEF

officer Holland
officer Alexander
            Defendants

Motion for Appointment of Cousel
under 28 U.S.C. § 1915

Come now Jimmy F Cameron in the above style cause and Does ask that he be appointed cousel to help him with locating five eye witnesses who were Assaulted the same Day plaintiff was Assaulted. Plantiff has wrote a Number of Attorney to see if they would take this case. but as the court knows. hardly any Attorneys in Alabama will take a case against the State of Alabama. Plantiff has wrote. with no Response

Richard L. Fricks            Talethia Powel Bailey
Attorney at Law              2452 Fresno Dr.
P.O. Box 754                 Vestavia Hill, Ala
Boaz. Ala                         35216
     35957

executed 9-10-07                    Jimmy F Cameron
                                         Plantiff

Certificate of Service

Come now Jimmy F Cameron and Does say That A copy of The for going was served on The Alabama Dept of Corrections Legal Division. P.O Box 301501 Montgomery Ala 36130-1501 by placing same in the U.S mail postage prepaid this 9-10-07 after Talking with MR Biggs from The Alabama Dept of Corr.

executed on 9-10-07

Jimmy F Cameron
Plaintiff



Jimmy Cameron 105551
P.O. Box 1107   B-2-17-A
Elmore Ala
36025

MONTGOMERY AL 361
11 SEP 2007 PM 1 L

United States District Court
P.O. Box 711
Montgomery Ala
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"