In The United States District Court
for The Middle District
Northern Division

Jimmy Frank Cameron
 Plantiff

v.

Officer Holland
Officer Alexander
 Defendants

RECEIVED
2007 SEP 12 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 2:05-CV-920 MEF

## Motion for Production of Records

Come now Jimmy F Cameron and does ask this Honorable Court to issue a order that Plantiff be given copies of five body charts done of 9-11-05 between 8 AM and 10 AM of 9-11-05. So Plantiff can get the names of the other four inmate who got assaulted the same time Plantiff was assaulted so Plantiff can start to locate them for eye witnesses alone with officer Alexander. So Plantiff can prove this case!" Plantiff need these body charts as exhibits. Plantiff should not need the court for any more help other than appointment of counsel. It is true Plantiff can handle most of the issues. But Plantiff can not track the other five eye witnesses that he will desperately need. Plantiff prays this Honorable Court will issue this order. Plantiff prays

Executed on 9-10-07

Jimmy F Cameron
 Plantiff