IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On September 12, 2007, the plaintiff filed a motion for production of documents (Court Doc. No. 66) in which he requests the defendants be required to produce to him the body charts of five other inmates he alleges suffered from a use of force on September 5, 2005. The plaintiff argues the body charts of these inmates are necessary to his ability to locate the inmates for purposes of having them serve as witnesses in this case. Upon consideration of the motion for production of documents, and for good cause, it is

ORDERED that this motion be and is hereby DENIED as (i) the plaintiff is not entitled to medical records of other inmates as such records are privileged under federal law, (ii) the current addresses of these inmates may not appear in the body charts, and (iii) the plaintiff may, if necessary and with permission of the court, obtain such information from the defendants through other appropriate requests for discovery.

Done this 13th day of September, 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE