In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron

v.

Officer Holland
Officer Alexander

Case No. 02:05-CV-920-MEF

RECEIVED
2007 SEP 14 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff's First Interrogatories
To Defendants Officer Holland and
Officer Alexander

Pursuant to Rule 26 and Rule 33 of The Federal Rules of Civil Procedure, Plaintiff Request That Defendants Officer Holland and Officer Alexander Answer The Following Interrogatories:"

1. Please describe all positions and Titles, with corresponding Dates of Employment, That you have Held as an employee at Ventress Correctional facility. Describe your Job Responsiblities for Each Position

2. Please describe in as much detail as Possible every policy, Procedure and Practice That Governs The use of force at Ventress Correctional facility.

3. Please describe in as much detail as possible the complete circumstances surrounding your use of force against the plantiff on Sept. 11, 2005 around 8 A.M.

4. Please state the names, Affiliation, Title, Last Known address, and Last Known Telephone number of each person who has knowledge of any of the facts stated in your Response to Interrogatory #5

5. Please describe in as much detail as possible the complete circumstances surrounding all other instances in which you have used force while working at Ventress Correctional facility. Include in your Response the circumstances surrounding any Review or Disciplinary Action that occured after each Actual or Threated Application of force!"

*Jimmy F Cameron*

## Certificate of Service

I Jimmy F Cameron does say that a copy of the forgoing was served on the Attorneys for the Defendants Alababama Dept of Corr.
P.O. Box 301501
Montgomery, Ala
36130-1501
This Day of 9-12-07

*Jimmy F Cameron*
plantiff



Jimmy Cameron 105591
P.O. Box 1107 B-2-17-A
Elmore, Ala
36025

MONTGOMERY AL 361
13 SEP 2007 PM 1 T

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
of the enclosed communication.

36101+0711