IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| DONAL CAMPBELL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the interrogatories filed by the plaintiff on September 14, 2007 (Court Doc. No. 69), which the court construes as a motion for leave to conduct discovery, and for good cause, it is

ORDERED that this motion be and is hereby DENIED as the plaintiff seeks information which (i) is cumulative or duplicative in nature to information provided in the special report, (ii) is irrelevant to a determination of the constitutional issues before this court, and/or (iii) would be overly burdensome to the defendant.

Done this 14th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE