IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DONAL CAMPBELL, et al., )<br>)<br>Defendants. ) | CASE NO. 2:05cv920-MEF |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 27, 2007, said Recommendation (Doc. # 63) is hereby adopted, and it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The motion to dismiss (Doc. # 60) filed by the plaintiff is GRANTED.

2.  The plaintiff's claims against Donal Campbell and J. C. Giles are DISMISSED with prejudice.

3.  Donal Campbell and J. C. Giles are DISMISSED as defendants in this cause of action.

4. This case, with respect to the plaintiff's claims against defendants Holland and Alexander, are referred back to the Magistrate Judge for appropriate proceedings.

DONE this 19th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE