IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV- 920 - F |
| ) | |
| COMMISSIONER DONEL CAMPBELL, et. al., ) | |
| ) | |
| Defendant, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Campbell, Giles, Holland, and Alexander, a [ Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| 1/2/2008 | /s/Greg Biggs |
| Date | Counsel Signature |
| | |
| | Campbell, Giles, Holland and Alexander |
| | Counsel for (print names of all parties) |
| | |
| | 301 S. Ripley St. |
| | P.O. Box 301501,Montgomery, AL 36130 |
| | Address, City, State Zip Code |
| | |
| | 334-353-3879 |
| | Telephone Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN**  DIVISION

**CERTIFICATE OF SERVICE**

I, Greg Biggs , do hereby Certify that a true and correct copy of the foregoing has been furnished by  U.S. MAIL, CM/ECF  (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd  day of January, 2008, to:

Jimmy Frank Cameron AIS #105591
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

|  |  |
|---|---|
| 1/2/2008 | /s/Greg Biggs |
| Date | Signature |