In The United States District Court
for The middle District
Northern Division

Jimmy Frank Cameron
    Plantiff

2008 JAN -8 A 9:14

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V

Case No: 2:05-CV-920-F

Officer Holland
Officer Alexander
    Defendants

## Motion To Clearify

Come Now Jimmy F Cameron in The Above style cause and Does Ask This Honorable Court. To Clearfy. Plantiff has Already filed A Motion To Dismiss Donal Campbell and Warden Giles. Which This Court Granted!" Plantiff Received A conflict of Disclosure Statement from MR Greg Biggs The Attorney for The Dept. of Corr. on 1-4-08, Plantiff would Like To Request That Both Defendants Be Ordered To Hire Their Personal Attorey's To Repersent Them. Both Defendant Should be Ordered To Take Responsibly for Their Actions. and Not Depending on The Dept. of Corr. Attorney's." Plantiff ask This Honorable Court To State Both Defendants in There Individual Capacity as Defendants!!

executed on 1-6-08

                                                                      Jimmy F Cameron
                                                                         Plantiff

# Certificate of Service

Come now Jimmy Frank Cameron and says that a copy of the foregoing was mailed to the Attorneys for the Defendants by placing a copy in the U.S. mail postage prepaid this 1-6-08

Alabama Department of Correction
    Legal Division
    P.O. Box 301501
Montgomery, Ala
            36130-1501

Jimmy Cameron 105591
P.O Box. 1107 B-2-17-A
Elmore Ala.
~~36025~~

MONTGOMERY AL 361
07 JAN 2008 PM 3 T

USA 41

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

United States District Court
P.O Box 711
Montgomery Ala
36101.0711

36101+0711 B007