IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| DONAL CAMPBELL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on January 8, 2008 (Court Doc. No. 73), which the court construes to contain a motion for order requiring that the defendants hire private counsel to represent them, and as this court deems it inappropriate to enter such an order, it is

ORDERED that this motion be and is hereby DENIED.

Done this 9th day of January, 2008.


                         /s/ Susan Russ Walker
                         SUSAN RUSS WALKER
                         UNITED STATES MAGISTRATE JUDGE