**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

January 9, 2007

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Cameron v. Campbell et al

Case No.:   2:05cv920-MEF
              Document 74

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf for document #74.