In The United States District Court
for The Middle District
Northern Division

RECEIVED
2008 MAR -3 A 9:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
Plaintiff

v.    Case No. 2:05-CV-920 MEF

Donal Campbell Et. AL
Defendants

Motion To file Charges
of Assault against Defendants

Come Now ~~Defendant~~ Plantiff in The above Style Cause To Ask This court To Let Plantiff file Assault Charges against The officer who Slapped Plantiff on The Right side of his head which caused Plantiff To have a pinched nerve on his spine. Plantiff Almost Died Because of The Slap on his Head. See Medical Records from Ventress. Plantiff has been in Prison since The violation happened 9-11-05 and has been Transfred To 3 Different Prisons since The violation occured. Plantiff has not had The opporunity To file Charges The Defendants.

excuted 2-28-08

Jimmy F Cameron
Plantiff

# Certificate of Service

Come now Jimmy F Cameron and Does say That a copy of The forgoing was mailed To The Attorneys for The Defendants by placing a copy in The Free Draper Legal mail This 28 of Febuary 2008

Rushton, Stakley, Johnson & Corkett P.C

P.O Box 270
Montgomery Ala
                36101- 6270


executed 2-28-08                  Jimmy F Cameron
                                     plantiff

Jimmy F. Cameron 105591
P.O. Box 1107  B-2-17-A
Elmore, Ala
                36025

LEGAL MAIL



United States District Court
P.O. Box 711
Montgomery, Ala
                36101-0711