IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-0920-MEF |
| | ) |
| OFFICER HOLLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On March 12, 2008, the Magistrate Judge filed a Recommendation (Doc. #80) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. To the extent the plaintiff asserts claims against defendants Holland and Alexander in their official capacities, the motion for summary judgment is GRANTED and such claims are DISMISSED with prejudice as the defendants are entitled to absolute immunity on these claims.

3. The motion for summary judgment as to the plaintiff's September 11, 2005 excessive force claim against defendants Holland and Alexander in their individual capacities is DENIED.

4. The plaintiff's excessive force claim against defendants Holland and Alexander in

their individual capacities arising from the alleged September 11, 2005 physical altercation will be set for trial.

      DONE this the 25th day of March, 2008.

                                /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE