IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| JIMMY FRANK CAMERON, <br> AIS #105591 <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER DONAL CAMPBELL, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 02:05-CV-920-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR LEAVE TO DEPOSE THE PLAINTIFF

COME NOW, the Defendants, by and through their undersigned counsel and moves pursuant to Rule 30 (a)(2) of the Federal Rules of Civil Procedure this Honorable Court for leave to depose the Plaintiff, a Person confined in prison on April 18, 2008(see attached notice).

Respectfully submitted,

                                                    Kim T. Thomas
                                                    General Counsel
                                                    Deputy Attorney General

                                                    /s/ GREG BIGGS (BIG004)

                                                   Greg Biggs (BIG004)
                                                   Assistant General Counsel
                                                   Assistant Attorney General

## ADDRESS OF COUNSEL:

Alabama Department of Corrections
P. O. Box 301501
301 South Ripley Street
Montgomery, AL 36130
(334) 353-3888

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jimmy Frank Cameron
AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025-1107

/s/ GREG BIGGS (BIG004)