IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| JIMMY FRANK CAMERON, <br> AIS #105591 <br> <br>       Plaintiff, <br> <br> v. <br> <br> COMMISSIONER DONAL CAMPBELL, <br> et al., <br> <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 02:05-CV-920-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DEPOSITION

To: Jimmy Frank Cameron
AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025-1107

Please take notice that on the 18th of April, 2008, the Defendants will take the deposition of Jimmy Frank Cameron beginning at 9:30 a.m. at the Draper Correctional Facility in Elmore, AL, before a notary public or any other officer duly authorized by law to administer oaths, and he is to bring with him to said deposition the following:

1. Any and all written and/or tape recorded notes, memorandum, or other documents in your possession or subject to your control which supports the claims made the basis of this lawsuit.

2. All documents which you utilized to prepare for deposition testimony or to refresh your recollection.

3. Copies of all medical records which are in your possession or control which relate to your medical condition or health during the period of time germane to this lawsuit.

4. Any and all tape recordings of any employee, or former employee, of the Department of Corrections or any other person who may be called to testify in this proceeding.

5. Each notepad and/or notes, calendars or writings used or made you during your incarceration with the Department of Corrections.

6. Any witnesses statements that you anticipate using to support your claims in the above styled cause.

7. Any notes, letters, or other documents received by you from any person that you anticipate calling as a witness in the above styled cause.

8. Any correspondence, written documents, or other papers that relate, in any way, to your purported claims of the above styled cause.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General


/s/ GREG BIGGS (BIG004)

Greg Biggs(BIG004)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
P. O. Box 301501
301 South Ripley Street
Montgomery, AL 36130
(334) 353-3888

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jimmy Frank Cameron
AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025-1107

/s/ GREG BIGGS (BIG004)