IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to depose plaintiff, a state inmate, filed by the defendants on March 26, 2008 (Court Doc. No. 83), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. Accordingly, the plaintiff is DIRECTED to submit to a deposition on April 18, 2008 commencing at 9:30 a.m. at the Draper Correctional Facility in Elmore, Alabama. The plaintiff is *cautioned* that if he fails to comply with this order such failure may result in the dismissal of his case or other penalties. It is further

ORDERED that:

1. The defendants shall provide to the plaintiff copies of any documents produced at the hereinabove described deposition.

2. The plaintiff shall bring with him to the aforementioned deposition copies of all documents/evidentiary materials referenced in the defendants' notice of deposition.

Done this 26th day of March, 2008.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE