The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
        Plantiff

        V

Officer HoLLAND Et, AL
        Defendants

RECEIVED
2008 APR -1  A 9: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 2:05-CV-920 MEF

Motion To Rescind Order
of Document # 84-1

Come Now Plantiff Jimmy F. Cameron And
Does Ask This Honorable Court To Rescind it's
Order of 3-26-08. Because Defendant Holland
Does Not want Plantiff who is 59 years old
To be Seen by Any Judge are Jury. Because
MR. Holland is a about 220 lbs in his 30s
and This desposition will be used when
Plantiff is not in Body Present. MR Holland
Plainly Does not want any one To see Who and
what He Handcuffed and Slapped around. This
Desposition is MR. Holland way To keep Plantiff
Hio! Plantiff Humble Ask This Court To send
A officer from The Court. To be Present At
The Time Plantiff Give The Desposition, which
Plantiff Doesn't mind Giving MR Holland

because it will be 100% Truth. Plantiff would Ask That a court offical To be Present At The giving of The deposition. for Plantiff Safty! Plantiff Prays This Honorable court At Least Grant Parts of This motion

Jimmy F Cameron

excuted on 3-30-08

Certificate of Service

Come now Jimmy F Cameron and Does say That A copy of The Aformentioned was mailed To The Alabama Dept of Correction Legal Division PO Box 30/501 Montgomery. Ala by Placing said copy in The Draper Free Legal mail. This 30th Day of march 2008

excuted on 3-30-08    Jimmy F Cameron

Jimmy Cameron 105591
P.O. Box 1107   B-2-17-A
Elmore. Ala
          36023 - 0711

LEGAL MAIL

This correspondence is forwarded from an Alabama State Prison. The content have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

United States District Court

P.O. Box 711

Montgomery. Ala
          36101 - 0711

UNITED STATES POSTAGE    $ 00.41⁰
1M
0004243890    MAR 31  2008
MAILED FROM ZIP CODE 36025
PITNEY BOWES