IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to rescind order filed by the plaintiff on April 1, 2008 (Court Doc. No. 85), in which the plaintiff requests that the court vacate its order requiring that plaintiff submit to a deposition, and as the plaintiff presents no valid basis for recision of the order, it is

ORDERED that the motion to rescind order be and is hereby DENIED.

Done this 2nd day of April, 2008.

                    /s/ Susan Russ Walker
                SUSAN RUSS WALKER
                UNITED STATES MAGISTRATE JUDGE