IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on April 1, 2008 (Court Doc. No. 85), which the court construes to contain a motion for presence of court official at deposition, and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 2nd day of April, 2008.

　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE