The United States District Court
for the Middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plantiff

RECEIVED
2008 APR -8 A 10: 03
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Case No. 2:05-CV-920-MEF

Officer Holland et, al

Plantiff Motion for Appointment of Counsel

Pursuant to 28 U.S.C. § 1915 e 1. Plantiff moves for an order Appointing Counsel to Represent him in This case. In Support of This Motion. Plantiff States

1. Plantiff cannot Afford to Hire a Lawyer. He has Requested Leave to Proceed in forma Pauperis in This case.

2. Plantiff imprisonment will Greatly Limit his Ability to Litigate This case

3. The issues in This case are complex. A Lawyer would help Plantiff to Apply The Law Properly in This case Plantiff has never before been A Party to a civil Legal proceeding.

4. The Trial in This case will Likely involve Conflicting Testimony. A Lawyer would Assist Plantiff in The Presentation of evidence and The cross-examination of Apposing witness

5. Plantiff has made effeorts To obtain a Lawyer. by writeing Letters To The following Attorneys
MS Talethia Power Bailey. Birmingham
MR Richard L. Fricks LLC   Boaz Ala

With no Reply from either.

*Jimmy F Cameron*

## Certificate of Service

Come now Jimmy F Cameron and does say That a copy of The Aformentioned was mailed To The Attorney for The Defendants. by Placeing same in The U.S Mail Postage prepaid This.         Day of 2008

Alabama Dept of Correction
    Legal Division
  PO Box 301501
  mont. Ala
       36130-1501

*Jimmy F Cameron*
Plantiff

Jimmy Cameron 105591
P.O. Box 1107  B 2-17-A
Elmore, Ala
        36025

MONTGOMERY AL 361
07 APR 2008 PM 2 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

United States District Court
P.O. Box 711
Montgomery, Ala
        36101-0711