In The United States District Court
for The Middle District of Alabama
Northern Division

Cameron
v.
Holland et Al

Case No 2:05-cv-0920-MEF

Plantiff First Interrogatories
Defendant Inez Alexander

RECEIVED
2008 APR -8 A 10:05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Pursuant To Rules 26 and Rule 33 of The Federal Rules of Civil Procedure Plantiff Request That Defendant Inez Alexander Answer The following Interrogatories:

1. The Names and Addresses of Each Correctional Officer who was Present in 6 Dorm Lobby between 7 and 10 AM. The Morning of Sept. 11 2005

2. That ms Alexander give a sworn deposition of The events of Sunday Morning September 11, 2005 in 6 Dorm and Lobby. between 7 Through 10 AM.

3. Please describe in As Much Detail as Possible The complete Circumstances surrounding The Events That happened in 6 Dorm Lobby on Sept 11, 2005 Sunday Morning

4. Please Describe what you Did To control whatever disturbance you Claimed To happen. in A much Detail as Possible in 6 Dorm on 9-11-05

5.

executed 4-4-08

Jimmy F Cameron
Plantiff

## Certificate of Service

Come now Jimmy Frank Cameron and Does say that a copy of the forgoing was mailed to the Attorneys for the Defendants by placing a copy in the free Draper Legal mail this 6 Day of April 2008 properly addressed.

Alabama Dept of Corr.
  Legal Division
P.O. Box 301501
Montgomery. Ala
        36130-1501

execute 4-6-08                    Jimmy F Cameron
                                      105591

Jimmy Cameron 185591
P O Box 1107 B-2-17-A
Elmore Ala
         36025

> This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

**LEGAL USE ONLY**



United States District Court
P.O. Box 711
Montgomery, Ala
          36101-0711