IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the interrogatories filed by the plaintiff on April 8, 2008 (Court Doc. No. 89), and for good cause, it is

ORDERED that defendant Alexander shall file a response to the interrogatories contained in paragraphs 1, 3 and 4 pursuant to the directives of Rule 33(b), *Federal Rules of Civil Procedure*.[1]

Done this 9th day of April, 2008.

      /s/ Susan Russ Walker
SUSAN RUSS
UNITED STATES MAGISTRATE JUDGE

---

[1] The "interrogatory" set forth in ¶ 2 is actually a request for deposition. The court has therefore addressed this request in a separate order.