IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In the document filed by the plaintiff on April 8, 2008 (Court Doc. No. 89 at ¶ 2), the plaintiff requests that defendant Alexander be required to "give a sworn deposition" regarding the events of September 11, 2005. The court construes this portion of the document as a motion for deposition. Upon consideration of the motion for deposition, and as the plaintiff fails to provide the court with requisite information, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is instructed that prior to or in conjunction with filing such a motion he must (i) advise the court of the identity of the "officer authorized to administer oaths ..." before whom the requested deposition shall be taken, Rule 28(a)(1)(A), *Federal Rules of Civil Procedure*, (ii) give "reasonable written notice" of the deposition "to every other party ... [stating] the time and place of the deposition ... and the deponent's name and address[,]" Rule 30(b)(1), *Federal Rules of Civil Procedure*, (iii) set forth in the aforementioned notice the method by which the deposition will be recorded, Rule 30(b)(3)(A), *Federal Rules of Civil Procedure*, and (iv) provide proof to the

court that he has secured the funds necessary for payment of the costs associated with recording the requested deposition as "[t]he noticing party bears the recording costs." *Id*.

Done this 9th day of April, 2008.

                                             /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE