IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON (AIS # 105591) | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |
| OFFICER HOLLAND et. al., | ) ) ) | |
| Defendants. | ) | |

### NOTICE TO THE CLERK
### CERTIFICATION OF SERVICE OF DISCOVERY DOCUMENTS

TO:
Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

TAKE NOTICE that Inez Alexander Defendant, by the undersigned counsel, has this

date, April 15th, 2008, served on Plaintiff, the following:

( )   Request for Production of Documents to Plaintiff
( )   Response to Request for Production to Defendants
( )   Defendants' First Interrogatories to Plaintiff
(X)  Response to Interrogatories by Defendant Inez Alexander
( )   Request for Admissions to
( )   Response to Request for Admissions by Defendant
( )   Notice of Intent to serve Subpoena on
( )   Deposition Notice of
( )   Other:

Dated this the 15th of April, 2008.

/s/ Greg M Biggs
Greg M. Biggs (BIG004)
Attorney for Defendant
Assistant Attorney General
Assistant General Counsel

1

**ADDRESS OF COUNSEL**:
Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3881

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon:

Jimmy Frank Cameron
AIS # 105591
P.O. Box 1107
Elmore, AL 36025

by placing same in the United States Mail, first class postage prepaid, and properly addressed on

this the 15th day of April, 2008.

/S/ Greg M. Biggs
Greg M. Biggs (BIG004)
Attorney for Defendant
Assistant Attorney General
Assistant General Counsel