The District Court of The United States
For The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
     Plantiff

2008 APR 15  A 10: 15

___ ___ HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V.

    Case No. 2:05-cv-920-MEF

Officer Holland Et,Al
     Respondents

Motion for Production of Body Charts
of Plantiff and four other Inmates who
were Assaulted at The same Time. Plantiff was

Come now Jimmy F Cameron and ask This court To
order Defendants To give him The addresses To The four inmates
who was Assaulted on The same Day and Time of 9-11-05
There Names are As Follows
James ADAMS  Alas Christine W/m    Eye Witness
Tommy Sweeney W/m    Eye Witness
WAYNE Ballinger W/m    Eye Witness
The other inmate whose Body Chart will Show up for
The same Day. These 4 white inmate were singled out
alone with The Plantiff and Assaulted, by The Defendants
on The same Day and Time. plantiff need To know where
They are Located and what Prison. Plantiff Also
will supply The names of witnesses he

WARDEN J.C Giles    P.O. Box 767   Clayton Ala 36016 0767
Inez Alexander       "    "     "         "          "       "      "
Samuel Rayapati  Doctor  "     "       "        "
Gloria Johnson    L.P.N  "     "       "        "
Anthonette Marsh  L.P.N  "     "       "        "
Victoria Young    L.P.N   "     "       "        "
Officer Johnson   Correctional officer  "    "    "    "

Plaintiff would really need These witnesses To
Testify To his psychial condiction The months after The Assault
by Defendants The Inmates were Eye witnesses.

excuted 4-13-08   Jimmy 7 Cameron

Certificate of Service

Come Now Jimmy 7 Cameron and Does say that A copy
of The forgoing was mailed To Attorneys for Defendant This
4-month 13 Day of April 2008

Alabama Dept of Correction
   P.O Box 301501
Montgomery, Ala  36130

excuted on 4-13-08   Jimmy 7 Cameron
                                   Plantiff