In The United States District Court
for The middle District of Alabama
Northern Division

2:05-CV-920-MEF

Plantiff Second Interrogatories
of Defendant Michael Holland

Answer The following Interrogatories

1. Please explaine why you were called to 6 Dorm on September 11, 2005 around 8 A.M. and by whom

2. Please Tell me what The Plantiff Did to be Hand cuffed by you and Told to face The Wall?

3. Please Give The Names of All 4 of The Inmates That was in The Lobby of 6 Dorm at around 8 A.M. Sept 11, 2005 and There A.I.S. Number. So Plantiff can Locate Them.

4. Please Tell me exactly what Officer Alexander said to you when you Entered 6 Dorm Lobby on The Morning of Sept. 11, 2005

5. Please Tell me why we were Taken to The ventress Hospital for body charts. and furnish Plantiff copies of That body Chart.

6. Please Give The names of The other officers That Assisted you on Sept 11, 2005 in 6 Dorm Lobby.

around 8 A.M

7. Please Give All The information about All other instances where you have used force against any other Inmates and The Dates it happened.

8. Please describe in as much detail as Possible The Complete Circumstances Surrounding your use of force against The Plantiff on Sept. 11. 2005

Jimmy F Cameron

Certificate of Service

Come now Jimmy F Cameron and Does say That a copy of The forgoing was mailed To Attorneys for The Defendants by Placing said copy in The Draper free Legal mail This 13 Day of April 2008

executed on 4-13-08

Jimmy F Cameron
Plantiff

Jimmy Cameron 105591
P.O Box 1107 B-2-17-A
Elmore, Ala
    36025

This correspondence
from an Alabama State
have not been evaluated
Department
for the
communication

**LEGAL USE ONLY**



MONTGOMERY AL 361
14 APR 2008 PM 3 T

United States District Court

P.O. Box 711

Montgomery, Ala
        36101-0711