IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) | |
| OFFICER HOLLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the interrogatories filed by the plaintiff on April 15, 2008 (Court Doc. No. 95), and for good cause, it is

ORDERED that defendant Holland shall file a response to the interrogatories pursuant to the directives of Rule 33(b), *Federal Rules of Civil Procedure*.

Done this 16th day of April, 2008.

                                                /s/ Susan Russ Walker
                                                SUSAN RUSS
                                                UNITED STATES MAGISTRATE JUDGE