IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        CIVIL ACTION NO. 2:05-CV-920-MEF
                                       )
OFFICER HOLLAND, et al.,               )
                                       )
            Defendants.                )

## ORDER

Upon consideration of the motion for production of documents and other information filed by the plaintiff on April 15, 2008 (Court Doc. No. 94), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the plaintiff seeks (i) production of the September 11, 2005 body chart performed on plaintiff, and (ii) the AIS numbers and correctional facility addresses for inmate witnesses James Adams, Tommy Sweeney, Wayne Ballinger and Benny Spurgess.

2. This motion be and is hereby DENIED to the extent that the plaintiff seeks production of body charts performed on other inmates as federal law prohibits the plaintiff access to medical records of other inmates.

3. On or before May 5, 2008, the defendants shall file with the court and provide to the plaintiff a copy of the plaintiff's September 11, 2005 body chart. If no such body chart is contained in the plaintiff's records, the defendants shall so advise the court.

4. On or before May 5, 2008, the defendants shall file with the court the AIS numbers and

current places of incarceration for inmates James Adams, Tommy Sweeney, Wayne Ballinger and

Benny Spurgess.

    Done this 16th day of April, 2008.


       /s/ Susan Russ Walker
       SUSAN RUSS
       UNITED STATES MAGISTRATE JUDGE