


**State of Alabama**
**Alabama Department of Corrections**
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016

Bob Riley
GOVERNOR

RICHARD F. ALLEN
COMMISSIONER

## A F F I D A V I T

)
)
)
)

### STATE OF ALABAMA

I, Reba T. Currie, hereby certify and affirm that I am an ASAIII, at Ventress Correctional Facility; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional files; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents on Jimmy Frank Cameron, #105591 are maintained in the usual and ordinary course of business at the Ventress Correctional Facility; and that said documents were made at, or reasonably near the time that the transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 17th day of April, 2008.

_____
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS 17th DAY OF April, 2008.

_____
Notary Public
My Commission Expires: 04/06/2010

Telephone (334) 353-3883                Fax (334) 353-3967

DEFENDANT'S EXHIBIT "A"

# EMERGENCY

**ADMISSION DATE:** 9/11/05  **TIME:** 8:29 AM  **ORIGINATING FACILITY:** Ventress
☐ SIR ☐ PDR ☐ ESCAPEE

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

**ALLERGIES:** NKDA   Wt 159#

**CONDITION ON ADMISSION:** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS: TEMP** 96.6 ORAL  **RESP** 20  **PULSE** 84  **B/P** 138/88  RECHECK IF SYSTOLIC <100>80

**NATURE OF INJURY OR ILLNESS:**
"I don't have any new medical complaints. I was not slapped."

**PHYSICAL EXAMINATION:**
O — W/M ambulated to HCU in handcuffs. No acute distress noted. Inmate alert + oriented x 3. Lungs clear. Heart noted at reg. rhythm. No redness or edema noted to facial area. Skin intact.

A — DOC body chart

P — Continue current treatment.

**DIAGNOSIS:**

**INSTRUCTIONS TO PATIENT:** Sick call PRN

**DISCHARGE DATE:** 9/11/05  **TIME:** AM/PM
**RELEASE/TRANSFERRED TO:** B/DOC
☐ AMBULANCE
**CONDITION ON DISCHARGE:** ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

**NURSE'S SIGNATURE:** [signature] 9/11/05
**PHYSICIAN'S SIGNATURE:** R  **DATE:**
**CONSULTATION:**

**INMATE NAME (LAST, FIRST, MIDDLE):** Carperon, Jeronimo
**DOC#:** 105591  **DOB:** 12/30/48  **R/S:** W/M  **FAC.:** Ventress

(White – Record Copy, Yellow – Pharmacy Copy)