IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, AIS#105591 | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:05-CV-920-MF ) |
| OFFICER HOLLAND, et.al. | ) ) |
| Defendants. | ) ) |

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear J. C. Giles, who being duly sworn, deposes and presents the following affidavit.

My name is J. C. Giles and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Warden III. I have read the complaint in the above styled case and note that inmate Jimmy Frank Cameron alleges that he was handcuffed and hit on the left side of his head. He further alleges that the following four (4) inmates were handcuffed the same way at the same time as inmate Cameron but were too scared to do anything.



DEFENDANT'S EXHIBIT "B"

Page 2
Affidavit – J. C. Giles

The following is the requested information on the inmates that Inmate Cameron listed in his lawsuit:

James Christopher Adams, #217254A Presently at: Bibb County Correctional Facility, 565 Bibb Lane, Brent, Alabama 35034-4040.

Tommy Leon Swinney, #238568 – Unassigned – Released 3/16/2006

Wayne Bellenger, #197117A - Unassigned – Released 12/26/2007

Benny Spurgess, Unknown AIS – Cannot identify this inmate.

The before mentioned facts are true and correct to the best of my knowledge.

_J.C. Giles_ 4-17-08
J.C. Giles          Date

State of Alabama )
Barbour County  )

Sworn to and subscribed before me this 17th day of April, 2008.

_Reba J Currie_
Notary Public
My Commission Expires: 9/8/08