United States District Court
for The Middle District of Alabama
Northern Division

2:05-CV-920-MEF

Plantiff Second Interrogatories
To Defendant Inez Alexander

RECEIVED
2008 APR 22  A 10:09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Pursuant To Rule 26 and Rule 33 of The Federal Rules of Civil Procedure. Plantiff Request That Defendant Inez Alexander Answer The following interrogories:

1. Please Tell me when The Department of Corrections Started To give Inmates Body Charts Simply Because of being Hand cuffed?

2. Please describe in Detail The force used by officer Holland on Sept 11. 2005 in 6 Dorm Lobby?

3. Please give ALL The Names of ALL! The officers That were called To 6 Dorm Lobby on Sept 11, 2005 Around 8 A.M. Every Officer besides Ms. Alexander and Mr Holland.!! Give Their name and Address.

4. Please describe in Detail ALL The force use by officer Holland against The Plantiff on 9-11-05

5. Please be Specfic in All your Answers!

executed on 4-20-08

Jimmy Cannon
Plantiff

## Certifiate of Service

Come now Jimmy F Cameron and Does say That a copy of The Aformentioned motion was mailed To Defendant Attorney by Placing same in the free Draper Legal mail this 20 Day of April 2008

Alabama Dept of Correction
 PO Box 301501
montgomery Ala
            36130-1501

executed on 4-20-08          Jimmy F Cameron
                                Petitioner

Jimmy Cameron 105591
P.O. Box 1107  B-2-17-A
Elmore Ala
       36025



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

LEGAL MAIL

United States District Court
P.O. Box 711
Montgomery, Ala  36101-0711

LEGAL USE ONLY