IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-0920-MEF |
| | ) |
| OFFICER HOLLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that the Scheduling Order (Doc. #82) entered on March 25, 2008 is amended to reflect that this case shall be tried without a jury.

DONE this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE