THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| JIMMY FRANK CAMERON, <br> AIS #105591 <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL HOLLAND AND INEZ, <br> ALEXANDER, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACT. NO. 02:05-CV-920-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT AND BRIEF</u>

**Come now the Defendants Alexander and Holland and file their Motion for leave to file Summary Judgment and Brief to the remaining claims against them in the above styled cause as follows:**

On March 12, 2008, the Magistrate Judge entered an order (Doc. #80) dismissing all but one claim against these Defendants Holland and Alexander. In sum, the Court determined that a factual dispute was created when Cameron alleged that on September 11, 2005, [1]these defendants handcuffed Cameron, put him against the wall and slapped him on the side of the head (Id.). The allegations were further made that as a result Cameron almost died from a pinched nerve that he suffered from the slap.

---

[1] Cameron testified that Alexander only instigated the acts of Holland and states that Holland is the only Defendant to purportedly used force on him.

On April 18, 2008, Cameron was deposed. As a result, these Defendants proffer that a "back injury" came well before the date of September 11, 2005. More importantly, Cameron testified that he does not have any medical expert to opine that the supposed "pinched nerve" injuries are the direct result of any alleged slapping of his head on September 11, 2005 and/or not the result from his 1982 traffic accident.

**WHEREFORE THE ABOVE PREMISES CONSIDERED, these Defendants' pray that this Honorable Court grant them leave to file a Motion for Summary Judgment**

Respectfully submitted,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/s/GREG BIGGS (BIG004)
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL  36130
(334) 353-3885

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 25th of April, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Inmate Jimmy Frank Cameron
AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, AL. 36025

/s/Greg Biggs
Greg Biggs
Assistant Attorney General
Assistant General Counsel