IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file motion for summary judgment filed by the defendants on April 25, 2008 (Court Doc. No. 103), and as the court does not deem such action appropriate at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED.

Done this 25th day of April, 2008.

                    /s/ Susan Russ Walker
                    SUSAN RUSS WALKER
                    UNITED STATES MAGISTRATE JUDGE