United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
   Plantiff

V.                                    Case No's 2:05-CV-0920-MEF
                                              2:06-CV-88-WHA

Officer Holland Et. AL
Samuel Rayapati  Et. AL

## Motion To Settle 3rd. Time

Come Now Jimmy F Cameron in The Above style cause. Plantiff has been Verbally Assaulted. and Psychialy Assaulted. and sexualy Assaulted by All The Defendants. Plantiff is A 59 year old male serveing A Life Sentence for A 2nd degree Burglary Charge. he Did not Comit!" No Violence No sex No Gun in said charge. Plantiff has served 16 years and 4 months on This Life Sentence. Plantiff will settle All civil Actions Now Pending in This Honorable Court. with The following Agreements!"

1. Plantiff want A condictional Pardon.

Next Page

2 Plantiff want #50,000 For Pain and suffering

3. Plantiff almost Died from The Pinched Nerve caused by The Defendant Holland stap on The Back of Plantiff Heno!!

4 Plantiff would Like To meet with Attorney's for The Defendants at Their Earliest convience To settle These cases

*Jimmy F Cameron*

Certificate of Service

Come Now Jimmy F Cameron and Does Say That A copy of The forgoing was mailed To The Attorneys for Denfendants. This __22__ of April 2008

Jimmy Cameron 105541
P.O Box 1107   B-2-12-A
Elmore Ala
　　　　36025

MONTGOMERY AL 361
24 APR 2008 PM 3 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

**LEGAL USE ONLY**

United States District Court
P.O. Box 711
Montgomery, Ala
　　　　36101-0711