IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on April 25, 2008 (Court Doc. No. 105), which the court construes as a motion for leave to submit settlement offer, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before May 12, 2008 the defendants shall file a response to the settlement offer proposed by the plaintiff.

Done this 28th day of April, 2008.

          /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE