United States District of Alabama
For The middle District of Alabama
Northern Division

RECEIVED
2008 APR 30 A 10: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
plantiff

Vs

CASE NO. 2:05-CV-920-MEF

Officer Holland Et. AL
Respondents

Motion To Clearfy.

Come now Plantiff To ask This court!" What happened To his motion for A Jury Trial? Plantiff never Agreed To A Trial without A Jury?" plantiff would Like To Advise The court That neither Defendants have give Plantiff The names of The other correctional officer That were in 6 Dorm Lobby when The Assault Took Place. Plantiff has filed Two interrogatories!' and The Defendants has not given The names of The other Two officers." as of This Date: 4-24-08 The Defendants have Dodged The main Issue in every Interrogatories Plantiff has asked!" Plantiff fees That He has A better Chance To get Justice from A Jury Trial

excuted on 4-27-08

Jimmy F. Cameron
Plantiff

Certificate of Service

Come now Jimmy 7 Cameron and Does say That A copy of The forgoing WAS mailed To The Defendant Attorneys This Day of April 27. 2008. By placing The same in The U.S mail

Alabama Dept of Corr.
Legal Division
P.O Box 301501
montgomery Ala
36130-1501

Jimmy Cameron
Plantiff

Jimmy Cameron 105591
P.O. Box, 1107 B-2-17-A
Elmore, Ala 36025

MONTGOMERY AL 361
29 APR 2008 PM 4 L

USA First-Class

United States District Court
P.O. Box, 711
Montgomery, Ala 36101-0711

"This correspondence is forwarded from [illegible]
an [illegible] State [illegible] and the Alabama Department
not been evaluated, [illegible] responsible for the substance
of Correction [illegible] enclosed communication"
or content of [illegible]

LEGAL USE ONLY

36101+0711