In The District Court of The United States
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
             Plantiff

v.

Officer Holland Et. AL
             Respondents

Case No. 2:05-CV-920-MEF

RECEIVED
2008 APR 30  A 10: 26
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion To Inform The Court

Come Now Jimmy Frank Cameron To Let The Honorable Court Know That on April 21 and 22 Officer Holland was working on The Riot Squad here at Draper. Petitioner spoke To Mr Holland Just Ask how he was Doing?" Officer Holland was giving plantiff intimindatory look and going To other officers and Pointing and Noding Toward Plantiff with Hate filled Looks. At Plantiff Plantiff is in need of Protection from MR Holland and other Dept. of Corr. officers who are close Friends with Mr. Holland. on and off The Riot Team.

executed on 4-27-08

Jimmy F Cameron
Petitioner