IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on April 30, 2008 (Court Doc. No. 108), which the court construes as a motion for federal protection, and as the court does not deem such action necessary, it is

ORDERED that this motion be and is hereby DENIED.

Done this 1st day of May, 2008.

                                           /s/ Susan Russ Walker
                                           SUSAN RUSS WALKER
                                           UNITED STATES MAGISTRATE JUDGE