IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-0920-MEF |
| | ) |
| OFFICER HOLLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Clarify (Doc. #107) filed on April 30, 2008, it is hereby

ORDERED that the motion is GRANTED. The pretrial hearing set for May 8, 2008 and the trial set for June 9, 2008 are continued until further order of the Court. The Court will enter a scheduling order setting this case for a jury trial.

DONE this the 1st day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE