IN THE DISTRICT COURT OF THE UNITED STAES
FOR THEMIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON (AIS # 1055910) | ) ) ) |
| Plaintiff, | ) ) ) ) |
| v. | )  CIVIL ACTION NO.: 2:05-CV-920-MEF ) |
| OFFICER HOLLAND et al., | ) ) |
| Defendants. | ) |

### NOTICE OF DISCOVERY COMPLIANCE

Come now the Defendants, through undersigned counsel and pursuant to the Court's Order (Court Doc No. 96) dated April 16, 2008, submit the following Notice of Service

1. Answers to Interrogatories from Michael D. Holland.

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing pleading upon the Plaintiff:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

on this the 1st day of May, 2008 by placing the same in the United States Mail first class postage prepaid and properly addressed.

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL