United States District Court
Middle District of Alabama
Northern Division

Jimmy Frank Cameron
        Plantiff

v.

Officer Holland Et.Al
        Respondents

RECEIVED
2008 MAY -2 A 9:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 2:05-CV-920-MEF

Plantiff Answer To Defendant
Motion for Summary Judgement

Come now Plantiff in the above style cause and does say that the Defendants are trying to confuse the main issues in this case. Plantiff was told by Doctor Rayapati told him that he had found out what was wrong with Plantiff and that Plantiff would be sent out for Treatment but never was sent out for the Treatment for a Pinched nerve. Resulting in another law from Plantiff case no 2:06-CV-88-WHA for Denial of educate medical Treatment. Plantiff civil action was for excessive force. Which Plantiff Did Almost Die!" Plantiff Did suffer a Broke verda Bray in 1982 The fracture was well healed. Plantiff say that the pinched nerve came after him being assaulted by Defendants including Alexander see Skelich v. Thronton 267 F 3d 1251 1260-61 11 Cir 2001. Plantiff still does say that officer Holland did assault him for no Reason. Plantiff Prays

That This Honorable Court To Deny The Defendant motion for summary Judgement filed April 25 2008. Plantiff say That This Honorable court Did dismiss All but one claim. The one That was not dismissed was excessive force." and That is what Plantiff still says That happened To him for no Reason and The Pinched nerve did come from That excessive force and hit on The head. The Defendant Do not have any medical experts To opine That The Pinched nerve did not come from The hit on The head by Officer Holland // Plantiff Pray This Honorable court Dismiss Defendant Motion for summary Judgement!

I Do hereby Certify That I have mailed a copy of The forgoing To The Attorneys for The Defendants This 30 Day of April 2008

Alabama Dept of Corr
  Legal Division
P.O Box 301501
montgomery, Ala
            36130-1501

excuted 4-30-08

Jimmy F Cannon
      Plantiff

Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore, Ala
  36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

MONTGOMERY AL 361
MAY 2008 PM

United States District Court
P.O. Box 711
Montgomery, Ala
  36101-0711

LEGAL USE ONLY

36101+0711 B007