United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
  Plaintiff

                                        Case No. 2:05-CV-920-MEF

Officer Holland Et. Al
  Defendants

Motion To inform Defendants

Come Now Jimmy F Cameron To Let The Court and The Defendant Attorney. That Plaintiff Does now have a medical expert To opine That The Pinched Nerve was a Direct Results of The Slap of the Right side of his head on Sept. 11, 2005 At Ventress Correctional Facility. Doctor Name Doctor Paul A Corbier The Doctor At Draper Correctional Center. Plaintiff Answer About Defendant Alexander Plaintiff says She is Just as Guilty as officer Holland because she instigated The whole Thing Then stood by with A Smirk on her face and Watched. See Skritich v. Thornton 267 F.3d 1251, 1260-61 (11 cir 2001)(see) Del Raine v Williford 32 F3d 1024, 1038 (7th cir 1994) Also Burgess v. Moore 39 F3d 216, 218 (8th cir 1994) Also Taylor v McDuffie 155 F3d At 486. Plaintiff may have mistakely said The Slap was To The Left side of his head. Plaintiff memory is'nt Any where Near Perfect!" Plaintiff is Trying To Do what The court Requres Petitioner To Do.  Jimmy F Cameron
                        executed on 5-1-08

Certificate of Service

I hereby certify That A copy of The forgoing was mailed To Attorneys for The Defendant on MAY 1 2008

Alabama Dept of Corrections
    Legal Division
P.O Box 301501
Montgomery. Ala 36130-1501

excuted on 5-1-08      Jimmy F Cannon
                            plaintiff

Jimmy Cameron 105591
PO Box 1107  B-2-17-A
Elmore, Ala
　　　　36025

MONTGOMERY AL 361
02 MAY 2008 PM 4 T



United States District Court
P.O. Box 711
Montgomery, Ala
　　　　36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

**LEGAL USE ONLY**