IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    CIVIL ACTION NO. 2:05-CV-920-MEF
                                 )
OFFICER HOLLAND, et al.,         )
                                 )
          Defendants.            )

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on May 5, 2008 (Court Doc. No. 115), which the court construes as a motion for to inform defendants of potential expert medical witness, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 6th day of May, 2008.


          _____/s/ Susan Russ Walker_____
          SUSAN RUSS WALKER
          UNITED STATES MAGISTRATE JUDGE