IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON ) | |
| (AIS # 1055910) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SETTLE FOR 3RD TIME

Come now the Defendants, through undersigned counsel and pursuant to the Court's Order (Court Doc No. 106) dated April 28, 2008, submit the following RESPONSE TO PLAINTIFF'S MOTION TO SETTLE FOR THE 3RD TIME as follows:

1. The undisputed evidence is that Alexander did not strike the Plaintiff[1].

2. The disputed evidence is that Holland purportedly slapped Cameron in the head.

3. The further disputed evidence is the allegation of an "injury" (i.e. the pinched nerve) that "almost killed" the plaintiff.

4. Cameron had suffered back injury from an automobile accident where he received a crushed back (Id.52, ll. 17-23; p. 54, ll. 17-19; p. 59).

5. Cameron has been receiving treatment for the back injury since (Id.).

---

[1] Cameron testified that Alexander only set the acts of Holland in motion, and he readily admits that Holland is the only Defendant to actually have used force on him(Deposition of Cameron, pp. 14-16)

6. Cameron readily admits there is no documentation of any complaints of leg pain recorded in medical records (Id. pp. 75-76; 84, ll. 9-23; p. 85, ll. 1-10; pp. 87-89; p. 91; p. 92, ll. 16-23; p.93, ll. 1-14).

7. Records do show that Cameron continually complains about his back, his insides, or chest (Id.)

8. Cameron is repeatedly referred to as a "malingerer" who exaggerates his symptoms (Id.)

9. Strangely, Cameron's exaggeration of symptoms that are documented do not include any mention of "leg pain" or "pinched nerves" (Id.)

WHEREFORE THE ABOVE PREMISES CONSIDERED, the Defendants completely reject any offer of Plaintiff to settle this matter and as such, Counsel for Defense does not desire to meet with the Plaintiff on issues other than to discuss the Pre-trial Order as required by the Court's Order (Doc. No 102).

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 7th day of May, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL