In The United States District Court
for The Middle District of Alabama
Northern Division

RECEIVED
2008 MAY -9 A 9:31
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Jimmy Frank Cameron
Plaintiff

V.                                  Case No. 2:05-CV-0920-MEF

Officer Holland. Et, AL

Plaintiff Third Interrogatories
of Defendant Inez Alexander

Pursuant To Rule 26 and Rule 33 of The federal Rules of Civil Proceeding, Plaintiff Request That defendant Inez Alexander Answer The following Interrogatories

1. Please Tell me why you called officer Holland To 6 Dorm on Sept. 11-2005?

2. Please Tell me in your own words why Did you not Stop officer Holland from Assaulting me and The other four Inmates?

3. Please Tell me All The other officer That Assisted you and officer Holland. That morning of Sept. 11-2005?

4. Please Advise me if your saying. That officer Holland Did not Assault me and The other four Inmate?

5. Please once again tell me WHEN! The Department of Corrections started to give Body chart to Inmate that had been Handcuffed and all the officials Responsible for formulating, implementing and monitoring Compliance with that policie

6. Please tell me the five names that were on the list Inmate George Ray gave you when the Dorm came back from Breakfast on Sept. 11. 2005

7. ~~Please Describe in as much detail as possible the Complete Circumstances Surrounding officer Holland use of force against the Plaintiff on September 11, 2005?~~

8. Please tell me the statement you gave Sgt. Longmire about who all was shouting?!

Certificate of Service

I hereby Certify that I have served a copy of the foregoing Pleading upon.
Alabama Dept. of Corr.
P O Box 301501
Montgomery Ala 36130-1501      This Date 5-5-08

executed on 5-4-08     Jimmy F Cameron
                       Plantiff