United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron

v.

Officer Holland Et. Al

Case No. 2:05-CV-0920-MEF

RECEIVED
2008 MAY -9 A 9:31
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion in Limine

Come now Plantiff and files this motion in Limine To to Stop The Defendant from Raiseing irrelevant are otherwise inadmissible Issues at Plantiff Trial. Plantiff ask This Court To Limit The evidence That The Defendants may present at The Trial. Plantiff expects The Defendant To Raise irrelevant and inadmissible Issues at Trial

executed 4-30-08

Jimmy F Cameron
Plantiff