The United States District Court
The Middle District of Alabama
Northern Division

RECEIVED
2008 MAY -9 A 9:31
DRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron

V

Case No 2:05-CV-0920-MEF

Officer Holland Et. Al
Ms. Inez Alexander

Motion to inform
This Honorable Court —

Come now Jimmy F Cameron in the above style cause to inform this court that each Defendant has failed to comply with either one of Plantiff Interrogatories, with ALL Plantiff Questions!" Defendants" Both have not Given The names of The Two Correctional officers who assisted Defendants in 6 Dorm Lobby Sept 11, 2005. Plantiff further say's that Both Defendants have not Told The Truth in most of Their False Testimonies. Plantiff Does have a couple of witnesses he Plans To use in impeachment Purposes! against Ms Alexander. Plantiff will continue To Bring Both Defendants To Justice for Their Active Rolls in This Violation of Plantiff 4th and 8th Amendents of excessive force. To show <u>Doupht</u> on Defendant stories <u>give Poly Graph Test.</u>!!

executed 5-6-08

Jimmy F Cameron
Plantiff