Declarant Jimmy F Cameron under Penalty of Perjury

Jimmy F Cameron being Competent To make This Declaration and having Personal Knowledge of The matters stated Therein Declares Pursuant To 28 U.S.C § 1746.

The morning of Sept 11 2005 I Jimmy F Cameron was sitting on my Bed. on 6-A-16 waiting To eat Breakfast when The Dept. of Correction changed shifts. Ms Alexander came To The cube in 6 Dorm. Some one Turned The T.V. on. at Around 6:30 A.M. Ms Alexander got on The intercome at started yelling into The mic. Very Loud!" At That Point The Inmate were yelling Back. Different Thing Like. "Keep it off." "Take it home with you." Just yelling Back Because Ms Alexander had Turned The intercome As Loud as it would go. and That was Very Loud!! After we all Returned To The Dorm. After Breakfast. a Black inmate Gave Ms Alexander a List with 5 white inmates name on it and Told her These are The Inmates who were yelling about The T.V. After every one got Back To There Bed. Ms Alexander came inside The Dorm and Picked five white inmates out. and Told The inmates To Go To The Lobby. Then Officer Holland came in to The Lobby and was curseing very Loud! Mr Holland Handcuffed The 5 inmates alone with Two other officers. Then Mr Holland went To every inmate and Slapped are Hit each inmate at Least one are more. Times. without any of The inmate ever saying a word. Ms Alexander was The only Person who was saying Any Thing. She was curseing about The white Boys.

Pursuant To 28 U.S.C §1746 I Declare under Penalty of Perjury That The foregoing is True and Correct." (Next Page)
Executed on Date. 4-30-08

*Jimmy Cameron*
Jimmy Cameron

Certificate of Service

Come now Jimmy F Cameron and Does say that A copy of the forgoings was mailed To Attorneys for Defendant This Day 30 Day of April 2008 ALL motions

Alabama Dpt of corrections
  Legal Division
 P O Box 301501
Montgomery, Ala
        36130-1501

executed on 4-30-08                               Jimmy F Cameron

Jimmy Cameron 103591
P.O. Box 1107 B-2-17-A
Elmore, Ala
36025



MONTGOMERY AL 361
08 MAY 2008 PM 2 T

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711



LEGAL USE ONLY

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

36101+0111