United States District Court
Middle District of Alabama
Northern Division

2008 MAY -9 A 9:31

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
    plaintiff

                                    Case No 2:05-CV-0920 MEF

V

Plaintiff New Witness List

1  Samuel Rayapati Doctor     — what caused by Slap to head.
2  Gloria Johnson    L.P.N    P.O. Box 767
3  Anthonette Marsh  L.P.N    Clayton, Ala 36016
4  Victoria Young    L.P.N
5  Sgt. Carolyn Longmire
                              Being Assaulted To by Defendants
6  James Christopher Adams # 217254A  565 Bibb Lane
7  Doctor Paul A Corbier P.O. Box 1107  Brent, Alabama 35034 4048
                                          Pinched Nerve.
   Elmore, Ala 36025  Plaintiff Condition