IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On May 9, 2008, the plaintiff filed a motion in limine (Court Doc. No. 119) in which he requests that the court prevent the defendants "from raising irrelevant and inadmissible issues at trial." The plaintiff does not identify any specific issue he seeks barred from presentation and the court therefore deems it inappropriate to allow the relief as requested. Accordingly, it is

ORDERED that the motion in limine be and is hereby DENIED.

Done this 9th day of May, 2008.

　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　SUSAN RUSS
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE