IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to inform the court filed by the plaintiff on May 9, 2008 (Court Doc. No. 120), which the court construes as a motion to compel responses to interrogatories, and for good cause, it is

ORDERED that the motion to compel be and is hereby GRANTED. It is further

ORDERED that on or before May 23, 2008 defendants Holland and Alexander shall identify those correctional officers present during the incident made the basis of the instant complaint.

Done this 9th day of May, 2008.

　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE