IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the interrogatories filed by the plaintiff on May 9, 2008 (Court Doc. No. 118), and for good cause, it is

ORDERED that defendant Alexander shall file a response to the interrogatories pursuant to the directives of Rule 33(b), *Federal Rules of Civil Procedure*.

Done this 9th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS
UNITED STATES MAGISTRATE JUDGE