IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This cause is presently set for a jury trial on July 14, 2008 at 9:00 a.m. in Courtroom 2A of the United States Courthouse, One Church Street, Montgomery, Alabama. Upon review of the witness list filed by the plaintiff on May 9, 2008 (Court Doc. No. 122), and for good cause, it is

ORDERED that the Alabama Department of Corrections shall produce at the jury trial herein above described the following inmate:

> James Christopher Adams
> AIS #217254
> c/o Bibb County Correctional Facility
> Brent, Alabama 35034

Additionally, the Clerk of this court is hereby DIRECTED to issue subpoenas to the following for the above described jury trial:

> Dr. Samuel Rayapati
> c/o Ventress Correctional Facility
> Hwy. 239 North/P.O. Box 767
> Clayton, Alabama 36016

        Gloria Johnson, L.P.N.
        c/o Ventress Correctional Facility
        Hwy. 239 North/P.O. Box 767
        Clayton, Alabama 36016

        Sgt. Carolyn Longmire
        c/o Ventress Correctional Facility
        Hwy. 239 North/P.O. Box 767
        Clayton, Alabama 36016

        Dr. Paul Corbier
        c/o Draper Correctional Facility
        2828 Alabama Hwy. 143/P.O. Box 1107
        Elmore, Alabama 36025

It is further ORDERED that the United States Marshal execute and serve the necessary process herein cited above.[1]

    Done this 12th day of May, 2008.


          /s/ Susan Russ Walker
        SUSAN RUSS WALKER
        CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] As noted in the court's May 1, 2008 order (Court Doc. No. 111 at 2), "whether the witness is subpoenaed by a pauper or not, Rule 45(c) requires that a subpoena must be accompanied by a per diem fee ($40 per day) and a subsistence fee if overnight stay is required, and mileage at $.445 per mile each way, or it need not be obeyed. The witness will be so informed by the subpoena. It is the responsibility of the subpoenaing party to provide that money to the clerk's office for tender with the subpoena. However, even if the plaintiff cannot tender the required fee, witnesses still may be subpoenaed and may still attend if they agree to do so without pay of the per diem fee and reimbursement of expenses."