IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591,    ) | |
| ) | |
| Plaintiff,    ) | |
| v.    ) | CASE NO. 2:05-cv-0920-MEF |
| ) | |
| OFFICER HOLLAND, *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

# **O R D E R**

It is hereby ORDERED that the pretrial hearing set in this case for June 3, 2008 at 11:00 A.M. will be held in Courtroom 2A, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 12th day of May, 2008.

                                      /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE