IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, <br> AIS #105591, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER HOLLAND, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 2:05-CV-920-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Upon consideration of the court's amended scheduling order (Doc. # 111) filed May 1, 2008, and the order (Doc. # 127) filed May 12, 2008, and for good cause, it is

ORDERED that the court's May 12, 2008 order is CLARIFIED to reflect that trial is set to begin at 10:00 a.m. on July 14, 2008, but that the persons having custody of the plaintiff are DIRECTED to produce him for trial at 9:00 a.m. on this date.

DONE, this 13th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE