United States District Court
Middle District of Alabama
Northern Division

Jimmy Frank Cameron
  plantiff

v.                                          2:05-cv-920-MEF

Officer Holland Et, Al
  Defendants

RECEIVED
2008 MAY 13 A 10:17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plantiff Response To
Defendants Answer of settlement.

Come now Plantiff in the Above style cause to dispute Almost All of Defendants Claimes plantiff has shown to the court. Ms. Alexander is Just as Guilty as officer Holland. Because plantiff Did nothing wrong to Justify the Assault. officer Holland had _no_ _legitimate_ _penological_ _Purpose_ Doing what he Did." See Green v. Branson. 108 F.3d 1296, 1301 (10th Cir. 1987) Plantiff has been trying to get medical help for Bottom of Left foot Burning since 2006. Check the medical Records. Plantiff Back has been broken in 1984 in a Automobile Accident, but it Did heal up!! Plantiff started having real trouble with his Back and feet after being Assaulted by Defendants on Sept. 11 2005. Plantiff Does say that MR Biggs

is a very smart Attorney, who know Plantiff is not Learned in Law. MR Biggs Knows How To get Plentiff to Answer Questions That fit MR Biggs need. Not at getting The Truth!" Plantiff started getting Treatment for Back Problems After Sept 11. 2005. Check medical Records Plantiff documentation in sick call slips. again check Records. Plantiff has been continually Complaining about his Back since Sept. 11. 2005." Plantiff has Always had a Malinger Smile!! Plantiff Medical Records and X Ray Reports will prove That Plantiff symptoms are facts! Plantiff says That when Doctor Rayapati found The Pinch Nerve. Plantiff was informed. That he Plantiff would be sent out for Treatment, which never happened- causing civil Action 2:06-cv-88-WHA. Plantiff now sees The Defendants Do not want To Take Responsible for What They Did. This whole Thing happened a Hour and a half after The Two incendents!! Check Plentiff medial Records They Speak for Them selves!! .

Certificate of Service  Jimmy 7 Cameron
_____

I do certify That a copy of The forgoing was mailed To Attorney for Defendants on May 10. 2008

Alabama Dept. of Corr.
MR Gregg Biggs
P O Box 301501
Montgomery, Ala
   36101-1501

exacuted on 5-10-08
Jimmy 7 Cameron

Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore, Ala
         36025



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

United States District Court
   PO Box 711
Montgomery, Ala 36101-0711

LEGAL USE ONLY