United States District Court
The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plaintiff

v.    Case No. 2:05-CV-920 MEF

Officer Holland, et. AL.
    Defendants

RECEIVED
2008 MAY 14 A 10: 05
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion in Limine

Come now Plaintiff in the above style cause and Does ask this Honorable court to Prevent the defendants from Raising irrelevant and inadmissible Issues at Trial Such As

1. Plaintiff Past Prison Record! which is intirely irrelevant!!

2. Plaintiff Past! Period! No way relevant to Pinched Nerve.

3. Plaintiff has proof of his Allegations of A Pinched Nerve by X Ray Reports

executed on 5-12-08

Jimmy F Cameron
Plaintiff