United States District Court of Alabama
for The Middle District of Alabama
Northern Division

RECEIVED

Jimmy Frank Cameron    2008 MAY 14   A 10: 05

DEBRA P. HACKETT, C
U.S. DISTRICT COURT
V                    MIDDLE DISTRICT  Case No. 2:05-CV-920 MEF


Officer Zollans Et. Al.


Plantiff first Interrogatories
of Attorney Gregg Biggs

Pursuant To Rule 26 and Rule 33 of The federal Rules of Civil Procedure Plantiff Request That MR. Biggs Answer The following interrogatories, for impeachment Purposes!


1. Please tell me your answer to the question I ask you about your Clients being Guilty of what I claim They Did at The making of my Disposition on April 18, 2008 your Exact Words Please! When I ask you if you Thought They were Guilty.


executed on 5-12-08                    Jimmy Cameron
                                        Plantiff