United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
  Plantiff

v.

Officer Holland Et. AL
  Defendants

RECEIVED
2008 MAY 14  A 10: 05
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion for Writ of Habeas Corpus AD Testificandum

Come now Plantiff in The above style cause To Ask This Honorable court. To Issue a Court Order To Prison Official. To Bring Inmate Jame Christopher Adams At Bibb County Correctional Facility 565 Bibb Lane. Brent Alabama 35034-4040 A.Is 217254 A To Plantiff July 14 Trial Date At United States Courthouse One Church St. Courtroom 2 A Montgomery Alabama before 9 AM So Plantiff Can Discuss MR. Adams Testimony. Plantiff Ask This Honorable Court To Issue Said Order.

105521

Jimmy F Cameron
executed on 5-12-08

## Plantiff New Witness List

Plantiff health after being slapped.

Samuel Rayapati M.D
Gloria Johnson L.P.N
Anthonette Marsh L.P.N
Victoria Young L.P.N.
Officer Johnson C.O.1

Ventress Correctional facility
P.O. Box 767
Clayton, Ala

A.
Doctor Paul Corbier — P.O. Box 1107 Elmore, Ala 36025
Mr Gregg Biggs   impeachments
The Lady who Took my Disposition. impeachments
Alabama Dept. of Corrections. Legal Division. P.O Box 301501
Montgomery Ala 36130-1501

James C. Adams   Testify he got Beat by The same officers The same time

executed on 5-12-08

Jimmy Z Cameron
Plantiff