United States District Court
for the middle District of Alabama
Northern Division

Jimmy F. Cameron
    Plantiff

  V

Officer Holland Et. Al
    Defendants

Case No. 2 05-CV-920-MEF

RECEIVED
2008 MAY 14 A 10:05
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion To Compel Copy
of Disposition of Plantiff

Come now Plantiff in The Above style Cause and Does Ask This Honorable Court To order Attorneys for Defendants To give plantiff a copy of The Disposition Taken by MR. Biggs on April 18. 2008 That Plantiff Did Ask for A copy.

Jimmy F Cameron

Certificate of Service

I do Certify That Both 4. All copys of The foregoing was served upon

Alabama Dept. of Correction
P.O Box 301501
Montgomery, ALA
36130-1501

excuted on 5-12-08

Jimmy F Cameron
    Plantiff





Jimmy Cameron 165591
PO Box 1107 B-2-17-U
Elmore Ala
36025

United States District Court
P.O. Box 711
Montgomery - Ala 36101-0711

LEGAL USE ONLY

This correspondence is forwarded from
Alabama State Prison. The contents have
been evaluated and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication.