IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On May 14, 2008, the plaintiff filed interrogatories directed to counsel for the defendants in which he seeks responses from counsel with respect to opinions formed by counsel in this case (Court Doc. No. 132). The court therefore construes this document to contain a motion for leave to file interrogatories upon counsel. Upon consideration of this motion, and as counsel is not a party to this case nor is it appropriate to require counsel to provide the information sought by the plaintiff, it is

ORDERED that the motion for leave to file interrogatories upon counsel for the defendants be and is hereby DENIED.

Done this 15th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE