IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on May 14, 2008 (Court Doc. No. 134), in which the plaintiff requests that the defendants be required to provide him a copy of his deposition, and for good cause, it is

ORDERED that on or before May 30, 2008 the defendants shall show cause why this motion should not be granted.

Done this 15th day of May, 2008.

                                             /s/ Susan Russ Walker
                                             SUSAN RUSS WALKER
                                             CHIEF UNITED STATES MAGISTRATE JUDGE