IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| OFFICER HOLLAND, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On May 14, 2008, the plaintiff filed a motion for writ of habeas corpus ad testificandum (Court Doc. No. 133). In this motion, the plaintiff requests that the court issue an order requiring correctional officials to have his inmate witness, James Christopher Adams, present at the United States Courthouse prior to 9:00 a.m. on the day of the jury trial. The plaintiff seeks such action so that he "can discuss Mr. Adams testimony" with this witness prior to trial. The action requested by the plaintiff is not necessary to the integrity of this proceeding. Moreover, allowing such action would create both logistical and security issues for the court. Accordingly, it is

ORDERED that the motion for writ of habeas corpus ad testificandum be and is hereby DENIED.

Done this 15th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE