IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On May 14, 2008, the plaintiff filed a "new witness list" in which he seeks to add correctional officer Johnson, counsel for the defendants and the individual responsible for taking his deposition as witnesses. *Court Doc. No. 133* at 2. With respect to officer Johnson, the plaintiff alleges this officer has information relative to his physical condition after the September 11, 2005 incident. As to the remaining new witnesses, the plaintiff alleges they will be utilized for impeachment purposes. The court therefore construes this document to contain a motion for issuance of subpoenas upon correctional officer Johnson, counsel for the defendants and the individual responsible for taking his deposition.

The court previously issued an order that subpoenas be issued for several witnesses, including medical personnel, whom the plaintiff identifies as having knowledge of his physical condition after the September 11, 2005 incident. *Court Doc. No. 127*. Thus, any testimony provided by officer Johnson would merely be cumulative to the testimony of the subpoenaed witnesses. Moreover, neither of the other requested witnesses has any personal

knowledge of information relevant to this case. Accordingly, it is

ORDERED that the motion for issuance of subpoenas be and is hereby DENIED.

Done this 15th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE