IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON ) | |
| (AIS # 1055910) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE MOTION IN LIMINE

Come now the Defendants, through undersigned counsel and pursuant to the Court's Order (Court Doc No. 137), submit the following response:

1. Defendants' counsel assumed that the Plaintiff had received a copy of his deposition but upon investigation discovered that the Plaintiff inadvertently did not get the copy mailed to the Draper facility.

2. Counsel has ordered another copy to be hand-delivered to the Plaintiff by the warden.

WHEREFORE THE ABOVE PREMISES CONSIDERED, the Defendants submit that the Plaintiff will revive a copy of his deposition

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 22 nd day of May, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL