IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON ) | |
| (AIS # 1055910) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' EXPERT REPORT**

Comes now the Defendants by and through undersigned counsel in the above-styled cause, and file the attached Expert Report of Dr. Hugh M. Hood pursuant to this Court's Amended Scheduling Order dated May 1, 2008(Doc. No. 111).

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 22nd day of May, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et. al., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## DEFENDANTS' EXPERT REPORT: DR. HUGH M. HOOD

I am Hugh M. Hood, DDS, MD, FACP. I have been in the medical profession for approximately 34 years. I have been licensed to practice medicine in the State of Alabama since 1977. My qualifications are listed in my attached Curriculum Vitae and I make it part of this report. I have testified as an expert in approximately two (2) cases, occurring four (4) years prior to this report.

In preparing this report on Jimmy Frank Cameron, I understand that I may have to testify in this case and am prepared to do so. I have asked by the Alabama Department of Corrections General Counsel's office, specifically Greg Biggs, to assist by review of this matter to render opinions regarding the purported injury of Jimmy Frank Cameron, #105591. I am not receiving compensation directly from the State of Alabama for my review and testimony in this matter. However, I am employed by the Alabama

Department of Corrections' medical provider (Correctional Medical Services). I have been employed by Correctional Medical Services since November 2007.

I have reviewed the medical records of inmate Jimmy Frank Cameron. If testifying, I will need Franks' entire medical file offered into evidence as a supporting exhibit. The statements contained herein are based on my review of this medical record and by my knowledge and experience as an internist licensed to practice in the state of Alabama.

My report is as follows:

Mr. Cameron has established diagnoses of treated squamous cell cancer of the tongue, infection with Hepatitis C, and a history of a shoulder injury and multiple compression fractures of the thoracic and lumbar spine from a motor vehicle accident. On September 11, 2005, Mr. Cameron alleged that he was slapped on the head and subsequently developed left leg pain as a result. The medical record entries disclose that he has been seen multiple times for chronic back pain. From March 21, 2005 to August 13, 2006 he was seen in sick call 14 times.

After reviewing the medical record, I am of the opinion that left leg pain was related to the development of spondylolosis, a chronic degenerative condition which develop as a result of trauma back injury in the past. A slap on the head could not have aggravated this spine condition or have caused leg pain to develop.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Further affiant sayeth not.

_____
　　　　　　　　　　Hugh M. Hood, DDS, MD, FACP

SWORN TO and SUBSCRIBED before this the 19 day of May, 2008.

_____
Notary Public

(SEAL)　　　　　　　　　　My Commission Expires:_____

My Commission Expires Feb. 22, 2011

## CURRICULUM VITAE

## HUGH M. HOOD, D.D.S., M. D., F.A.C.P.

**PERSONAL:**

    **Business Address:** Alabama Quality Assurance Foundation
Two Perimeter Park South, Suite 200 West
Birmingham, Alabama 35243

    **Home Address:** 2105 Hickory Ridge Circle
Birmingham, AL 35243
(205) 969-3937

    **Date of Birth:** December 2, 1944

    **Place of Birth:** Clarksville, Georgia

    **Marital Status:** Married

**EDUCATION:**

    **College:** Emory University, 1962-1964
Atlanta, Georgia
Emory Dental School
1964-1968
Degree - DDS

Honors:
Dental Honor Society -
Omicron Kappa Upsilon

    **Graduate Education:** Medical College of Georgia
Augusta, Georgia
Graduated - 1974
Degree - Doctor of Medicine

Honors:
Medical Honor Society -
Alpha Omega Alpha

Curriculum Vitae
Hugh M. Hood, M.D., FACP
Page 2

| | |
|---|---|
| **POSTGRADUATE TRAINING:** | Internship - Internal Medicine<br>University of Alabama Hospitals<br>Birmingham, AL<br>1974 - 1975<br>Voted "Best Intern" by<br>  Graduating Medical School<br>  Class - 1976<br><br>Residency - Internal Medicine<br>University of Alabama Hospitals<br>Birmingham, AL<br>1975 - 1977 |
| **MILITARY SERVICE:** | United States Air Force<br>Captain - Dental Corps<br>Active Duty - 1968 - 1971 |
| **CERTIFICATION AND LICENSURE:** | National Board of Examiners – 1975<br>American Board of Internal Medicine-1977<br>State of Alabama License – 1975<br>State of Mississippi License- 2006 |
| **MEDICAL PRACTICE:** | The Bessemer Clinic, P.C.<br>927 Medical Center Drive<br>Bessemer, AL  35023<br>1977 – 2002 |
| **PROFESSIONAL ORGANIZATIONS:** | American College of Physicians<br>American Medical Association<br>Medical Association of the State<br>  of Alabama<br>Jefferson County Medical Society<br>Birmingham Society of Internists |
| **APPOINTMENTS:** | Chief of Medicine - Bessemer Carraway<br>  Medical Center<br>Active Staff - Bessemer Carraway<br>  Medical Center, 1977 - 2002<br>Active Staff - Baptist Medical Center<br>  Princeton, 1977 - 1998 |

**Curriculum Vitae**
Hugh M. Hood, M.D., FACP
Page 3

Deputy Medical Director - Alabama Quality Assurance Foundation – 1992- 2001
Medical Director 2007-2008

Associate Regional Medical Director- Correctional Medical Services – Nov.2007-present

Medical Director – The Oath, A Health Plan for Alabama – April 2002-Nov.2002

Medical Director – Healthspring of Alabama Nov.2002-April 2003, Oct.2003-Dec.2006

Consulting Staff - Baptist Medical Center Princeton, 1998 – 2002

Medical Consultant to Computer Sciences Corporation, 2000 – 2005

Medical Consultant to DST Health Solutions 2004- Present

Medical Director - Bessemer Carraway Clinic Network, 1997 – 2002

Chairman of Credentials Committee – United Health Care

Medical Advisory Board - Complete Health

Medical Consultant - Blue Cross and Blue Shield of Alabama

Chief of Staff - Bessemer Carraway Medical Center, 1983 – 1985

Member - Board of Directors, UAB Medical West ( formerly Bessemer Carraway ) Medical 1983 – 2002)

**Curriculum Vitae**
**Hugh M. Hood, M.D., FACP**
**Page 4**

                        Jefferson County Medical Society
                           Board of Censors 1995 – 1997

**RECOGNITION:**             Elected a Fellow in the American College
                                  Of Physicians in March 1992

                              Received the Physician's Recognition Award
                              1985, 1991, 1994, 2006

**PUBLICATIONS:**           Sherrill, Robert G.; Hood, Hugh M.;
                              Everett, Warren D.; Schiesz, Nadine;
                              Lowe, Joan Scott; DeLong, James F.;
                              "Primary Causes of Medical Instability
                              of Medicare Patients at Discharge."
                              <u>Alabama Medicine</u> Vol. 62, No. 1:
                              12-29-92.

                              Hood, Hugh M., Burgess, Patricia A.;
                              Holtgrewe, H. Logan; Fleming,
                              Barbara; Mebust, Winston;
                              Connolly, Robert P.; "Adherence
                              to Agency for Health Care Policy
                              & Research Guidelines for Benign
                              Prostatic Hyperplasia." <u>The</u>
                              <u>Journal of Urology</u> Vol. 158, 1417-
                              1421, 10-97.

                              Hood, Hugh.; Allman, Richard; Burgess,
                              Patricia; Farmer, Robert; "Effects of
                              Timely Antibiotic Administration and
                              Culture Acquisition on the Treatment of
                              Urinary Tract Infection".<u>American</u>
                              <u>Journal of Medical Quality</u>.Winter.

**Curriculum Vitae**
**Hugh M. Hood, M.D., FACP**
**Page 5**

                                            13(4):195-202

                                            Hood, Hugh M.; Wark, Cynthia; Burgess, Patricia A.; Nicewander, David; Scott, Michael W.; "The Incidence of Screening for *Helicobacter Pylori* and Nonsteroidal Antiinflammatory Drug Use in Medicare Patients Hospitalized with Peptic Ulcer Disease." Archives of Internal Medicine. 1999 Jan 25; 159(2):149-54.

**ABSTRACTS PRESENTED:**     Xu, Wen; Hood, Hugh M.; Nicewander, D.; Wark, Cynthia; "Outcomes Distributions of Peptic Ulcer Disease from 1992 to 1996 in the Medicare Population and the Impact of Processes of Care." Digestive Disease Week May 16-22, 1998, New Orleans, LA.

                                            Hood, H.; Wark, C.; Burgess, P.; Nicewander, D.; Scott, M.; "Peptic Ulcer Disease Screening: *Helicobacter Pylori* and Nonsteroidal Antiinflammatory Drugs." American Geriatrics Society Meeting, May 6-10, 1998, Seattle, WA.

Rev. 2007