IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) | |
| OFFICER HOLLAND, et. al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION EXCERPTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | P 5 | II, 20-22 | | 20. | P50-56 | |
| 2. | P 11 | II,10-19 | | 21. | P57 | |
| 3. | P 12 | II,10-19 | | 22. | P58 | II, 16-23 |
| 4. | P13 | II, 6, 23 | | 23. | P59 | II, 1-21 |
| 5. | P14 | II, 2-13, 16-19 | | 24. | P83 | II,10-23 |
| 6. | P15 | II,1-6, 19-23 | | 25. | P84-89 | |
| 7. | P 16-17 | | | 26. | P90 | II, 16-23 |
| 8. | P 18 | | | 27. | P91 | |
| 9. | P 27-28 | | | 28. | P92-95 | |
| 10. | P29 | II, 1-4 | | 29. | P96 | II,1-5 |
| 11. | P33 | II, 13-15 | | 30. | P99 | II,13-23 |
| 12. | P34 | II, 8-14 | | 31. | P100 | |
| 13. | P35 | II, 14-23 | | 32. | P101 | II,1-13 |
| 14. | P36 | II, 1-18 | | | | |
| 15. | P39 | II, 18-20 | | | | |
| 16. | P46 | II, 3-10 | | | | |
| 17. | P47 | II, 8-23 | | | | |
| 18. | P48 | | | | | |
| 19. | P49 | II, 1-16, 20-23 | | | | |

Respectfully Submitted,

KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/S/ Greg M. Biggs
Greg Biggs (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL


**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 Ripley Street
P.O. Box 301501
Montgomery, Al. 36130-1501

## CERTIFICATE OF SERVICE

I do hereby certify that on the 22nd day of May, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025


/S/ Greg M. Biggs
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL