IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON ) | |
| (AIS # 1055910) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' WITNESS LIST**

Comes now the Defendant by and through undersigned counsel in the above-styled cause, and file this witness list pursuant to this Court's Amended Scheduling Order dated May 1, 2008. All the potential witnesses, except named parties, will not be present, will be placed on call, and may not actually testify.

The list is as follows:

Plaintiff Jimmy Frank Cameron, Draper Correctional Facility, Elmore, Al. 334-567-2221

Inez Alexander, Ventress Correctional Facility, Clayton, Al. 36016, 334-775-3331

Michael Holland, Ventress Correctional Facility, Clayton, Al. 36016, 334-775-3331

Sgt. Carolyn Longmire, Ventress Correctional Facility, Clayton, Al. 36016, 334-775-3331.

Dr. Hugh M. Hood, Correctional Medical Services, 101 Airport Commerce Drive, Calera, Al., 35040, 205-664-3332

RN Belinda Eaton, Ventress Correctional Facility, Clayton, Al. 36016, 334-775-3331

DON Nettie Burks, Ventress Correctional Facility, Clayton, Al. 36016, 334-775-3331

Nurse Frances Smith, Ventress Correctional Facility, Clayton, Al. 36016, 334-775-3331

CO I Christopher Clemons, Bibb Correctional Facility, Brent, Alabama, 205-926-5252

Any and all witnesses on the Plaintiff's list

Any and all witnesses needed for rebuttal purposes

Any and all witnesses needed for impeachment purposes

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 22nd day of May, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL
