IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on May 14, 2008 (Court Doc. No. 134), in which the plaintiff requests that the defendants be required to provide him a copy of his deposition, and in light of the response filed by the defendants on May 22, 2008 (Court Doc. No. 140) indicating a copy of the deposition will be hand delivered to the plaintiff, it is

ORDERED that the motion to compel be and is hereby DENIED as moot.

Done this 22nd day of May, 2008.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        CHIEF UNITED STATES MAGISTRATE JUDGE