United States District Court
Middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plantiff

V.                                   Case No 205-CV-920 MEF

Officer Holland. Et.Al.
    Defewdants

## Questions To The Court

Plantiff would Like To Ask This Honorable Court? How will it Remotly be possible for Plantiff To have a fair TRIAL? The Court Knowing That he is a pauper who can barely come up with Stamps To mail Legal work with!" and will not be Able To come up with any money To Pay a single witness with." To Testfy in Plantiff behalf. other Than The Eye wittness Inmate. JAmes C. Adams. The whole Trial will be one sided!" and at This stage of The proceeding I do not want a appointed Attorney!" Plantiff has filed a couple of motions for Appointment of Counsel. That were Denied, at This stage Plantiff will finish This case myself!' Win Lose are Draw!! Plantiff Appreciate every Thing The court has Done!" Plantiff Knows That The state Does not Care who is Right are wrong!"

as for as Mr. Biggs and The Dept. of Corr. are concerned!" Because The Defendants know that every thing That I Alledge is True!" Plantiff wants all The Inmates beating To stop!! and it happen here almost Daily. Plantiff will Proably be made a example out of for filing This Law suit." but some one has to Stand for what They beleive To be Right!!"

*Jimmy F Cameron*
Plantiff

Certificate of Service

I certify That I have mailed a copy of The forgoing To Attorneys for The Defendants This 25th Day of May 2008

Alabama Dept of Corr
P.O. Box 301501
Montgomery, Ala
  36130-1501

executed on 5-25-08        *Jimmy F Cameron*
                               Plantiff