IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On May 23, 2008, the plaintiff filed a document styled "questions to the court" (Court Doc. No. 149) which the court construes as a motion for court response. Upon consideration of the motion for court response, and as the court deems it both unnecessary and inappropriate to respond to the plaintiff's questions, it is

ORDERED that this motion be and is hereby DENIED.

Done this 23rd day of May, 2008.

        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE