IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON ) | |
| (AIS # 1055910) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND et al., ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANTS' MOTION TO STRIKE AND/OR MOTION IN LIMINE</u>**

Come now the Defendants, through their undersigned counsel and file their Motion to Strike the purported expert witnesses of the Plaintiff. Additionally, the Defendants file a Motion in Limine as follows:

1. On or about May 9, 2008, the Plaintiff filed a witness list (Court Doc. No. 122) including purportedly a number of expert witnesses to give medical opinions.

2. This Court's Amended Scheduling Order (Court Doc. No. 111) required that on or before May 22, 2008, the Plaintiff shall identify expert witnesses but it also mandated the disclosure of "reports" as required by 26(a) (2) of the Federal Rules of Civil Procedure.

3. The Court further admonished that [t]he parties shall comply fully with all requirements of Rule 26(a) (2) in regards to disclosure of expert testimony.

4. Although the Plaintiff has identified medical witnesses, he has failed comply fully with all requirements of Rule 26(a) (2) in regards to disclosure of expert testimony.

WHEREFORE THE ABOVE PREMISES CONSIDERED, the Defendants respectfully request that this Honorable Court strike any of the attempted expert opinion testimonies of the Plaintiff's named medical witnesses (Dr. Paul Corbier, Dr. Samual Rayapati, Nurses Gloria Johnson, Antonette Marsh, and Victoria Young)

Further, the Defendants make a motion in limine that the Plaintiff be ordered to refrain from commenting or making unsubstantiated statements concerning his named medical witnesses during *voir dire*, opening statements, trial and closing arguments.

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 27th day of May, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to: Jimmy Frank Cameron AIS # 105591, Draper Correctional Facility, P.O. Box 1107, Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL