IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON (AIS # 1055910) | ) ) ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-920-MEF ) |
| OFFICER HOLLAND et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF DISCOVERY COMPLIANCE

Come now the Defendants, through undersigned counsel and pursuant to the Court's Order (Court Doc No. 126) dated May 9, 2008, submit the following Notice of the attached Responses of Alexander to Cameron's Third Set of Interrogatories.

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading upon the Plaintiff:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025


on this the 27th day of May, 2008 by placing the same in the United States Mail first class postage prepaid and properly addressed.

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, <br> AIS#105591 <br><br> Plaintiff, <br><br> vs. <br><br> DONAL CAMPBELL, et. al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-920-MEF <br> ) <br> ) <br> ) <br> ) |

### THIRD INTERROGATORIES

Before me, the undersigned Notary Public, did personally appear Inez Alexander, who being duly sworn, deposes and presents the following affidavit.

My name is Inez Alexander and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer.

The following are the answer to the interrogatories:

2. Please tell me in your own words why did you not stop Officer Holland from assaulting me and the other four inmates?

Page 2
Affidavit – 3rd Set of Interrogatories

**Officer Holland did not assault you.**

4. Incomplete sentence – not answered

5. Please once again tell me when the Department of Corrections started to give body charts to inmates that had been handcuffed and all the officials responsible for formulating implementing and monitoring compliance with that policy.

   **I cannot say when the department started that.**

6. Please tell me the five names that were on the list Inmate George Ray gave you when the dorm came back from breakfast on Sept. 11, 2005.

   **Ray never gave me a list of names.**

8. Please tell me the statement you gave Sgt. Longmire about who all was shouting?

   **I do not remember**

The before mentioned facts are true and correct to the best of my knowledge.

_Inez Alexander_  5/19/08
Inez Alexander         Date

State of Alabama )

Barbour County  )

Sworn to and subscribed before me this 19th day of May, 2008.

_Relva J Currie_
Notary Public
My Commission Expires: 9-8-08