United States District Court
for The middle Distrid of Alabama
Northern Division

RECEIVED

2008 MAY 28  A 10: 41

DRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy frank Cameron
        plantiff

        v.                        CASE NO. 205-CV-920 MEF

Officer Holland Et. AL
        Defendants


        Plantiff Response To Defendant
        Expert Report!"


    Come now The Plantiff in The Above style cause
and Does say That Plantiff has never had The
priveledge To meet Doctor Hood." who is employed
by The medical company That works for The
Alabama Dipt. of Corr!" in it self says a Lot!"
Plantiff came Down with A Pinched nerve Nov. 7, 2005
after being Hand cuffed and slapped by Defendants!!
Both whose Purpose was To cause All five white
inmates maliciously and Sadistically Harm!
The Supreme Court Ruled A Inmate Does Not have To
show a serious Permanent or Even Significant" injury
To win An excessive force Lawsuit!" especially
when Plantiff Did nothing To Justify Any Assault.!!
The Constitution Prohibits officials from useing

Excessive force A Violation of 4 and 8th Amendments
The Records contain Ample Evidence That Plantiff
did not provoke The use of Any force!" and what
Defendants did was for The purpose To Maliciously
and sadistically To cause Harm To Plantiff because
of Plantiff being White and No other Reason!"
because The whole Assault happened a Hour and a
half after The supposed Disturbance. See <u>ORT v. White</u>
<u>813 F2d 318 324 (11th Cir 1987)</u> and hudson v. Mcmillian
<u>503 U.S 1 8-10  1992</u>  Harris v. Chapman 97 f3d 499 505
-06 (11th Cir 1996) Also 145 f3d 1355 1359-61 D.C. Cir. 1998
injury must be more Than deminimis but need Not
be serious.

                                        Jimmy 7 Cameron

                    Certificate of Service

Come Now Plantiff and Does say That A copy
of The foregoing was mailed To Attorneys for The
Defendants This 26 Day of May 2008 in The Draper
free Legal mail

Alabama Dept. of Corr.
P.O. Box 301501

mont, Ala    36130-1501

        excuted on 5-26-08

                                        Jimmy 7 Cameron
                                        plantiff

Jimmy Cameron 105591
P.O. Box 1107 B-2-17-A
Elmore Ala
            36025

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication"



United States District Court
P.O. Box 711

Montgomery. Ala 36101-0711
LEGAL USE ONLY