The United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
　　　　　Plantiff

V.

Case No 2:05-CV-920-MEF

Officer Holland Et. AL.

Notice To This Court
about The Discovery NONCompliance!

Come Now Jimmy F Cameron and Does say That The Defendants namely ms. Alexander. Just Plainly Refuses To Answer Any of Plantiffs Interrogatories. She Does not Remember Any Thing. so She say. Plantiff knows That ms. Alexander can Remember Every Thing. That She WANT To!" She did Nt even Try To Answer Question 5 Plantiff Says That The Defendants have not Answered more The 3 questions Truthfully So far. Plantiff is At A disadvantage Already! Now Defendants don't want To Answer The Interrogatories Plantiff Ask. Now Attorney Biggs is Asking This Court To Take All Plantiff expert Witnesses Away. Plantiff has fully Complied with All Rule set down by The Court (Fully!). Plantiff says That He Ask This Honorable Court To see Plantiffs View And Ask That The Above Premises Considered.

Plantiff Respectfully Request That This Honorable court Strike Defendants expert-opinions Testimonies of The named medical witness Doctor Hugh M. Hood. Plantiff futher ask for a motion in limine That Defendants stop Defendants To Refrain from commenting or making unsubstantiated Statements concerning his medical witnesses during voir dire, Opening statements Trial and closeing Argument, and order Defendant To Answer All The unanswered Interrogatories That either Defendants has failed To Answer. Premises considered Plantiff Does say That He has gotten This case This far. and will continue To do his best To finish it. Plantiff expect This court will advise him if he Does something wrong!! Plantiff Respect That!! Plantiff Ask Attorney Biggs To <u>stick with The Elements of This case</u>. Nothing more!

                                                          *Jimmy F Cameron*

## Certificate of Service

I certify That a copy was mailed To Attorneys for The Defendant by Placing same in The U.S. Mail This 29 Day of May 2008

Ala Dept of Corr.
  Legal Division
P O Box 301501
Montgomery, Ala 36130-1501

executed on 5-29-08

*Jimmy F Cameron*
Plantiff

Jimmy Cameron 105591
P.O Box 1107 B-2-17-A
Elmore, Ala
             36025

MONTGOMERY AL 351
30 MAY 2008 PM 2 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL

United States District Court

P.O. Box 711

Montgomery, Ala
              36101-0711

36101+0711