United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
  Plantiff

v.                                    Case No. 2:05-cv-920-MEF

Officer Holland Et, AL.
    Defendants

         Motion To inform
         This court

   Come now Plantiff in the Above style cause To Let This Honorable court know, That The Defendants still have not Truthfully complied with This courts orders. Plantiff will prove this At The appointed Time. Defendant are keeping The Identy from The plantiff of The officers who were at The assault of Plantiff. if The court will give Plantiff a List of correctional officer (males) plantiff will show This court who is not being Truthful. Defendants are deliderately keeping The Identity of The officers from plantiff. Plantiff will prove this At The Trial.

            executed on 5-28-08      Jimmy F Cameron
                                        Plantiff

Certificate of Service

I certify that a copy of the forgoing was mailed to Attorney for Defendant. This 28 Day of May 2008 Postage prepaid

Alabama Dept of Corr
Legal Division

P O Box 301501

Mont Ala
  36130-1501

executed on 5-28-08

Jimmy ? Cameron
plantiff

Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore, Ala
36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

**LEGAL USE ONLY**

36101+0711



MONTGOMERY AL 361
30 MAY 2008 PM 1 L

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711