IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al.,   ) | |
| ) | |
| Defendants.   ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on June 2, 2008 (Court Doc. No. 156), which the court construes as a motion for production of the names of male correctional officers on duty in dorm 6A at the Ventress Correctional Facility during the first shift on September 11, 2005, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before June 13, 2008 the defendants shall provide the plaintiff with the names of the above described male correctional officers.

Done this 4th day of June, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE