**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT**

| | | |
|---|---|---|
| JIMMY FRANK CAMERON | ) | |
| (AIS # 1055910) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |
| | ) | |
| OFFICER HOLLAND et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DEFENDANTS' RESPONSE TO ORDER (DOC. NO. 162)**</u>

Come now the Defendants, through undersigned counsel and pursuant to the Court's Order, Court Doc. No. 162, submit the following response:

1. Defendants' counsel proffers that the only correctional officer assigned to Dorm 6A on September 11, 2005 was M. Thomas (See attached Duty Post Log marked as Exhibit " A"). "M. Thomas" is otherwise known as Mickey Thomas who was previously identified by the Defendants in Court Doc. No. 143.

WHEREFORE THE ABOVE PREMISES CONSIDERED, the Defendants submit the above in response to Court Doc. No. 162.

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 5th day of June, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL