

**State of Alabama**
**Alabama Department of Corrections**
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016



Bob Riley
GOVERNOR

RICHARD F. ALLEN
COMMISSIONER

### A F F I D A V I T

)
)
)
)

### STATE OF ALABAMA

I, Reba T. Currie, hereby certify and affirm that I am an ASAIII, at Ventress Correctional Facility; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional files; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents of Ventress Correctional Facility's Duty Post Log for September 11, 2005 are maintained in the usual and ordinary course of business at the Ventress Correctional Facility; and that said documents were made at, or reasonably near the time that the transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 4th day of June, 2008.

_Reba Currie_
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS 4th DAY OF June, 2008.

_Carolyn W. Deensb_
Notary Public
My Commission Expires: 04/06/2010

DEFENDANT'S
EXHIBIT
"A"

Telephone (334) 353-3883                    Fax (334) 353-3967

| POST | NAME | SIGNATURE | TIME-IN | DETAIL |
|---|---|---|---|---|
| SHIFT COMMANDER | SGT. LONGMIRE | C. Longmire | 5:35 AM | |
| SERGEANT | | | | |
| SERGEANT | | | | |
| SHIFT CLERK | D. STARKS | D. Stark | 5:50a | |
| CENTRAL CONTROL | M. BROADAWAY | M. Broadaway | 5:38 | |
| CUBICLE #6 | I. ALEXANDER | I. Alexander | 5:50 am | |
| DORM #6A ROVER YARD CREW | M. THOMAS 6OT | M. Thomas | 8 am | |
| DORM #6B ROVER IFC CHECK | G. PULLOM | G. Pullom | 5:50 AM | FRONT |
| CUBICLE #7 | G. DENNIS | | 5:52 | |
| DORM #7A ROVER SEG | J. RUMPH | J. Rumph | 5:52 | FRONT |
| DORM #7B ROVER OFC CHECK | | | | |
| CUBICLE #8 | T. EDGE  6OT | T. Edge | 6:00 AM | |
| DORM #8A ROVER SEG | D. PULLOM | | 5:50 | |
| DORM #8B ROVER | W. BROWN | W. Brown | | BACK |
| CUBICLE #9 | J. JACKSON | | 5:50 | |
| DORM #9A ROVER | W. STALLWORTH | W. Stallworth | 5:53 | |
| DORM #9B ROVER | G. HENDERSON | G. Henderson | 5:50 | |
| CUBICLE #10 | F. WILLIAMS | F. Williams | 6:49 am | |
| DORM #10A ROVER | R. THOMAS | R. Thomas | 5:44 | |
| DORM #10B ROVER | D. LEWIS | D. Lewis | 5:00 | |
| DORM #11 ROVER | J. LOVETT | J. Lovett | | |
| DORM #11 | | | | |
| TOWER CODE: | L. THOMAS   OT | L. Thomas | 5:54 | |
| VENTRESS 1945 | T. PERSON | T. Person | 5:50 | |
| VENTRESS 1946 | A. SCREWS | A. Screws | 5:46 | |
| HOSPITAL ROVER | K. STEWART | K. Stewart | 5:58 | |
| KITCHEN OFFICER | R. BROWN | R. Brown | 5:38 | |
| DORM # 12 | G. MAYO | G. Mayo | 5:53 | |
| GATE #17 | M. HOLLAND  8OT | M. Holland | 5:53 am | |
| DORM #3 | K. WALKER | K. Walker | 5:35 | |
| YARD ROVER | A. TOWNSEND | A. Townsend | | FRONT |
| YARD ROVER | ~~M. LAINE~~ | | | |
| YARD ROVER | O. ARROYO  6OT | O. Arroyo | 7:35 AM | BACK |
| YARD ROVER | | | | |

| OFF-DAYS | OFF-DAYS | OFF-DAYS | OFF DAYS | ANNUAL | SICK | LWOP | MILITARY |
|---|---|---|---|---|---|---|---|
| R. OLIVER | R. CAMPBELL | C. LONGMIRE | D. ROBBINS | J. TAYLOR | Lane | | MCLEOD |
| C. TEAL | M. PADGETT | W. ARMOUR | K. CAROLE | | | | HICKS |
| A. TEW | L. RICHARDSON | G. WHEELER | | | | | BURROUGHS |
| J. BATIE | L. THOMAS | V. STRINGER | | | | | SGT. SEALS |
| G. RICHARDSON | J. BEATY | L. WALKER | | | | | |

Brief Discussion:
By my signature above I understand the post that I have been assigned and I have had the opportunity to ask questions concerning my post. I further understand all items above that were discussed in guard mount and I have had the opportunity to ask questions concerning these discussions.

**DAY: SUNDAY**          **SHIFT: FIRST**          **DATE: 09-11-05**