United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
       plawtiff

v.

Officer Holland Et. AL.

Case No 2:05-CV-0920-MEF

RECEIVED
2008 JUN -5 A 10:54
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion To Advise Court

Come now Plawtiff in The Above style cause To Advise This Honorable Court know. That officer Alexander Did not Answer The interrogatories in Plawtiff Last motion of May 9. 2008 officer Alexander. Did not even Try To Answer Question No 5 Plawtiff really Need a Answer To interrogatories No 5.!

Jimmy Cameron

## Certificate of Service

I certify That A copy of the forgoing was mailed To Attorneys for Defendants This 3 day of June 2008

Ala. Dept. of Corr.
P.O Box 301501
Montgomery. Ala
    36130-1501

excuted on 6-3-08   Jimmy F Cameron

Jimmy Cameron 105541
PO Box 1107 B-2-17-A
Elmore, Ala 36025



United States District Court
P.O. Box 711
Montgomery, Ala 36101-0711

**LEGAL USE ONLY**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"