IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON )<br>(AIS # 1055910) )<br>)<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>OFFICER HOLLAND et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |

### DEFENDANTS' RESPONSE TO ORDER( COURT DOC. NO. 161)

Come now the Defendants, through undersigned counsel and pursuant to the Court's Order (Court Doc No.161), submit the following response:

1. The Defendants have attempted to fully comply with the discovery by providing responses to those interrogatories of which they have personal knowledge.

2. It appears from the Plaintiff's filings (See Court Doc. No's. 155 and 164) that he actually desires a more complete answer to Interrogatory Number 5 of the third set of interrogatories to Defendant Alexander.

3. In this regard, Defendant Alexander has provided the information in which she has personal knowledge.

4. Counsel for the Defendants would proffer to the Court that the practice of performing immediate body charts on inmates after any physical contact has been in effect for years including prior to September 11, 2005.

5. Further there is an Administrative Regulation of the Alabama Department of Corrections, namely, <u>AR 327: Use of Force</u> promulgated February 16, 2005.

6. This regulation contains the following language:

V. D. "Examination of the inmate(s) and documentation of this assessment by medical authority is required after a use of force incident."
    The above name regulation, however, is **RESTRICTED** from the general public, especially inmates.

WHEREFORE THE ABOVE PREMISES CONSIDERED, the Defendants pray that this Honorable Court accept the explanation of the Defendants' counsel in response to its Order (Court Doc. No. 161)

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 6th day of June, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

                                                /S/ GREG M. BIGGS
                                                GREG BIGGS (BIG004)
                                      ASSISTANT ATTORNEY GENERAL
                                      ASSISTANT GENERAL COUNSEL