IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to advise the court filed by the plaintiff on June 5, 2008 (Court Doc. No. 164), which the court construes as a motion to compel defendant Alexander's response to interrogatory number five submitted on May 9, 2008, and in light of the response to this interrogatory filed by defendant Alexander on May 27, 2008 (Court Doc. No. 152) and the show cause response filed by the defendants on June 6, 2008 (Court Doc. No. 165), it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 6th day of June, 2008.

                                         /s/ Susan Russ Walker
                                         SUSAN RUSS
                                         UNITED STATES MAGISTRATE JUDGE