IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel responses filed by the plaintiff on June 2, 2008 (Court Doc. No. 155), and in light of the show cause response filed by the defendants on June 6, 2008 (Court Doc. No. 165), it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 6th day of June, 2008.

　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE