United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2008 JUN 10  A 10:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
  Plantiff

V.                                    Case No 2:05-CV-920-MEF

Officer Holland Et. Al
  Defendants

## Motion for Production of Incident Report

Come Now Jimmy F Cameron and Does ask This Honorable Court. To issue a order To The Defendants To give plantiff a copy of The Incident Report filed September 11. 2005 on The Alledged disturbance at 6 Dorm. filed by Ms. Alexander. are officer Holland.

I certify that a copy of The forgoing was mailed To The Attorneys for Defendants The 8th Day of June 2008

executed on 6-8-08

Jimmy F Cameron
  Plantiff

Jimmy Cameron 105591
PO Box 1167 B-2-17-A
Elmore Ala
         36025

"This correspondance is forwarded from an Alabama State Prison. The contents have been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

**LEGAL USE ONLY**

36101/0711



United States District Court
P.O. Box 711
Montgomery, Ala
         36025