United States District Court
for The middle District of Alabama
Northern Division

RECEIVED
2008 JUN 10 A 10: 40
DRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy frank Cameron
        plantiff

        V.                          CASE No 2·05-C.V-920- MEF


Officer Holland Et. AL
            Defendants



            Motion for Retaliatory
                Injuction


    Come now Plantiff in The Above style Cause and
Does Ask This Court To Stop The Dept. of Corr. from
Retaliateing against Plantiff for No Reason.
The Retaliatory Treatment Started on The 5th
Day of June. The Defendants are punishing Plantiff
whole dormitory and ALL The inmates Therein!
on June 5 08 around 6:30 A.M. about 30 officers
Came To B Dorm and Throughtly Searched Down
Plantiff Dorm, Nothing But Two Gallons of
Julep was found Something found Almost Daily.
Plantiff alone with every inmates in B Dorm

have been Punished Daily since June 5 2008
as follows.

1. Being Fead Last every meal. headed in To
The Chow Hall awo out

2. Not Being Allowed To go To Church, a Direct Violation

3. Not being allowed To go To The yard for exercise
awother direct violation

4. Made To stay on Bed. except To use Bathroom

5. Being Denied Rights Like All The other Inmates
Like going To Snack Line awd other Activities

6. Plantiff over heard a officer Tell a Inmate
That The officers were Told To Punish All The
inmates and make Thing Hard on Them!!

7. Plantiff says That it get worse Daily
with The Heat. Not Being able To go outside

8. Not being Allowed To go To The Law Library.
Denied Access To Law Library.

Plantiff Prays That This Honorable court Issue a order To Stop The punishment of Plantiff and All The inmates in B. Dorm. Plantiff would Like To Request The plantiff and All the inmate in B Dorm be Compensated for All These Denied Constitutional Violations

excuted 6-8-08        Jimmy F Cameron

Certificate of Service

Come Now Jimmy F Cameron and Does Say That a copy of The fore going was mailed To Attorney for The Defendant This 8th Day of June 2008 by placing same in The Free Draper Legal mail

excuted on 6-8-08        Jimmy F Cameron
                                              Plantiff

Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore Ala
                36025

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication"

**LEGAL USE ONLY**

36101/0711



UNITED STATES POSTAGE
$ 00.42⁰
02 1M
0004243890    JUN 09 2008
MAILED FROM ZIP CODE 36025

United States District Court
        P.O. Box 711
    Montgomery, Ala
                36025