IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,     )
                                  )
            Plaintiff,            )
                                  )
    v.                            )        CIVIL ACTION NO. 2:05-CV-920-MEF
                                  )
OFFICER HOLLAND, et al.,          )
                                  )
            Defendants.           )

## ORDER ON MOTION

Upon consideration of the motion for production of incident report filed by the plaintiff on June 10, 2008 (Court Doc. No. 168), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that on or before June 20, 2008 the defendants shall file with the court and provide to the plaintiff a copy of the September 11, 2005 incident report detailing the alleged inmate disturbance, i.e., inmates shouting in the dorm when defendant Alexander announced chow call, on such date.  If no incident report exists, the defendants shall so advise the court.

Done this 11th day of June, 2008.


_____/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE