United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
plantiff

v.

Officer Holland Et. Al

RECEIVED
2008 JUN 12 A 10: 41
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 05-cv-920 MEF

Plantiff Response To Defendants
Response To Court Order No. 161

Come Now Plantiff in The Above style cause To Ask This Honorable Court To. Take A close Look At This Response!" And Look At Ms. Alexander Respones To The Plantiff interrogatories! Ms. Alexander Plainly Denied Any use of force Plantiff still would Like To Know When Hand cuffing Any Inmate called for A body chart? Plantiff Knows Already That Force was used! When it was not needed. That The forced use was for malicious and sadistic Act!" When There was No forced Call for! None!"

executed on 6-10-08

Jimmy F Cameron
Plantiff

Certificate of Service

I certify that a copy of the forgoing was mailed to Attorneys for Defendants by placing same in the US mail Postage prepaid this 10 Day of June 2008

Alabama Dept of Corr
  Legal Division
P.O. Box 301501
Montgomery Ala
          36130-1501

Jimmy F Corneum
  Plaintiff

Jimmy Cameron 105591
P.O Box 1107 B-2-17-A
Elmore. Ala
　　　36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

**LEGAL USE ONLY**

MONTGOMERY AL 361
11 JUN 2008 PM 2 L

United State District Court
P.O Box 711
Montgomery. Ala
　　　36101-0711

36101+0711 B007