IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591 )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>OFFICER HOLLAND, et. al., )<br>)<br>)<br>  Defendant. ) | CIVIL ACTION NO. 2:05-cv-920-MEF |

## **ORDER ON PRETRIAL HEARING**

A pretrial conference was held in the above case on June 3, 2008, wherein the following proceedings were held in actions taken:

(1)   PARTIES AND TRIAL COUNSEL:

      For Jimmy Frank Cameron, Plaintiff: Pro se
      For Michael Holland, Inez Alexander, Defendants: Greg M. Biggs

    COUNSEL APPEARING AT PRETRIAL HEARING:   Same

(2)   JURISDICTION AND VENUE:

(a)   The court has subject matter jurisdiction of this action under the following rules, statutes or cases: 28 U.S.C. §§ 1331; 42 U.S.C. §§ 2200, et seq.; and 42 U.S.C. § 1983.

(b)   All jurisdictional and procedural requirements prerequisite to maintaining this to have been met.

(c)   Personal jurisdiction is not contested.

(d)   Venue is proper in the Middle District of Alabama because the events giving rise to this lawsuit occurred in the Middle District of Alabama.

(3)  PLEADINGS:

The following pleadings have been allowed:

Complaint by the Plaintiff:   Complaint of Plaintiff

(a)  On September 11, 2005, Plaintiff was wrongfully slapped by Corrections Officer I Michael Holland.
(b)  Holland cursed him.
(c)  Corrections Officer I Inez Alexander had a smirch
(d)  As a result of the actions of Holland and Alexander on September 11, 2005, Cameron's constitutional rights were violated.
(e)  The actions of the Defendants were racial motivated because they were making racial comments about him and the other four inmates.
(f)  Plaintiff was slapped for no reason.
(g)  Plaintiff was discriminated by the actions of the Defendants because he and the other four inmates were white, and the Defendants are black.

Answer by Defendant:  Answer and Special Report by Defendant, Amendment to Complaint by Plaintiff

(a)  Plaintiff not slapped by anyone on 9/11/2005.
(b)  There was no injury as a result of purported slapping.
(c)  The alleged leg pain does not exist.
(d)  Plaintiff is a malingerer.

**It is ORDERED that:**

(1)  The jury trial of this cause, which is to last two (2) days is set for July 14, 2008, at 10:00 a.m. at the United States Courthouse in Montgomery, Alabama;

(2)  The parties are not required to file proposed findings of fact and conclusions of law. However, if they wish to do so, they may file them by July 7, 2008. The defendants are directed to e:mail their proposed findings of fact and conclusions of law, if any, to *propord_fuller@almd.uscourts.gov* in WordPerfect format by the dates specified above. If the plaintiff wishes to submit proposed findings of fact and conclusions of law, he can mail them to the Clerk of the Court for delivery to the undersigned.

(3)  The parties in this case are not required to file trial briefs. However, if they wish to do so, their trial briefs shall be filed no later than July 7, 2008.

(4)  Each party shall have available at the time of trial, for use by the court (the judge, the courtroom deputy clerk, and the law clerk), **three copies** of the exhibit list and a sufficient

number of copies of each photostatically reproducible exhibit for opposing counsel, the courtroom deputy clerk, the law clerk, and the judge to each have a set of the exhibits;

(5)    All deadlines not otherwise effected by this order will remain as set forth in the Amended Uniform Scheduling Order (Doc. #111) entered by the court on May 1, 2008;

(6)    All understandings, agreements, deadlines, and stipulations contained in this Pretrial Order shall be binding on all parties unless this Order be hereafter modified by Order of the Court.

DONE this the 16th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE