United States District Court
for The middle District of Alabama
Northern Division

Jimmy frank Cameron
                    plantiff

                    v.

officer Holland, Et. AL
                    Defendants

Case No. 2:05-CV-920-MEF

2008 JUN 17 A 10: 34

DERA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT

Motion To Amend
        Contentions,"

Come Now Plantiff in The Above style cause. To Advise
This Honorable Court That Plans To use The Defendants
Respose! To order. Court D.O.C. no. 161. as a Exhibit. And
plantes intentions To begin with. was To stop ALL! The
maliciously and Sadistly Attack on ALL Inmates!" for
for No valid Reason. Correctional officers Then write The
inmates up made up Disciplinary, To cover These Assaults
on innonce Inmates!" Then The inmate are Placed in
Segergation for A long Time!!. Plantiff will Prove That He
was A victim of This Assault by Defendants for No Reason
other Than being white. Plantiff and four other white Inmates
were Hand Picked out of A Dorm. with around 70
Black and white inmates were Housed," and That ms.
Alexander Racinly Picked out five white Inmates
and caused ALL five inmates To be Brutally Assaulted
by officer Holland!"

Plaintiff never said are did any thing To pervoke This Assault.!" other Than being white!" Plantiff Did not understand The full importance of his Contentions at The Time of The Pre Trial Conference.. Plantiff would Like To Advise The Court. That he filed A motion for Retaliatory Injuction and A motion For Production of Incident Report of Sept 11. 2005. On June 8. On June 10 WARDEN Billups Captain floyd and co.1 officer Smith. came To Plantiff Bed while plantiff WAS At Lunch. and Threw plantiff Legal papers on the floor and Left Them There For A Dorm Cleaner To Pick up plantiff says That he hAs been Retaliated against A Number of Time. since being sent To Draper Correctional facility. Plantiff will NOT feel are be sAfe until This Action hAs been settled. NO mAtter The out come.

Jimmy F Cameron<br>Plantiff

## Certificute of Service

I certify That A copy of The foregoing was mailed To Attorneys for Defendants This 15th Day of June 2008 by placing same in The Draper free Legal mAil 6-15-08

F!Abamn Dept. of Corr
  Legal Division
  P.G. Box 301501
mont. AlA

Excuted on 6-15-08   Jimmy F Cameron
                      Plantiff

Jimmy Cameron 105591
P.O Box 1107  B-2-12-A
Elmore. Ala
            36025



*This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication*

**LEGAL USE ONLY**

36101+0711-11 B007

United States District Court
  P.O Box 711
  Montgomery, Ala
           36101.0711