IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend contentions filed herein by the plaintiff on June 17, 2008 (Court Doc. No. 175), and as this case is presently set for a jury trial, it is

ORDERED that:

1. The motion to amend be and is hereby DENIED to the extent the plaintiff seeks to assert additional claims for relief against the defendants, i.e., racial discrimination and false disciplinaries, and name correctional officials at Draper Correctional Facility as defendants for recent alleged acts of retaliation.

2. The motion be and is hereby GRANTED to the extent the plaintiff (i) explains facts relevant to his claim that defendants Alexander and Holland used excessive force against him in violation of his Eighth Amendment rights, and (ii) sets forth his intention to utilize a response filed by the defendants as an exhibit during the trial of this case.

The plaintiff is advised that if he seeks to challenge alleged unconstitutional actions

currently taken against him at the Draper Correctional Facility he may do so by filing a separate 42 U.S.C. § 1983 action.

 Done this 18th day of June, 2008.

          /s/ Susan Russ Walker
         SUSAN RUSS WALKER
         UNITED STATES MAGISTRATE JUDGE