IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON )<br>(AIS # 1055910) )<br> )<br>   Plaintiff, )<br> )<br> )<br>v. ) CIVIL ACTION NO.: 2:05-CV-920-MEF<br> )<br>OFFICER HOLLAND et al., )<br> )<br>   Defendants. ) | |

### DEFENDANTS' RESPONSE TO ORDER ( DOC. NO. 170)

Come now the Defendants by and through undersigned counsel in the above-styled cause and pursuant to this Court's Order (Doc. No. 170) give notice that there was no incident report generated concerning the events of 09/11/2005.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th day of June, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL