United States District Court
The Middle District of Alabama
Northern Division

Jimmy Frank Cameron

    Plantiff

V.

Officer Holland Et. Al.

    Defendants

Case No 2:05-cv-920 MEF

Motion for Prisons written Policy on the use of Force.

Come now Plantiff and Does Ask This Honorable Court To Grant Plantiff This Last motion for This most important written Policy. Which it self will Prove Plantiff Case!!

Certificate of Service

I certify That I placed A copy of The same in The same Envelope with Plantiff Purposed finding of facts and Conclusion of Law. This 18th Day of June 2008.

Executed on 6-18-08

Jimmy F Cameron
Plantiff

Plantiff cannot get Copies of ALL his Exhibits made! Plantiff Does not have Any money To Pay $50 a copy To get Them made But I will Keep Trying!

Jimmy F Cameron

Certificate of Service

I certify That I have mailed a copy of The same to Attorney for Defendant This 18th Day of June 2008 by placing same Herein!

executed on 6-18-08            Jimmy F Cameron
                                Plantiff

Jimmy Cameron 105591
P.O Box 1107 B-2-17-A
Elmore, Ala
 36025

MONTGOMERY AL 351
19 JUN 2008 PM 2 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

**LEGAL USE ONLY**

United States District Court
P.O. Box 711
Montgomery, Ala
 36101-0711