United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron

V.

Officer Holland Et. Al

Case No 2:05-CV-920-MEF

Plantiff Purposed findings of Facts
And Conclusions of Law.

Come Now Jimmy F. Cameron who intends To Show That He was discriminated against by Defendants. That he was Slapped on The Head!" and That He spent Almost Two months in The Hospital At ventress correctional facility where he Almost Died." with out any Treatment. Plantiff's Conclusions of Law. Plantiff Constitutional Rights were violated 4 and 8 Amendements. The Constitution Prohibits officials from useing excessive force. Force That is Greater in Amount or in kind Than what is Needed To restore or maintain Order. See Hudson v. McMillian 503 U.S. 1, 8-10 (1992) Id At 9 emphasis Added. See ort v White 813 F.2d 318, 324. 11th Cir 1987) for Earlier incidents skrtich v Thronton. 267 F3d 1251-1260. 61 (11 cir 01) see Del Raine v Williford 32 F3d 1024, 1038 (7th Cir 1994) see e.g. Sigler v. Hightower 112 F3d 191, 193 (5th Cir 1997

The injury must be more Than de minimis but Need not be Significant."! see Harris v. Chapman 97. F3d 499. 505-06 11 th Cir. 1996 Gomez v. Chandler 163 F3d 921 924 5th cir 1999 see Thomas v Statler 20 F3d 298, 302 7th Cir 1994. see Green v Branson, 108 F3d 1296. 1301 (10th Cir 1997. see Also Chandler v. District of Columbia Dept. of Corr. 145. 1355 1359-61 (D.C cir 1998)

Jimmy Z Cameron
Plaintiff

Certificate of Service

I certify That I have served a copy of The forgoing on Attorneys for Defendants by placing same in the U.S mail Postage prepaid This 18th Day of June 2008

Alabama Dept of Corr.
Legal Division
PO Box 301501
Montgomery ALA
36130-1501

executed 6-18-08 Jimmy Z Cameron