IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON<br>(AIS # 1055910)<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HOLLAND et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05-CV-920-MEF<br>)<br>)<br>)<br>) |

**DEFENDANTS' RESPONSE TO ORDER ( DOC. NO. 180)**

Come now, the Defendants by and through undersigned counsel in the above-styled cause and pursuant to this Court's Order (Doc. No. 180) submit the following good cause why the named regulation not be disclosed to the Plaintiff:

1. Administrative Regulation 327 is the ADOC "Use of Force" policy.

2. This document is restricted from public view, especially inmates like the Plaintiff.

3. This restriction is based upon the information contained therein and could be used to breach ADOC security and potentially endanger lives of correctional staff and inmates.

4. In sum this policy and procedure details the actions to be taken by security and law enforcement personnel during any use of force including riots, escapes and hostage situations.

5. The release of this restricted regulation to the Plaintiff serves no relevant and material purpose to the above styled case.

WHEREFORE THE ABOVE PREMISES CONSIDERED, the Defendants respectfully request that the Plaintiff's access to said regulation be denied.

RESPECTFULLY SUBMITTED,

TROY KING
ALABAMA ATTORNEY GENERAL

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 23rd day of June, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL