IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY FRANK CAMERON, #105591,   )
                                    )
        Plaintiff,             )
                                      )
     v.                     )       CIVIL ACTION NO. 2:05-CV-920-MEF
                                    )
OFFICER HOLLAND, et al.,        )
                                    )
        Defendants.      )

**ORDER ON MOTION**

In light of the response filed by the defendants on June 23, 2008 (Court Doc. No. 181) and as the document sought by the plaintiff is irrelevant to a determination of the constitutional issue pending before this court, it is

ORDERED that the motion for production of prison policy filed by the plaintiff on June 20, 2008 (Court Doc. No. 178) be and is hereby DENIED.

Done this 24th day of June, 2008.

                            /s/ Susan Russ Walker
                      SUSAN RUSS WALKER
                      CHIEF UNITED STATES MAGISTRATE JUDGE