United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron

         Plantiff

DRA P. HACKETT
U.S. DISTRICT CO
MIDDLE DISTRICT  CASE No. 2,05-CV-920-MEF

         V.

Officer Holland Et. Al
         Defendants


UNDer Civil Proceedure 37
Motion To CompeL

      Come now Plantiff in The Above style cause and Does Ask This Honorable Court To Compel The Defendent To Produce and give To Plantiff a copy Of The incident Report of September 11, 2005 as ORder by This court The 11th Day of June 2008. Defendants Know That This incident Report of September 11, 2005 will Prove his (Plantiff) case in This Civil Action. Plantiff will Prove All Allegations with This incident Report

executed on 6-23-08          Jimmy F Cameron
                                      plantiff.

Certificate of Service

Come now Jimmy F Cameron and Does say that a copy of the foregoing was mailed to the attorney for Defendants. by placing the same in the Draper free Legal mail this 23rd Day of June 2008

Alabama Dept of Correction
    Legal Division

  P.O Box 301501

 Montgomery .Ala
                              36130-1501

        executed on 6-23-08          Jimmy F Cameron
                                            plantiff

Jimmy Cameron 105591
PO Box 1107 B-2-17-A
Elmore. Ala
36025

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
$ 00.42⁰
0004243890 JUN 24 2008
MAILED FROM ZIP CODE

United States District Court
P.O Box 711
Montgomery . Ala
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL

36101+0711