IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on June 26, 2008 (Court Doc. No. 183), and in light of the response filed by the defendants on June 20, 2008 (Court Doc. No. 17) wherein the defendants advise that the requested incident report does not exist, it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 26th day of June, 2008.

                                                  /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                CHIEF UNITED STATES MAGISTRATE JUDGE