United States District Court
for The middle District of Alabama
Northern Division

RECEIVED

2008 JUN 26  A 10: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron
             Plantiff

CASE NO. 205-CV-920.MEF

V

Officer Holland Et, AC
             Defendants

Plantiff Amended motion for
Retalitory Injuction  Rule 65. A.

Come Now Plantiff in The Above stule cause To Ask This
Honorable Court To Grant Plantiff This motion FoR Retaliatory injuction
This is The Second motion for Retaloction filed by plantiff court Doc 169 at 3
This Court knows plantiff is A pro Se Litigant awd has no money.
Plantiff sent a Request To warden Billups To get some copy's
made per orders of This Court. see Exhibit-A where Plantiff
Advised warden Billups of Not having funds To pay aso a copy
See ms Billups Response. plantiff has Alleged All This Time
That Plantiff has been Retailated against since filing This
Complaint. This Exhibit is The First Proof That Plantiff has been
able To get his hands on. plantiff Ask This court To Put This
Exhibit with his Last motion 169 at 3 To Show That Plantiff
has been Retaliated against. by not Letting plantiff get
Copys of The Documents needed for This Honorable Court

use! Plantiff say WARDEN Billups HAS come to his Bed with capt Floyd. and officer smith. who over saw MR smith Throw All plantiffs Legal Papers in The Dorm floor. and Tear plantiff bed apart. when plantiff was not even present!" plantiff Does say That He will not be safe at Any Time in The future. and Humbly ASK This Court for protection alone with a preliminary Injuction against The Dept. of Corr. and All The officials therein! plantiff Futher PRAYs

excuted on 6-24-08               Jimmy Cameron
                                        Plantiff


## Certificate of Service

I Jimmy F Cameron certify That a copy of The forgoing was mailed To The Attorneys for The Defendants This 25th Day of June 2008 postage prepaid

Alabama Dept of Corr
   Legal Division
 P.O Box 301501
Montgomery · Ala
               36130-1501


excuted on 6-24-08               Jimmy F Cameron
                                        Plantiff

if This Court Could I would appreciate it
Very much. please make me some copies of
This exhibit and Return Them To me
I will be forever Grateful,!.!


.10559/                    Jimmy Cameron

**INMATE REQUEST SLIP**

Name _Jimmy Cameron_    Quarters _B-2-17-A_  Date _6-17-08_

AIS # _125591_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem

( ) Special Visit    ( ) Time Sheet    ( ) Other _____

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

WARDEN Billups. I Dont have ANy MoNey
To Pay For copies. but I really Neeo 4
copies more of 5 Different Things. I
will be Grateful!!" Per court order!

_J. Cameron_

Do Not Write Below This Line - **For Reply Only**

If you do not Have money
in the book, We cannot do
Copies    Warden Billups  6/24/08

| Approved | Denied | Pay Phone | Collect Call |

Request Directed To:  (<u>Check One</u>)

(✓) Warden    (✓) Deputy Warden    ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary    ( ) Record Office
                                      Public

N176



Jimmy Comeir 100391
PO Box 1107 B-2-17-A
Elmore Ala
36025

"This correspondence is forwarded from an Alabama State Prison. It has not been evaluated and the Alabama Department of Corrections is not responsible for the substance of content of the enclosed communication."

36101+0711

MONTGOMERY AL 361
25 JUN 2008 PM 3 T

United States District Court
PO Box 711
Montgomery, Ala
36101-0711

usa first-class forever