IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) | |
| OFFICER HOLLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on June 26, 2008 (Court Doc. No. 185), which the court construes as a motion to amend motion for retaliatory injunction, and as the court has not issued an order requiring either the defendants or other correctional officials to provide the plaintiff copies of exhibits on demand free of charge, it is

ORDERED that the motion to amend injunction be and is hereby DENIED. The plaintiff is advised that he may make handwritten copies of all documents in order to furnish copies of such documents to counsel and/or obtain copies for himself so as to allow presentment of the actual document at trial for purposes of requesting its admission into evidence.

Done this 27th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE