United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron
    Plantiff

V

Officer Holland Et. Al
    Defendants

RECEIVED
2008 JUN 27 A 10:34
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:05-CV-920 MEF

Plantiff Response To Defindants
Response To D.O.C. No 180
Civil Proceedure Rule 37 A

Come now plantiff and Does say That The only Administration Regulation He Need is The one That say That if a Inmate is Handcuffed. (No kind of excessive force) used That The Plantiff has To get a Body Chart! With out any kind of force used. Plantiff says That Both Defendant Just made this Policy up To cover plantiff getting a body Chart.!! That is All plantiff would Like To see! is That going To breach any kind of A.D.O.C security?? Plantiff Think not!" plantiff say That That (one) Administration Regulation will Prove The Defendant Guilt.!! That is why The Defendants Do not want To produce it To plantiff. That is All Plantiff is Asking for. Just This one Policy!!

executed 6-25-08    Jimmy F Cameron
                               Plantiff

# Certificate of Service

I certify That a copy of the forgoing was mailed To Attorneys for the Defindants This 25th Day of June 2008 Postage prepaid. properly addressed.

Alabama Dept of Coen
Legal Division
PO Box 301501
montgomery · Ala
    36130-1501

executed on 6-25-08                    Jimmy F Cameron
                                          Plantiff