United States District Court
For The middle District of Alabama
Northern Division

Jimmy C. Cameron

    Plantiff

V

Officer Holland Et.AL

Case No. 205-CV-920-MEF

RECEIVED
2008 JUL -2 A 10:00
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

    Motion To Amend
  Motion for premlimary Injuction

Come Now Plantiff in The Above style Cause To show futher Retaliation from The Dept of Corrections officers Namely Sgt woods and officer cunningham. by Refusing To Let Plantiff get Prescribed medications for no Reason!

                            Jimmy F Cameron

I certify That a copy of The forgoing was Mailed To Attorneys for Defendants This 29th Day of June 2008 by placing The same in Draper Free Legal Mail on 6-29-08

                            Jimmy F Cameron
                            Plantiff

Declaration Under Penalty of Perjury

I, Barry Scott, being competent to make this Declaration and having Personal Knowledge of the matters stated herein declares Pursuant To 28 U.S.C § 1746.

I saw officer Woods and officer Cunningham Refuse to Let Jimmy F Cameron and Mart Harrison out of B. Dorm To get their prescribed medication on 6-29-08 for No Apprent Reason. other Than Retaliation! and Jhon Hubbard

Pursuant To 28 U.S.C. § 1746, I declare under Penalty of Perjury That The foregoing is True and Correct Excuted on 6-29-08

Barry Scott

# Declaration Under Penalty of Perjury

2

Willie Jones being Competent To Make This Declaration and having Personal Knowledge of The matters stated herein declares Pursuant To 28 U.S.C § 1746.

I saw officer Woods and officer Cunningham Refuse To Let Jimmy F Cameron and Mart Harrison out of B Dorm To get Their prescribed medication on 6-29-08 for No Apprent Reason. other Than Retaliation! and John Hubbard

Pursuant To 28 U.S.C § 1746. I declare under Penalty of Perjury That The foregoing is True and Correct Executed on 6-29-08

_Willie Jones_

Declaration Under Penalty of Perjury on 7-6-08

3

I, John Hubbard, being competent to make this Declaration and having Personal Knowledge of the matters stated herein declares Pursuant To 28 USC § 1746

I saw officer Sgt. Woods and officer Cunningham Refuse to let Jimmy F Cameron and Mart Harrison out of B Dorm to get their prescribed medication on 6-29-08 for no apparent Reason, other than Retaliation! And Jhow Hubbard

Pursuant To 28 USC § 1746. I declare under Penalty of Perjury That The foregoing is True and Correct Executed on 6-29-08

_Dale Wayne Kelly_

4

__Matt Harrison__ being competent to make this Declaration and having personal knowledge of the matters stated herein declares pursuant to 28 USC § 1746.

I saw Officer Woods and Officer Cunningham refuse to let Jimmy F Cameron and Matt Harrison out of B Dorm to get their prescribed medication on 6-21-08 for no apparent reason other than Intimidation! and Jhon Hubbard.

Pursuant to 28 USC § 1746 I declare under Penalty of Perjury that the foregoing is true and correct. Executed on 6-21-08

__Matt Harrison   253259__

Jimmy Cameron 105591
P.O. Box 1107 B-2-17-A
Elmore, Ala
          36025



United States District Court

P.O. Box 711

Montgomery, Ala
          36101-0711

