IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On July 2, 2008, the plaintiff filed a motion to amend his most recent motion for retaliatory injunction in which he seeks to present a new claim for relief related to actions taken against him on June 29, 2008 at the Draper Correctional Facility. Upon consideration of the motion to amend motion for retaliatory injunction (Court Doc. No. 188), and as the claim for relief on which the plaintiff bases this motion is separate and distinct from the claim pending a jury trial in this case, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that if he seeks to challenge the constitutionality of actions recently taken against him at the Draper Correctional Facility he may do so by filing a separate 42 U.S.C. § 1983 action with this court.

Done this 2nd day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE