# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DISTRICT

| | |
|---|---|
| JIMMY FRANK CAMERON<br>(AIS # 1055910) | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL NO.: 2:05-CV-920-MEF |
| OFFICER HOLLAND et al., | )<br>) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Come now the Defendants, through undersigned counsel and submit the following response to Plaintiff's Request for Admissions:

1. The Plaintiff's Requests for Admissions are untimely.

2. Pursuant to this Court's Scheduling Order dated May 1, 2008 (Doc. No.111) "All discovery shall be completed **on or before May 16, 2008**".

WHEREFORE THE ABOVE PREMISES CONSIDERED, the Defendants pray that this Honorable Court enter an order **denying** this latest attempt by the Plaintiff to seek admissions from them.

RESPECTFULLY SUBMITTED,

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/s/ GREG BIGGS
GREG BIGGS (BIG004)
DEPUTY GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3879

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of July, 2008, that I have electronically served the foregoing, and I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/s/ GREG BIGGS
GREG BIGGS (BIG004)
DEPUTY GENERAL COUNSEL