IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-920-MEF |
| ) | |
| OFFICER HOLLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the response filed by the defendants on July 3, 2008 (Court Doc. No. 190), and for good cause, it is

ORDERED that the defendants shall file no response to any request(s) for admissions or other discovery matters submitted to the defendants and/or filed with the court after the May 16, 2008 discovery deadline as such requests are untimely.

Done this 3rd day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS
CHIEF UNITED STATES MAGISTRATE JUDGE