IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| JIMMY FRANK CAMERON<br>(AIS # 1055910) | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:05-CV-920-MEF |
| | ) | |
| OFFICER HOLLAND et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS'
## PROPOSED JURY VOIR DIRE QUESTIONS

**COME NOW**, the Defendants, by and through their undersigned counsel and respectfully submits the following proposed jury voir dire questions:

### KNOWLEDGE OF PARTIES AND THEIR COUNSEL

The Defendants are represented by Greg Biggs, an Assistant Attorney General, who is assigned as Assistant General Counsel for the State Department of Corrections. Greg Biggs has worked for the both the State of Alabama as a prosecutor and in private practice as a lawyer for about twenty-three (23) years. He has prosecuted capital murder cases, public corruption cases, white collar crime cases and voter fraud cases for the State Attorney General's Office and the United States Attorney's Office in trial courts state and federal through the state of Alabama. Additionally, he has served as a Special Agent with the Federal Bureau of Investigation in Florida and Alabama. Have any of you or your family or close friends ever been investigated and /or prosecuted by Mr. Biggs?

Do any of you feel because the Defendants are represented in this case by an Assistant Attorney General of the State of Alabama, that you could not be completely fair to them?

The Defendants are also assisted by Kate Jessip, a clerk for the State Department on Corrections. Kate Jessip is a law student with Thomas Goode Jones School of Law. She received two Bachelor of Science degrees from the University of North Alabama in History and Psychology in 2007. She has been a resident of Alabama for nine (9) years, and is from Cullman, Alabama. Do you think that since Greg Biggs is being assisted by a law clerk that it gives him an unfair advantage in this case?

The Plaintiff, Jimmy Frank Cameron represents himself. Do any of you feel that since Mr. Cameron represents himself that you would be more favorable to him than the defendants?

## KNOWLEDGE OF THE PLAINTIFF

Do any of you know the Plaintiff or know of him (that is, you would recognize him on the street)

## KNOWLEDGE OF PLAINTIFF'S WITNESSES

Do any of you think you might know any of the following persons? If so, please raise your hand and keep it raised until I call on you. (Read list of persons identified by the Plaintiff as possible witnesses) (If so, explain how you now them)

## PRIOR EXPERIENCES

In Alabama, people adults who are charged with felonies and convicted are sentenced to serve time incarcerated in the prisons of the State of Alabama.

1. Have any of you or your family or close friends ever been sentenced to the custody of the Alabama Department of Corrections and lived in a corrections facility?

2. Do any of you know anyone who has been sentenced to the custody of the Department of Corrections and ultimately transferred to a work release facility?

3. Do any of you know of a circumstance where you, your family member or friend who has been on work release, been found guilty of an infraction and lose his or her work release privileges?

4. Have any of you or your family or friends ever been involved in a drug treatment rehabilitation or counseling session in or out of a prison setting?

5. Have any of you or your family member or friends ever applied for a job with the Alabama Department of Corrections?( If so, please explain when you applied, what job you applied for , did you interview, with whom)

6. Have any of you or your family or friends ever applied for any other agency with the State of Alabama?( If so, please explain where, when, what did you or they do and why did you or they leave)

7. Have any of you or your family members or friends ever worked or in a business that gave opportunities for prison inmates on work release?( If so, please explain where, when, what do you do /or the inmate)

8. Have you or any of your family or friends ever worked as a probation or parole officer? ( If so, please explain when and where and what you or they did)

9. Have you or any family member or friend ever worked at a city or county jail or in a prison or other correctional facility?( If so, please explain when and where and what you or they did)

10. Is there anyone on the venire who has a preconceived opinion about the prisons in the State of Alabama?

11. If so, is there anyone on the venire who has had that family member or friend file an individual lawsuit against the Alabama Department of Corrections or any of its employees?

12. Is there anyone on the venire who has had that family member or friend file a class action against the Alabama Department of Corrections or any of its employees?

13. Does anyone on the venire have a preconceived opinion regarding the financial condition of the Alabama Department of Corrections?

14. Does anyone on the venire have a preconceived opinion regarding the financial expenditures for each inmate in the custody of the Alabama Department of Corrections?

15. Is there anyone on the venire who has had that family member or friend file a class action or other lawsuit against the Alabama Department of Corrections or any of its employees because not enough funds were spent on the education, medical, dental and recreational facilities for each inmate?

16. Is there anyone on the venire who believes that the Alabama Department of Corrections should build more prisons?

17. Is there anyone on the venire who would vote for additional taxes in order to build more prisons?

18. Is there anyone on the venire who would vote for additional taxes in order to hire more corrections officers?

19. Is there anyone on the venire who thinks that there are too few corrections officers to control the number of inmates in the prison system?

20. Is there anyone on the venire who thinks that corrections officer should be prohibited from using any force to discipline an inmate?

21. Is there anyone on the venire who thinks that corrections officer should be prohibited from using any force to control an inmate?

22. Is there anyone on the venire who thinks that corrections officer should be prohibited from using any hand or foot restraints to control an inmate?

23. Is there anyone on the venire who thinks that corrections officer should be prohibited from using deadly force to stop an escaping inmate or rioting inmates in prison?

24. Is there anyone on the venire who thinks that corrections officers who are assigned to patrol the halls of state prison should be allowed to carry weapons other than a baton or pepper spray?

25. Is there anyone on the venire who thinks that corrections officers should be armed with firearms while they are controlling the inmates in prison?

26. Is there anyone on the venire who thinks that the State of Alabama should provide more than housing, food, education, recreation, religious exercise, medical care, dental care, and/or mental health counseling to every inmate?

27. Is there anyone on the venire who thinks that the doctors, nurses, and other medical staff of the independent medical provider would perjure themselves to protect the State of Alabama?

28. Do any of you know of a circumstance where you, your family member or friend who has been assaulted by a law enforcement officer who was attempting to take into

custody? Did this occasion cause you to hold a preconceived idea about law enforcement officers? (If so, could you erase this fact and base your verdict solely on the facts and evidence in this case?)

29. Have you, or a family member or close friend ever suffered from a substance abuse addiction? If so, then:

    a. Who?

    b. When?

    c. What illness or addiction?

    d. What were the symptoms?

    e. What treatment did they receive and from whom?

    f. Did the treatment solve the problem?

    g. How long did the illness last?

    h. Has it reoccurred?

27. Is there anyone who has had formal education or training in psychology or counseling?

28. Is there anyone who has had classes in psychology and/or counseling?

29. Is there anyone who thinks that drug usage should be allowed in prison?

30. Is there anyone here who believes that the prison officials should do more to stop consensual and non-consensual homosexuality in prison?

31. Have you, or a family member or close friend ever suffered from a back injury? (If so, private *voir dire* is requested to discover the details of the illness and treatment, including:

    i. Who?

j.  When?

k.  What kind of injury?

l.  What were the symptoms?

m.  What treatment did they receive and from whom?

n.  Did the treatment solve the problem?

o.  How long did the problem last?

p.  Has it reoccurred?

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of July, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:

Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

/S/ GREG M. BIGGS
GREG BIGGS (BIG004)
DEPUTY GENERAL COUNSEL