## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DISTRICT

| | | |
|---|---|---|
| JIMMY FRANK CAMERON | ) | |
| (AIS # 1055910) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:05-CV- |
| 920-MEF | | |
| | ) | |
| OFFICER HOLLAND et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DEFENDANTS' PROPOSED INSTRUCTIONS TO THE JURY</u>

Come now the Defendants in the above styled cause, and submit these proposed jury instructions:

I charge you Ladies and Gentlemen of the Jury:

Charge No. 1:

I will now explain to you the rules of law that you must follow and apply in deciding this case.

When I have finished you will go to the jury room and begin your discussions - - what we call your deliberations.

In deciding the case you must follow and apply all of the law as I explain it to you, whether you agree with that law or not; and you must not let your decision be influenced in any way by sympathy, or by prejudice, for or against anyone.

Given _____    Refused _____

Basic Instructions
2.1
Consideration of the Evidence
Duty to Follow Instructions
No Corporate Party Involved
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 2:

In your deliberations you should consider only the evidence - - that is, the testimony of the witnesses and the exhibits I have admitted in the record - - but as you consider the evidence, both direct and circumstantial, you may make deductions and reach conclusions which reason and common sense lead you to make. "Direct evidence" is the testimony of one who asserts actual knowledge of a fact, such as an eye witness. "Circumstantial evidence" is proof of a chain of facts and circumstances tending to prove, or disprove, any fact in dispute. The law makes no distinction between the weight you may give to either direct or circumstantial evidence.

Given _____ Refused _____

Basic Instructions
2.1
Consideration of the Evidence
Duty to Follow Instructions
No Corporate Party Involved
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 3:

Remember that anything the lawyers say is not evidence in the case. And, except for my instructions to you on the law, you should disregard anything I may have said during the trial in arriving at your decision concerning the facts. It is your own recollection and interpretation of the evidence that controls.

Given _____          Refused _____

Basic Instructions
2.1
Consideration of the Evidence
Duty to Follow Instructions
No Corporate Party Involved
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 4:

That in saying that you must <u>consider</u> all of the evidence, I do not mean that you must <u>accept</u> all of the evidence as true or accurate. You should decide whether you believe what each witness had to say, and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. Also, the number of witnesses testifying concerning any particular dispute is not controlling.

Given _____          Refused _____

Basic Instructions
3
Credibility of Witnesses
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 5:

In deciding whether you believe or do not believe any witness, I suggest that you ask yourself a few questions:  Did the witness impress you as one who was telling the truth?  Did the witness have any particular reason not to tell the truth?  Did the witness have a personal interest in the outcome of the case?  Did the witness seem to have a good memory?  Did the witness have the opportunity and ability to observe accurately the things he or she testified about?  Did the witness appear to understand the questions clearly and answer them directly?  Did the witness' testimony differ from other testimony or other evidence?

Given _____          Refused _____

Basic Instructions
3
Credibility of Witnesses
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 6:

The fact that a witness has been convicted of a felony offense, or a crime involving dishonesty or false statement, is another factor you may consider in deciding whether you believe the testimony of that witness.

Given _____          Refused _____

Basic Instructions
4.2
Impeachment of Witnesses
Inconsistent Statements and Felony Convictions
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 7:

In this case it is the responsibility of the Plaintiff to prove every essential part of the Plaintiff's claim by a "preponderance of the evidence." This is sometimes called the "burden of proof" or the "burden of persuasion."

A "preponderance of the evidence" simply means an amount of evidence that is enough to persuade you that the Plaintiff's claim is more likely true than not true.

In deciding whether any fact has been proved by a preponderance of the evidence you may consider the testimony of all of the witnesses, regardless of who may have called them, and all of the exhibits received in evidence, regardless of who may have produced them.

If the proof fails to establish any essential part of the Plaintiff's claim by a preponderance of the evidence, you should find for the Defendant as to that claim.

Given _____ Refused _____

Basic Instructions
7.1
Burden of Proof
When Only Plaintiff Has Burden of Proof
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases) 2005

Charge No. 8:

    The law further provides that a person may sue in this Court for an award of money damages against anyone who, "under color" of any state law or custom, intentionally violates the Plaintiff's rights under the Constitution of the United States.

    Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 9:

A state or local official acts "under color" of state law not only when the official acts within the limits of lawful authority, but also when the official acts without or beyond the bounds of their lawful authority. In order for unlawful acts of an official to be done "under color" of state law, however, the unlawful acts must be done while the official is purporting or pretending to act in the performance of official duty; that is, the unlawful acts must be an abuse or misuse of power which is possessed by the official only because of the position held by the official.

Given _____    Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 10:

The constitutional right to be free of cruel and unusual punishment includes the right not to be subjected to excessive force while being detained in custody by a law enforcement or corrections officer.

Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 11:

On the other hand, not every push or shove, even if it later seems unnecessary, will give rise to a constitutional violation; and an officer always has the right, and the duty, to use such reasonable force as is necessary under the circumstances to maintain order and assure compliance with prison regulations. Whether or not any force used in this instance was excessive is an issue for you to decide on the basis of whether such force, if any, was applied in a good faith effort to maintain or to restore discipline, or to maliciously and sadistically to cause harm. In making that decision you should consider the amount of force used in relationship to the need presented; the motive of the officer; the extent of the injury inflicted; and any effort made to temper the severity of the force used.

Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 12:

If you should find for the Plaintiff and against the Defendants, you must then decide the issue of the Plaintiff's damages. For damages to be the proximate or legal result of a constitutional deprivation, it must be shown that, except for that constitutional deprivation, such damages would not have occurred.

Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 13:

In considering the issue of the Plaintiff's damages, you should assess the amount you find to be justified by a preponderance of the evidence as full, just and reasonable compensation for all of the Plaintiff's damages, no more and no less. Compensatory damages are not allowed as a punishment and must not be imposed or increased to penalize the Defendants. Also, compensatory damages must not be based on speculation or guesswork because it is only actual damages that are recoverable.

Given _____     Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 14:

Compensatory damages are not restricted to actual loss of time or money; they also cover both the physical aspects of injury. Thus, no evidence of the value of physical pain has been or need be introduced. In that respect, it is not value you are trying to determine, but an amount that will fairly compensate the Plaintiff for those claims of damage. There is no exact standard to be applied; any such award should be fair and just in the light of the evidence.

Given _____     Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 15:

You should consider the following elements of damage, to the extent you find them proved by a preponderance of the evidence, and no others:

    (a)    Physical pain and suffering;

    (b)    Emotional injury, if accompanied by more than minimal physical injury;

    (c)    Nominal damages;  and

    (d)    Punitive damages, if any.

You are authorized to award $1 in nominal damages if you find for the Plaintiff, but also find that Plaintiff's damages have no monetary value.

Given _____    Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 16:

In awarding damages in any case, your verdict must not be based on mere speculation or conjecture, but must be based upon the evidence and the just and reasonable inferences shown thereby.

Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 17:

Any verdict you reach in the jury room must be unanimous.  In other words, to return a verdict you must all agree.  Your deliberations will be secret; you will never have to explain your verdict to anyone.

It is your duty as jurors to discuss the case with one another in an effort to reach an agreement, if you can do so.  Each of you must decide the case for yourself, but only after full consideration of the evidence with the other members of the jury.  While you are discussing the case, do not hesitate to re-examine your own opinion and change your mind if you become convinced that you were wrong.  But do not give up your honest beliefs solely because the others think differently or merely to get the case over with.

Given _____ Refused _____

Basic Instructions
7.1
Duty to Deliberate
When Only the Plaintiffs Claims Damages
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge 18:

In this case, the Plaintiff claims that Michael Holland and/or Inez Alexander, while acting "under color" of state law, intentionally deprived the Plaintiff of the Plaintiff's rights under the Constitution of the United States.

Specifically, the Plaintiff first claims that while Michael Holland and/or Inez Alexander were acting under color of authority of state law as a Correctional Officers, Michael Holland and/or Inez Alexander intentionally violated the Plaintiff's constitutional right to be free of cruel and unusual punishment.

Under the Eighth Amendment to the Constitution of the United States, every person convicted of a crime or a criminal offense has the right not to be subjected to cruel and unusual punishment. This includes, of course, the right not to be assaulted or beaten without legal justification.

The law further provides that a person may sue in this Court for an award of money damages against anyone who, "under color" of any state law or custom, intentionally violates the Plaintiff's rights under the Constitution of the United States.

In order to prevail on this claim the Plaintiff must prove each of the following facts by a preponderance of the evidence:

First:    That Michael Holland and/or Inez Alexander intentionally committed acts that violated the Plaintiff's constitutional right not to be subjected to cruel and unusual punishment;

Second:    That Michael Holland and/or Inez Alexander's conduct amounted to the use of excessive force against the Plaintiff, as hereafter defined;

Third:    That in so doing Michael Holland and/or Inez Alexander acted "under color" of the authority of the State of Alabama; and

Fourth:    That the acts of Michael Holland and/or Inez Alexander were the proximate or legal cause of damages sustained by the Plaintiff.

A state or local official acts "under color" of state law not only when the official acts within the limits of lawful authority, but also when the official acts without or beyond the bounds of lawful authority.

Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)2005

Charge No. 19:

The constitutional right to be free of cruel and unusual punishment includes the right not to be subjected to excessive force while being detained in custody by a law enforcement or corrections officer. On the other hand, not every push or shove, even if it later seems unnecessary, will give rise to a constitutional violation; and an officer always has the right, and the duty, to use such reasonable force as is necessary under the circumstances to maintain order and assure compliance with prison regulations.

Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 20:

Whether or not any force used in this instance was excessive is an issue for you to decide on the basis of whether such force, if any, was applied in a good faith effort to maintain or restore discipline, or maliciously and sadistically to cause harm. In making that decision you should consider the amount of force used in relationship to the need presented; the motive of the officer; the extent of the injury inflicted; and any effort made to temper the severity of the force used. Of course, when prison officials maliciously and sadistically use force to cause harm, the result would be cruel and unusual punishment regardless of the significance of the injury to the inmate.

Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

Charge No. 21:

You should consider the following elements of damage, to the extent

you find them proved by a preponderance of the evidence, and no others:

     (a)    Physical pain and suffering;

     (b)    Emotional injury if accompanied by more than minimal physical injury;

     (e)    Nominal damages; and

     (f)    Punitive damages, if any.

Given _____ Refused _____

Federal Claims Instructions
2.3.1
Civil Rights
42 U.S.C. §1983 Claims
Eighth Amendment Claims
Convicted Prisoner Alleging Excessive Force
Eleventh Circuit
Pattern Jury Instructions
(Civil Cases)
2005

KIM T. THOMAS
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/s/ GREG BIGGS
GREG BIGGS (BIG004)
DEPUTY GENERAL COUNSEL


**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 S. Ripley Street
P.O. Box 301501
Montgomery, AL 36130
(334) 353-3885


## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of July, 2008, I electronically served the foregoing, and I hereby certify that I have mailed a copy of the foregoing via United States Mail properly addressed, postage prepaid first class to:


Jimmy Frank Cameron AIS # 105591
Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025


/s/ GREG BIGGS
GREG BIGGS (BIG004)
DEPUTY GENERAL COUNSEL