United States District Court
The Middle District of Alabama
Northern Division

Jimmy Frank Cameron
            Plantiff

            V

Officer Holland Et. AL
            Defendants

RECEIVED
2008 JUL -3 A 11: 19
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 205-CV-920-MEF

Request for admission.
Rules of Proceedure Rules 36

Come now Plantiff in the above style Cause, and ask the Defendants if a inmate is handcuff with no kind of force involved "is it a Proceedure are a writen Policy to that effect? Plantiff would Like to have a copy of that Policy?" and ask Sgt Longmire was it not Ms. Alexander Original Statement that every body in the Dorm was yelling and Raiseing there voices? and why Did Ms. Alexander Just Pick white men? When the Ratio was "around" 50% either way. Please Admit are Deny each question. Please admit That all Plantiffs medical Documents are Authentic. Thank you!"

executed on 6-30-08

                                    Jimmy F Cameron
                                         Plantiff

## Certificate of Service

I certify that I have served a copy of the forgoing on Attorneys for the Defendants on this 30th Day of June 2008 by placing same in the US Mail postage prepaid

Alabama Dept of Corr
  Legal Division
 P.O Box 301501
 Mont. Ala
        36130-1501

Jimmy F Cameron
Plantiff