United States District Court
for The middle District of Alabama
Northern Division

Jimmy Frank Cameron

       Plaintiff

RECEIVED

2008 JUL -8  A 10: 07

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO 2:05-CV-920-MEF

      V

Officer Holland Et. AL
      Defendants

### Notice of objections To Defendants Alledged Expert witteness

Come now plantiff To object To The ALLedged Expert wittness!"
Plantiff has carefully examined Doctor Hood Cumculum Vitae and
Plantiff can Find NO Evidence That Doctor Hood has ever had Any
kind of experience in Neuro Surgery are a Neurologist are a
Orthopedic. Neuro Surgery. Plantiff says To be a Expert wittness
The wittness must have knowledge derived from Training OR
experience, and Doctor Hood has shown neither Either. Plantiff would Like
To Request That The Defendant have Plantiff examined by a
Certified Neurologist so This Honorable Court will know. That Plantiff
has suffered from a pinched NeRve from the THARD Hit on The head
From The defendants are a Recurrence from past injuries from This
Assault from Defendants. Plantiff would request That The TRIAL Date
To remain The same 7-14-08. since plantiff export wittness is in
The same mold! and will NOT Testify for Plantiff. Plantiff Does
have enough Evidence in ex RAy Report and cat scans To Convince
a Jury That He Did suffer from The Assault from The Defendants

and Plantiff owes-TRWEye witness who suffered The same fate and worse from The Defendants. Plantiff Also says That He has Two Things going for his case Before it Starts. 1 Plantiff is Telling The TRUTH and second plantiff is Doing The Right Thing! as The Honorable Court will see. Plantiff knows This motion may not be on Time Plantiff Just Realized That The Doctor Hood is not a Expert wittness!

excuted on 7-6-08          Jimmy 7 Carmen
                              Plantiff

Certificate of Service

I certify That I have served a copy on The Attorneys for The Defendants by Placing same in The Draper free Legal Mail This 6th Day of July 2008

Alabama Dept of CoRR
   Legal Division
P. O. Box 301501
montgomery ALA

excuted on 7-6-08          Jimmy 7 Carmen
                              Plantiff