IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-920-MEF |
| ) | |
| MICHAEL HOLLAND, ) | |
| ) | |
| Defendant. ) | |

## **VERDICT**

We the jury find in favor of the (check one)

\_\_\_\_\_      PLAINTIFF

   Plaintiff's damages are _____ dollars.

_X_     DEFENDANT

SO SAY WE ALL.

DONE this  15th  day of July, 2008.

*[signature]*
Foreperson

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, #105591, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-920-MEF |
| INEZ ALEXANDER, | ) ) ) | |
| Defendant. | ) ) | |

## VERDICT

We the jury find in favor of the (check one)

____    PLAINTIFF

        Plaintiff's damages are _____ dollars.

_X_    DEFENDANT

SO SAY WE ALL.

DONE this 15th day of July, 2008.

_____
Foreperson