IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-0920-MEF |
| ) | |
| MICHAEL HOLLAND and ) | (WO-Do Not Publish) |
| INEZ ALEXANDER, ) | |
| ) | |
| Defendants. ) | |

### **J U D G M E N T**

On the 15th day of July, 2008, after this cause had been submitted to a jury, a verdict was returned by the jury as follows:

_____          PLAINTIFF

  Plaintiff's damages are _____ dollars.

\_\_\_X\_\_\_          DEFENDANT

SO SAY WE ALL.

DONE this  15th  day of July, 2008.

/s/ Billie C. Faulk
FOREPERSON

It is, therefore, the ORDER, JUDGMENT, and DECREE of the Court that judgment is entered in favor of the defendants and against the plaintiff. It is further ORDERED that costs are TAXED in favor of Defendants Inez Alexander and Michael Holland and against Plaintiff Jimmy Frank Cameron for which execution may issue.

The Clerk of the Court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 17th day of July, 2008.

                    /s/ Mark E. Fuller
                CHIEF UNITED STATES DISTRICT JUDGE