In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron

V.

State of Alabama
As A Whole

2:05CV-920 MEF

RECEIVED
2008 JUL 17 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion for Federal
Protection from
Filing Previous Civil Action

Come Now Jimmy F Cameron and Does Petition This Honorable Court for Protection. Petitioner has Already encounted a Officer of The Dept. of Corr who Told Petitioner That he Petitioner was going To get it and never would get Any Thing done for filing That Law suit!! Petitioner is unable To sleep soundly and is very Paronia against of D.O.C officials since being Told That Threat The officer name is officer Smith co 1. The Same officer who Ramsaked Petitione Bed while Petitioner was gone To Lunch. Petitioner has known of inmate who mysteriouly Hang Themselves are fell down some stairs

and also Jumped from 2nd story stairs Petitioner is in Dior fear for his Life Liberty and well being. Since Officer Hollown was found To be in Favor by 8 women Jury Today 7-15-08. Petitioner feel That The Threat on his Safty will increase every Day. Petitioner did Ask Warden Billups for a Transfer. But was Denied. Petitioner feels That He still would not be Safe in Any Alabama Prison!! Petitioner fears for his Safty!! and Prays That This Honorable court will order Petitioner be Sent To some where Petitioner will feel Safe and Be Safe!! it will be To Late After Petitioner has been Murder are made To Look Like ~~Suicide~~ Suicide! Petitioner Prays for Protection

Jimmy F Cameron
105591

Jimmy Cameron 105591
P.O Box 1107 B-2-17-A
Elmore Ala   36025



United States District Court
P.O Box 711
Montgomery, Ala
   36101-0711

LEGAL MAIL

36101+0711-11 8007