IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for federal protection filed by the plaintiff on July 17, 2008 (Court Doc. No. 200), and as the court does not deem it appropriate or necessary to interfere with the daily provision of security at the Draper Correctional Facility, it is

ORDERED that this motion be and is hereby DENIED.

Done this 17th day of July, 2008.


　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE