IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-920-MEF |
| | ) |
| OFFICER HOLLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 17, 2008 (Court Doc. No. 200), which the court construes to contain a motion for transfer to federal custody, and as the court does not find such action necessary, it is

ORDERED that this motion be and is hereby DENIED.

Done this 17th day of July, 2008.

／s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE