In The United States District Court
for The Middle District of Alabama
Northern Division

Jimmy Frank Cameron Pro. SE
  Plantiff

V

Officer Holland Et. AL
  Defendant

CASE NO. 205-CV-920-MEF

RECEIVED
2008 JUL 18 A 10: 45
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Notice of <u>Appeal of 205-CV-920 MEF</u>
7-16-08

Come Now Jimmy F. Cameron and does file This Notice of Appeal of The civil Action Tried July 14, 2008. as Grounds. Raised

1. The Defendant Perjured himself on The witness Stand. By Telling Two Different Story!! As The Troscript will show

2. The Attorney General Lied To James C. Adams To get Mr. Adams Testimony Before Plantiff ever even got To Talk To MR Adams

executed on 7-16-08    Jimmy F Cameron
                         Plantiff

## Certificate of Service

Come now Jimmy Frank Cameron awn Does say that a copy of this Notice of Appeal was mailed to the Attorney for the Defendant by placing same in the U.S. mail postage prepaid. This ____ of July 2008

PRO, SE,

Jimmy F Cameron

Jimmy Cameron 105591
P O Box 1107  B-2-17-D
Elmore, Ala
36025

United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711



This correspondence is from an Alabama state prisoner, the contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of …