# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

**UNITED STATES COURTHOUSE**
**MONTGOMERY, ALABAMA**

**July 18, 2008**

**DEBRA P. HACKETT**
**CLERK**

**MAILING ADDRESS:**
**P. O. Box 711**
**MONTGOMERY, AL 36101**
**(334)954-3610**

---

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re:** District Court No. 2:05-cv-00920-MEF
JIMMY FRANK CAMERON V. OFFICER HOLLAND, ET AL.
Court of Appeals No.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒ First Notice of Appeal: Yes ☒ No ☐ Other notices (dates):______

☐ _____Other:

☒ _____The Judge or Magistrate Judge appealed from is: **CHIEF JUDGE MARK E. FULLER**

☒ The Court Reporter (s) is/are: **PATRICIA STARKIE**

☐ A hearing was not held in the case. ☐ An **audio tape** is available for transcription of the court hearing

☒ _____The appellant DOCKET FEE has been paid: Yes ☐ No ☒ Date paid:

☐ _____Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
**Enclosed:** certified copy of Order & an updated docket sheet

☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
**Enclosed:** certified copy of Order & an updated docket sheet

☐ _____Copy of CJA form / order appointing counsel.

☐ _____Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); _ Volume(s) of transcript; _ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐ ORIGINAL PAPERS:__Volume(s) of pleadings; ____ Volume(s) of transcript; ____ folder of exhibits

☐ This is an appeal of a bankruptcy order. Bankruptcy Judge ______

☐ This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk

cc: Court file