The United States District Court
for The Middle District of Alabama
Northern Division

RECEIVE

Jimmy Frank Cameron 2008 JUL 18 A 10: 45
                Plaintiff DEBRA P. HACKETT    CASE NO. 205-CV-920-MEF
         v.         U.S. DISTRICT COURT
                    MIDDLE DISTRICT ALA

Officer Holland Et. Al
         Defendants

Motion To set Aside The
Verdict and Order A new Trial

Come Now Plantiff and Does Ask This Honorable
Court To set Aside The verdict in This civil Action
because of The conflicting Testimony of The Defendant
who Did comit Perjury by Changing his Previous
Statement To make Plantiff Look Like he and Plantiff
only Eye witness were Argueing At The Time of
The Alledged incident Plantiff was sueing MR Holland
for at The Time of The Assault. and The Defendant
Attorney Gregg Biggs Did use False information To
get Plantiff only Eye witnesses Deposistion
by False Pretense. by The Assist Attorney General
of Alabama.!!

excuted on 7-16-08                    Jimmy F. Cameron

# Certificate of Service

I say That A True Copy of The forgoing was mailed To The Attorney General office Mr Gregg Biggs my placing same in The US mail Postage prepaid This 16 Day of July 2008

Alabama Dept of Correction
    Legal Division
  P.O Box 301501
  Montgomery. AM
                36130 - 1501

executed on 7-16-08

Jimmy F Carmen
Plaintiff