IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-0920-MEF |
| ) | |
| MICHAEL HOLLAND and ) | |
| INEZ ALEXANDER, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of plaintiff's Motion to Set Aside Verdict and Order New Trial (Doc. #205) filed on July 18, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 21st day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE