IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON<br>(AIS # 1055910)<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER HOLLAND et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:05-CV-920-MEF<br>)<br>)<br>)<br>) |

### DEFENDANTS' SUMMARY OF BILL OF COSTS

Come now the Defendants, by and through the undersigned counsel, and submit the Defendants' Summary of the Bill of Costs as stated below. In accordance with the Local Rules of the United States District Court for the Middle District of Alabama, the undersigned has simultaneously filed the Bill of Cost form with the Clerk of the Court.

    1. <u>Fees of the court reporter for all or any of the transcripts, copies and binding necessarily obtained for use in the case:</u>

        Deposition of the Plaintiff, Jimmy Frank Cameron
        (Exhibit 1)    April 18, 2008

        Total fees of the Court Reporter        **$419.90**
                Dunn & King


        Litigation Copying and Binding
        (Exhibit 2)    June 24, 2008

        Total fees of Pro Legal        **$651.24**

Total Bill of Costs                                                         **$1071.14**

                    Respectfully submitted,

                    Kim T. Thomas (THO115)
                    General Counsel

                    /S/ GREG BIGGS
                    Greg Biggs (BIG004)
                    Associate General Counsel

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day the 21th of July 2008 electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served the foregoing pleading upon the Plaintiff:

        Jimmy Frank Cameron (AIS# 105591)
        P.O. Box 1107
        Elmore, AL 36025

on this the 21st day of July, 2008 by placing the same in the United States Mail first class postage prepaid and properly addressed.

                    /s/ Greg Biggs
                    GREG BIGGS (BIG004)
                    ASSOCIATE GENERAL COUNSEL