**Dunn, King & Associates, L.L.C.**                              **Invoice**

Phone: (334) 263-0261 or (800) 369-8001; Fax: (334) 263-1243

2800 Zelda Road, Suite 100-2
P. O. Box 1627
Montgomery, AL 36102-1627

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 24, 2008 | 22458F |

Greg Biggs
DEPARTMENT OF CORRECTIONS
Legal Division
301 South Ripley St. - Criminal Justice Building
Montgomery, AL 36104

Phone: (334) 353-3888   Fax:

Witness: Jimmy Frank Cameron
Case: CAMERON, JIMMY FRANK v. COMMISSIONER DONAL CAMPBELL
Venue: DEPARTMENT OF CORRECTIONS
Number: 800
Date: 4/18/2008
Time: 9:24 AM

26196C

*OK to pay 04/25/08*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| AD | Time spent attending deposition | $100.00 | 0.5 | $50.00 |
| D | Original & 1 copy (deposition) | $2.95 | 122 | $359.90 |
| R&S | Reading & Signing Package | $10.00 | 1 | $10.00 |
| | | | Sub Total | $419.90 |
| | | | Payments | $0.00 |
| | | | Balance Due | $419.90 |

*GL-0707-000138*

Payment due in 30 days. Terms-Net 30; Interest charged at a rate of 1.5% on any unpaid balance
Please note invoice number on remittance to insure proper credit.
63-0823137

