

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|---|---|
| 6/24/2008 | 8429 |

| Bill To |
|---|
| State of Alabama<br>Dept. of Corrections<br>101 South Union Street<br>Montgomery, Alabama 36130 |

| Ship To |
|---|
|  |

| Terms | Ship |
|---|---|
| Net 15 | 6/24/2008 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,402 | 12 | Litigation Copying | 0.12 | 408.24 |
| 168 | C Tabs | Computer Generated Tabs | 0.50 | 84.00 |
| 20 | NB "2" | 2 inch 3 Ring Notebook | 7.95 | 159.00 |

Re: Jimmy Cameron

GL-0605-00039

approved for payment

Signature



| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | $651.24 |