United States District Court
for The middle District of Alabama
Northern Division

RECEIVED

Jimmy Frank Cameron

2008 JUL 21  A 10: 35

Plantiff

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V

CASE NO. 2.05-CV-920.MEF

Micheal Hollono Et. AL
Defendants

Motion To bring Charges
agaiast micheal Hollono
for perjury

Come now Jimmy Frank Cameron and Humbly Ask This
Honorable Court To Issue a warrant for Perjury against
Micheal Holland.! Reasons As follows

1. Officer Holland delibertly Told A Lie at A crucial Time
in plantiff TRIAL Against officer Hollano. To discredit
Plantiff ONLy Eye wittness Jame C. ADAMS

2. Any wittness can forget A few Details in Any Story! But
To forget The whole story. and make a new one Then There
is A 99% Chance That Both Storys are Not True !!

3. Officer Holland swore To and made a False Statement
out in Oct. of 2005 ONE story

4. Now in 2008 July 14. MR Holland made up a Brand New story. Just To fit The need At That Time, see Transcript of MR Holland Testimony. Then Look at The Affadvit MR Holland made when he first Received The Civil Action 205-CV-920 MEF

5. plantiff Jimmy f Cameron had one Eye witness against officer Holland Jame C. Adams. on July 15 MR Holland made up a Lie Just To make MR Adams Look Bad in The Eyes of The All Female Jury,!

6. I Jimmy f Cameron Do swear That Every word herein is True and correct under 28 U.S.C S 1746 Penalty of Perjury,!

excuted on 7-17-08          Jimmy F Cameron

Certificate of Service

I certify That I have mail a copy of The foregoing ON The Attorney for mitchell Holland this 17th July Day of 2008

Alabama Dipt of Corr
    Legal Division
P.O Box 301501
Montgomery - Ala
        36130-1501

Jimmy F Cameron
Plantiff

Declaration under Penalty of Perjury Jimmy Frank Cameron"

Jimmy F Cameron being being Compentent To make This Declaration and having Personal Knowledge of The matter stated herein Declares Pursuant To 28 U.S.C § 1746

Come now Jimmy Frank Cameron and Does SAY That Mitcheal Holland Did make false Testimony while under OATH July 15, 2008 on The witness stand in Case 2:05-cv-920-MEF. office Holland was proven to be Lieing after Jimmy F Cameron Produced a Affodivit of A statement wrote oct. 2005 which was not even close to The statement MR Holland made on The witness stand July 15 2008. MR Holland made a Brand New Story up To make Jimmy Cameron and MR James C ADAMS Look BAD IN The Eyes of The All female Jury. Plantiff WANT MR. Holland Arrested for Perjury. Plantiffs would Also Like MR Biggs To be impeached because of A conflict of interest. for obtaining A statement from Jame C. Adams useing false pretenses misconduct by An adverse party

## Certificate of Service

I certify That a copy was mailed To The Attorney for mitcheal Holland This 17th Day of July 2008

Pursuant To 28 U.S.C § 1746. I Declare under Penalty of Perjury That The foregoing is True and Correct!

excuted on 7-17-08       Jimmy F Cameron