Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

July 22, 2008

**Appeal Number: 08-14090-E**
Case Style: Jimmy Frank Cameron v. Donal Campbell
District Court Number:  05-00920 CV-2-MEF

TO:    Jimmy Frank Cameron (AIS 105591)

CC:    Debra P. Hackett

CC:    Kim Tobias Thomas

CC:    Gregory M. Biggs

CC:    Troy King

CC:    Administrative File

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 22, 2008

Jimmy Frank Cameron (AIS 105591)
Draper CF
PO BOX 1107
ELMORE  AL  36025-9900

**Appeal Number: 08-14090-E**
Case Style: Jimmy Frank Cameron v. Donal Campbell
District Court Number:  05-00920 CV-2-MEF

The referenced case was docketed in this court on July 21, 2008.
Please use the appellate docket number noted above when making inquiries.  Attorneys
who wish to participate in this appeal must be properly admitted either to the bar of this
court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq.  An attorney not yet
properly admitted must file an appropriate application for admission within fourteen (14)
days from this date. In addition, all attorneys (except court appointed-counsel) who wish
to participate in this appeal must complete and return an appearance form within (14) days
from this date.  Application and appearance forms are available on the Internet at
www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an
attorney until that attorney files an appearance form.  See 11th Cir. R. 46-5.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration
of fourteen (14) days from this date, this appeal will be dismissed without further notice by
the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with
notice to this office, or move in the district court for relief from the obligation to pay in advance
the total $455 fee [See 28 U.S.C. § 1915].  If the district court denies such relief, appellant
may file in this court a motion for such relief.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

DKT-2 (11-2007)