United States District Court
for The middle District of Alabama
Northern Division

RECEIVED
2008 JUL 24 A 10:02
[DE]BRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron

Plantiff

Case No. 2:05-CV-920-MEF

V.

Officer Holland Et. AL.

## Motion To Inquire

Come plantiff in The Above Style Cause and Does Ask This Honorable Court! "if Correctional officer Holland and his Attorney MR Gregg Biggs are Above The federal Law? Because MR. Biggs Did under false pretense get a statement from Jame C. Adams about Plantiffs Civil Action 2:05-CV-920-MEF. see Transcript of MR Adams Testimony. and officer Holland Did change his statement from Oct. 26 2005. Just so MR Holland could discredit Plantiff only Eye witness. Which caused The All female Jury To Rule in MR. Holland favor. MR Holland knowingly comitted perjury To get The Jury To Rule in his favor. Plantiff would Like To Ask This Honorable Court are Both MR Holland and MR. Biggs going To go unpunished for These unlawful Acts in The federal Court House? Plantiff Does not beleive These Two men are emune To The Laws!! of The United states. Plantiff would Like To Ask This Court To Proscute both MR Holland and MR. Biggs To The fullest extent of The Laws of The federal Goverment!

excuted on 7-20-08

Jimmy F Cameron
Plantiff

# Certificate of Service

I certify that a copy of the forgoing was mailed to the Attorney for the Defendant this 20th Day of July 2008, by placing same in the Draper Free Legal mail on 20th Day of July 2008 properly address

Alabama Dept of Corr.
Legal Division
P.O. Box 301501
Montgomery, Ala
36130-1501

Jimmy F. Carver
Plantiff