United States District Court
for The middle District of Alabama
Northern Division

RECEIVED
2008 JUL 25 A 10:07
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron Pro. se
    Plantiff

                                    Case No 2:05-CV-920 MEF

V

Officer Holland. Et. Al

    Defendants

----

Plantiff 2nd Motion Asking The Court To Set Aside The Verdict and order a New Trial. fed Rule Civ. P. 50(b)
                                              " "  50(A)

Come Now Jimmy F. Cameron and Does Ask This Honorable Court To Set Aside The Verdict and Order a New Trial." Because of The following Reasons.(1) The Defendant Michael Holland under oath Tell a Lie about Jame C Adams plantiff only eye witness. To make Mr Adams Look Bad and To discredit Mr Adams previous Testimony. see Transcript of Mr Holland Testimony (2.) Mr Biggs The Assistant Attorney General Did comitte misconduct by going To Bibb county Correctional facility and Tell Jame Adams That He Mr Biggs was Representing Jimmy F Cameron. To get Mr. Adams Statement in Violation of Ethic. under fed. Rule 50a The Court must view The evidence in The Light most favorable To The Plantiff and Draw all reasonable inference in The Plantiff favor. it may not make determination about witnesses credibility or weight The evidence." This standard is The same as The standard for summary Judgement. under Rule 56 Anderson v Liberty Lobby Inc. 477 U.S. 242 250 (1986). Plantiff whole case Has been viewed in The Light most favored To The Defendants

Simply Because of The Defendants Being Correctional officers!" and Because Plantiff Representing him self at his Trial. Plantiff was Rule against because of misconduct by The Assistant Attorney General mr Gregg Biggs. and mr Holland comitting Perjury on the witness stand. Just To discredit Plantiff only Eye witness," mr. Holland knowling made These false Allegation with The intent To mislead The All female Jury. Plantiff Proved mr Holland was not Tolling The Truth and yet The Jury ignored This fact. see mr Holland Testimony. and look at his Affudcit made oct 26 2005. Perjury Plain and simple!

Jimmy F Cameron Pro se
Plantiff

Certificate of Service

I certify That I have mailed a copy of The forgoing To The Defendants for The Attorney This 23rd Day of July 2008

Alabama Dept of Corrections
Legal Division
P.O. Box 301501
Montgomery - Ala
36130-1501

executed on 7-23-08    Jimmy F Cameron

Jimmy Cameron 10554
PO Box 1107 B-2-17A
Elmore Ala
   36025

"Correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication"

MONTGOMERY AL 361
24 JUL 2008 PM 2 T

United State District Court
PO Box 711
Montgomery. Ala
   36101-0711