IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-920-MEF |
| ) | |
| OFFICER HOLLAND, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion to Bring Charges Against Michael Holland for Perjury (Doc. # 209), it is hereby

ORDERED that the motion is DENIED. To the extent that the Plaintiff asks this Court to bring criminal charges against Holland for perjury in the trial of this case, his request should be directed to the Office of the United States Attorney.

Done this the 28th day of July, 2008.

                                           /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE