IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-0920-MEF |
| | ) |
| MICHAEL HOLLAND and | ) |
| INEZ ALEXANDER, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Inquire (Doc. #212) filed on July 24, 2008 and Second Motion to Set Aside Verdict and Motion for a New Trial (Doc. #213) filed on July 25, 2008, it is hereby

ORDERED that the motions are DENIED.

DONE this the 28th day of July, 2008.

      /s/ Mark E. Fuller
      CHIEF UNITED STATES DISTRICT JUDGE