United States District Court
for The middle District of Alabama
Northern Division

RECEIVED

2008 JUL 28 A 10: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Frank Cameron   Pro Se
                Plantiff

        V.

        2 05-CV-920-MEF

Officer Holland Et. AL.
        Defendants

        Motion To inquire

Come Now Jimmy F. Cameron and Does Ask This
Honorable Court if Mitcheal Holland is going To get
by After comitting Perjury on The wittness stand July
15th 2008. Plantiff would like To Ask This Court. To file
Perjury Charges against MR Holland!" Declaration incloses!!

1. Officer Holland Deliberately Lied under Oath at a crucial
   Time To make Plantiff only Eye wittness Look Bad in The
   Eyes of The ALL female Jury!

2. Plantiff Does Say That Any one can forget A few Detail
   Of Any incident! But To forget The whole story and make
   up a New one!" Then There is A 99% Chance That Both
   Stories are false!!

3. Officer Holland made one false Affaduit in Oct. 26. 2005
   Then changed The story on July 15th 2008

4. Officer Holland Did Change his intire Statement from The affadvit he made in oct, 26 2005. Then now July 15 2008, MR Holland made up a new story see Trascript of MR Holland Testimony in case no 205-cv-920 MEF

5. Plantiff had one Eye witness Jame c. Adams. MR Holland made his Last Statement Just To make Jame c. Adams Look Bad! in The Eyes of The Jury!

I Jimmy f. Cameron Does Say That Every word herein is true and correct. 28 U.S.C § 1746

ereuted on 7-24-08    Jimmy F Cameron

Certificate of Service

I certify That I have mailed a copy of The foregoing To The Attorneys for The Defendants Thus 24, Day of July 2008

Alabama Dept of Corrections
    Legal Division

 P.O Box 301501

Montgomery · Ala

    36130-1501

executed on 7-24-08    Jimmy F Cameron
                            Plantiff

Jimmy Frank Cameron being Compent To make This Declaration and having Personal Knowledge of The matters stated Therein Declares under Pursuant To 28 U.S.C § 1746

ON. OCT. 26 2005 Micheal Holland made A Affadoit which stated That when He Entered 6 Dorm He saw Jimmy F Cameron being Repremanded by Sgt Longmies

2.

Now on July 15 2008 Micheal Holland was Ask The same Question ~~its true he said when he entered a dorm ... he only saw Jimmy F~~ Cameron Arging with Jame C Adams and Know one Else was Present except officer Alexander.

3

MR Holland Did comitt Perjury in A Attemp To discredit James C. Adams a wittness for Jimmy F Cameron against officer Holland in A civil Action Case No. 205-cv-920-mef

4  "I Jimmy Frank Cameron Do say That Neither Statement is True! and That Micheal Holland Did comitte Perjury. For The intent To make Jame C Adams Look Bad." and That Jimmy F Cameron Does wnnt To prosecute MR Holland For perjury

Pursuant To 28 U.S.C § 1746. I Declare under Penalty of Perjury That The foregoing is True and Correct.

Executed on July 23-08

Jimmy F Cameron

Phillip Alfrey     AIS# 218604     B² 18⁵

P.O. Box 1107

Elmore, Al 36025



not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication"

LEGAL MAIL

Office of the Clerk

United States District Court

P.O. Box 711

Montgomery, Al 36101-0711