IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-0920-MEF |
| ) | |
| MICHAEL HOLLAND and ) | |
| INEZ ALEXANDER, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Inquire (Doc. #216) filed on July 28, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 4th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE