08-14090-E

(Form 4)  **Affidavit Accompanying Motion for
Permission to Appeal In Forma Pauperis**

United States District Court for the _____ District of _____

A. B., Plaintiff  Jimmy Frank Cameron

v.                                               Case No. 08-14090-E

C. D., Defendant.  Micheal Holland Et. Al

| Instructions: Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
|---|

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: 7-27-08        Signed: Jimmy F Cameron

My issues on appeal are:
1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ ___ | $ 0 | $ ___ |
| Self-employment | $ 0 | $ ___ | $ 0 | $ ___ |
| Income from real property (such as rental income) | $ 0 | $ ___ | $ 0 | $ ___ |
| Interests and dividends | $ 0 | $ ___ | $ 0 | $ ___ |
| Gifts | $ 0 | $ ___ | $ 0 | $ ___ |
| Alimony | $ 0 | $ ___ | $ 0 | $ ___ |
| Child support | $ 0 | $ ___ | $ 0 | $ ___ |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 0 | $ ___ | $ 0 | $ ___ |
| Disability (such as Social Security, insurance payments) | $ 0 | $ ___ | $ 0 | $ ___ |
| Unemployment payments | $ 0 | $ ___ | $ 0 | $ ___ |
| Public-assistance (such as welfare) | $ 0 | $ ___ | $ 0 | $ ___ |
| Other (specify): _____ | $ 0 | $ ___ | $ 0 | $ ___ |
| **Total monthly income:** | $ 0 | $ ___ | $ 0 | $ ___ |

2. List your employment history, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Tran Tect | | 1980 | 105.00 weekly |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| | | | |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ 0 | $ |
| | | $ 0 | $ |
| | | $ 0 | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| | | Make & Year: 0 |
| | | Model: |
| | | Registration #: |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| | | Make & Year: NONE |
| | | Model: |
| | | Registration #: |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | 0 | NONE |
| " | 0 | " |
| " | 0 | " |

Rev.: 12/98                                      140

7. State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| O | | |
| O | | |
| O | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ NA | $ |
| Are real-estate taxes included? ☐ Yes ☐ No | $ NA | $ |
| Is property insurance included? ☐ Yes ☐ No | $ NA | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NA | $ |
| Home maintenance (repairs and upkeep) | $ NA | $ |
| Food | $ NA | $ |
| Clothing | $ NA | $ |
| Laundry and dry-cleaning | $ NA | $ |
| Medical and dental expenses | $ NA | $ |
| Transportation (not including motor vehicle payments) | $ NA | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ NA | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ NA | $ |
| Homeowner's or renter's | $ NA | $ |
| Life | $ NA | $ |
| Health | $ NA | $ |
| Motor Vehicle | $ NA | $ |
| Other: | $ NA | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ NA | $ |
| Installment payments | $ NA | $ |
| Motor Vehicle | $ NA | $ |
| Credit card (name): | $ NA | $ |
| Department store (name): | $ NA | $ |
| Other: | $ NA | $ |
| Alimony, maintenance, and support paid to others | $ NA | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ NA | $ |
| Other (specify): NONE | $ NA | $ |
| **Total monthly expenses** | $ NA | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes  ☒ No       If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☒ No       If yes, how much: $ _____

    If yes, state the attorney's name, address, and telephone number:

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☐ No       If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number:

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    No money!
    in prison

13. *State the address of your legal residence.*   Jimmy Frank Cameron
    P.O. Box 1107 B-2-17-A   Elmore, Ala 36025

    Your daytime phone number: (_____) _____
    Your age: 59            Your years of schooling: G.E.D.
    Your Social Security number: 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

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

```
JUL. 30, 2008              USER: FRED BROWN                           INMACI
      INMATE ACCOUNT INFORMATION FROM JAN. 01, 2008 THRU JUL. 30, 2008

  AIS#:    105591   NAME: CAMERON, JIMMY FRANK     CURRENT BAL:       $0.00

DATE OF      PREVIOUS    TRANS.   NAME OF             TYPE OF    TRANS.     AMOUNT
TRANS.       BALANCE     NUMBER   SENDER/PAYEE        TRANS.     AMOUNT     DEDUCTED
---------------------------------------------------------------------------------------
                    END OF DATA ON CAMERON, JIMMY FRANK
```

                          PRESS ENTER TO CONTINUE

```
JUL. 30, 2008              USER: FRED BROWN                           INMADB
                       COMPUTE AVERAGE DAILY BALANCE
```

            ENTER THE INMATE'S AIS NUMBER ===>   105591

         ENTER THE 'AS OF' DATE (CCYYMMDD) ===>   20080730


              NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                       PRESS ENTER TO CONTINUE

11th Cir. R. 26.1-1 <u>Certificate of Interested Persons and Corporate Disclosure Statement: Contents</u>. A certificate shall be furnished by appellants, appellees, intervenors and amicus curiae, including governmental parties, which contains a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case, including subsidiaries, conglomerates, affiliates and parent corporations, and other identifiable legal entities related to a party. In criminal and criminal-related cases, the certificate shall also disclose the identity of the victim(s).

11th Cir. R. 26.1-2 <u>Certificate of Interested Persons and Corporate Disclosure Statement: Time for Filing</u>. The certificate described in 11th Cir. R. 26.1-1 shall be included within the principal brief filed by any party and shall also be included within any petition, answer, motion or response filed by any party (except for unopposed motions for procedural orders as described in 11th Cir. R. 27-1(c)). The clerk is not authorized to file and submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response which does not contain the certificate, but may receive and retain the papers unfiled pending supplementation of the papers with the required certificate.

11th Cir. R. 26.1-3 <u>Certificate of Interested Persons and Corporate Disclosure Statement: Format</u>. The certificate described in 11th Cir. R. 26.1-1 shall immediately follow the cover page within a brief, and shall precede the text in a petition, answer, motion or response. The certificate shall list persons and entities in alphabetical order, have only one column, and be double-spaced. At the top of each page the court of appeals docket number and short case style shall be noted (name of first-listed plaintiff-petitioner v. name of first-listed defendant-respondent). Each page of the certificate shall be separately sequentially numbered to indicate the total number of pages comprising the certificate (e.g., C-1 of 3, C-2 of 3, C-3 of 3). These pages do not count against any page limitations imposed on the papers filed.