United States District Court
for The middle District
Northern Division

Jimmy F Cameron

    Plantiff

                   V          Case No. 2.05-CV-0920-MEF

Micheal Holland Et. Al

    Defendants

RECEIVED
2008 AUG 12 A 11:21
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Notice of Objections!

Come now Plantiff in The above style cause To Let This Honorable court No. That Plantiff Already feels Robbed from the proceeding of The Court. Already! Now being Charged $450.00 for an Appeal That He is not even getting are a chance for Any Real Justice. Plantiff Always Thought federal courts were straight People. But now wishes That He would have went To State Court. where plantiff intends To go now. with The Same Defendants. Plantiff feels That He Recieved No Justice are even any Thing Close After what went on in This federal Court House. and They Got by with it!!

executed on 8-10-08          Jimmy F Cameron

# Certificate of Service

I certify that I have mailed a copy of the for going on the Attorney for the Defendants this 10 day of August 2008

Ala Dept of Corr
   Legal Division
 PO Box 301501
Montgomery, Ala
         36130-1501

8-10-08

Jimmy F Conwi[?]



Jimmy Cameron 205591
PO Box 1107 B-2-17-A
Elmore Ala 36025

United States District Court
PO Box 711
Montgomery, Ala 36101-0711

LEGAL MAIL